# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Premier International Holdings Inc., *et al.*,[1] | ) Case No. 09-12019 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**Objection Deadline: August 6, 2009 at 4:00 p.m. (prevailing Eastern time)**
**Hearing: August 13, 2009 at 1:00 p.m. (prevailing Eastern time)**

### NOTICE OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PETER J. SOLOMON COMPANY, L.P. AND/OR ITS AFFILIATE PETER J. SOLOMON SECURITIES COMPANY, LLC AS RESTRUCTURING AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 30, 2009

TO:   (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; (c) parties requesting notice pursuant to Bankruptcy Rule 2002.

On July 27, 2009, the Official Committee of Unsecured Creditors (collectively,

the "Committee") in the above-captioned case filed the attached *Application Pursuant to Fed. R.*

*Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the*

*Employment and Retention of Peter J. Solomon Company, L.P. and/or Its Affiliate Peter J.*

---

1 The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

70951-001\DOCS_DE:151248.2

*Solomon Securities Company, LLC as Restructuring and Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to June 30, 2009* (the "Application") attached hereto, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **4:00 P.M. PREVAILING EASTERN TIME ON AUGUST 6, 2009.**

Objections or other responses to the Application, if any, must also be served so that they are received not later than August 6, 2009, 4:00 p.m., prevailing Eastern time, by (i) (proposed) counsel to the Debtors, (a) Richards, Layton, & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi, Esquire and (b) Paul, Hastings, Janofsky & Walker LLP, 191 North Wacker Drive, Thirtieth Floor, Chicago, IL 60606, Attn: Mary Therese Weber, Esquire; (ii) (proposed) counsel to the Official Committee of Unsecured Creditors, (a) Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: Edward S. Weisfelner, Esquire, (b) Brown Rudnick LLP, One Financial Center, Boston, MA 02111, Attn: Steven D. Levine, Esquire, and (c) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Richard Schepacarter, Esquire.

IF OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE

HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES

BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 6,

WILMINGTON, DELAWARE 19801 ON AUGUST 13, 2009 AT 1:00 P.M. PREVAILING

EASTERN TIME.

*[Remainder of page intentionally left blank]*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE

COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT

FURTHER NOTICE OR HEARING.

Dated: July 27, 2009

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@ pszjlaw.com
        tcairns@ pszjlaw.com

and

BROWN RUDNICK LLP
Edward S. Weisfelner, Esquire
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: eweisfelner@brownrudnick.com

and

BROWN RUDNICK LLP
Steven D. Levine, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

Proposed Co-Counsel to the Official Committee of
Unsecured Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Premier International Holdings Inc., *et al.*,[1] | ) | Case No. 09-12019 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**Objection Deadline: August 6, 2009, at 4:00 p.m. (prevailing Eastern time)**
**Hearing Date: August 13, 2009, at 1:00 p.m. (prevailing Eastern time)**

## APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PETER J. SOLOMON COMPANY, L.P. AND/OR ITS AFFILIATE PETER J. SOLOMON SECURITIES COMPANY, LLC AS RESTRUCTURING AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 30, 2009

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby moves the Court for entry of an order under section 1103 of the Bankruptcy Code, authorizing the employment and retention of Peter J. Solomon Company, L.P. and/or its affiliate Peter J. Solomon Securities Company, LLC (collectively, "PJSC"), as restructuring and financial advisor to the Committee. In support of this Application, the Committee respectfully states as follows:

---

1 The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

70951-001\DOCS_DE:151248.2

## Introduction

1. On June 13, 2009 (the "Petition Date"), the Debtors filed with this Court their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors are continuing to operate their businesses and manage their properties and assets as debtors in possession. This Court has ordered joint administration of these chapter 11 cases (the "Case"). On June 26, 2009 (the "Committee Formation Date"), the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee. The Official Committee currently consists of seven (7) members.[2]

2. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein is Bankruptcy Code Section 1103.

3. On the Committee Formation Date, the Committee selected Brown Rudnick LLP as its counsel, and on June 30, 2009, the Committee selected PJSC as its restructuring and financial advisor.

## Relief Requested

4. By this Application, the Committee seeks to employ and retain PJSC pursuant to section 1103(a) of the Bankruptcy Code to perform restructuring and financial advisory services for the Committee in the Case, nunc pro tunc to June 30, 2009.

5. The Committee is familiar with the professional standing and reputation of PJSC. The Committee understands and recognizes that PJSC has a wealth of experience in providing

---

2    The Official Committee consists of the following persons and entities: John J. Gorman, Esopus Creek Value, Richard Schottenfeld, HSBC Bank USA National Association, The Bank of New York Mellon, The Coca-Cola Company, and Whirley Industries (each a "Committee Member" and collectively, the "Committee Members").

restructuring and financial advisory services in chapter 11 reorganizations and enjoys an excellent reputation for services it has rendered in large and complex cases on behalf of debtors and creditors throughout the United States.

6.     The services of PJSC are deemed necessary to enable the Committee to assess and monitor the efforts of the Debtors and their professional advisors to maximize the value of their estates and to reorganize successfully.  Further, PJSC is well qualified and able to represent the Committee in a cost-effective, efficient and timely manner.

### Scope of Services

7.     PJSC will provide such consulting and advisory services to the Committee and its legal advisors as they deem appropriate and feasible in order to advise the Committee in the course of these chapter 11 cases, including but not limited to the following:

- PJSC will advise and assist the Committee in assessing the operating and financial performance of, and strategies for, the Company;

- PJSC will advise and assist the Committee in reviewing and analyzing the business plans and financial projections prepared by the Company including, but not limited to, testing assumptions and comparing those assumptions to historical Company and industry trends;

- PJSC will advise and assist the Committee in evaluating the Company and its assets and liabilities, including valuations proposed by any interested party;

- PJSC will advise and assist the Committee regarding restructuring of the Company's existing indebtedness;

- PJSC will advise and assist the Committee in reviewing the Company's weekly cash flow forecasts, liquidity and adequacy of financing and financing options;

- PJSC will advise and assist the Committee in the course of any negotiations with the Company and its creditors and constituencies, including participation in meetings and telephone or video conferences;

- PJSC will advise and assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of any potential plans of reorganization (the "POR");

- PJSC will advise and assist the Committee in assessing the value of any debt or securities that may be issued to unsecured creditors or others in conjunction with a POR;

- PJSC will advise and assist the Committee regarding any sales of the Company's assets or lines of businesses;

- PJSC will provide testimony with respect to all services referenced hereunder, specifically including testimony with respect to the valuation of the Company and its assets; and

- PJSC will render such other financial advisory services as may be agreed upon by PJSC and the Committee in connection with the foregoing.

## PJSC's Eligibility for Employment

9.      PJSC has informed the Committee that, except as may be set forth in the Affidavit of Anders J. Maxwell (the "Maxwell Affidavit"), it does not represent any other entity having an adverse interest in connection with these cases, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

10.      PJSC will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new material facts or relationships are discovered, PJSC will supplement its disclosure to the Court.

11.      PJSC has agreed not to share with any person or firm the compensation to be paid for professional services rendered in connection with these cases.

## Terms of Retention

12.      PJSC is not owed any amounts with respect to pre-petition fees and expenses.

13.      The Committee understands that PJSC intends to apply to the Court for allowances of compensation and reimbursement of expenses for its restructuring and financial advisory support services in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, corresponding local rules, orders of this Court and guidelines established by

the United States Trustee.

14. Subject to Court approval and in accordance with Bankruptcy Code Section 328(a), the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, PJSC will seek payment for compensation on a fixed monthly basis of $175,000 per month (the "Monthly Fixed Fee") and a completion fee of $1,200,000 (the "Completion Fee"), plus reimbursement of actual and necessary expenses incurred by PJSC. The Completion Fee will be considered earned and payable, subject to Bankruptcy Court approval, upon confirmation of a POR or other resolution of the Company's bankruptcy no later than June 30, 2010, which shall be earned in full provided that a majority of the voting Committee members (excluding any member who is ineligible to vote (including, but not limited to, by virtue of being non-impaired) or who recuses itself due to a conflict of interest, but including any abstention as a vote in favor) votes in its role as a Committee member in favor of or does not actively oppose such POR or other resolution (at the time such POR or other resolution is consummated) notwithstanding any non-material objection filed thereto; and provided further that if a confirmation hearing has commenced on or prior to June 30, 2010 and, due to the Bankruptcy Court's scheduling, the hearing has not concluded by June 30, 2010, then such deadline shall be deemed extended by up to 30 days to accommodate the Bankruptcy Court's schedule.

15. In accordance with the guidelines of the Bankruptcy Court, PJSC shall maintain detailed records of time spent working on this assignment, and will submit such records to the Bankruptcy Court subject to appropriate redactions to preserve confidential or sensitive information. Although PJSC is providing such records, it, as an investment bank, does not have hourly rates for its professionals.

16. PJSC will make every effort to coordinate with the other professionals retained by

the Committee in this bankruptcy in order to eliminate unnecessary duplication or overlap of work.

### Indemnification

17.     As set forth in more detail in the Engagement Letter and Exhibit A attached hereto, the Committee has agreed to seek an order of the Court requiring that the Debtors and their estates indemnify and hold harmless indemnify PJSC and certain related parties (in accordance with the indemnity provisions set forth therein. The Committee believes that the indemnity provisions are customary and reasonable terms for a financial advisor to an official committee in a Chapter 11 case. Therefore, the Committee requests that the Court approve the indemnity attached hereto as Exhibit A.

### Notice

18.     Notice of this Application has been given to (i) the Debtors, (ii) the United States Trustee and (iii) those parties requesting notice pursuant to Del. Bankr. L.R. 2002-1(b). In light of the nature of the relief requested, the Committee submits that no further notice is required.

### No Prior Request

No prior Application for the relief requested herein has been made to this or any other Court.

WHEREFORE, the Committee respectfully requests that the Court enter an Order, substantially in the form attached hereto, authorizing the Committee to employ and retain PJSC as financial

*[Remainder of page intentionally left blank]*

advisor for the Committee for the purposes set forth above, nunc pro tunc to June 30, 2009 and

grant such further relief as is just and proper.

Date: July 22, 2009

**THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF PREMIER INTERNATIONAL
HOLDINGS, INC., ET AL.**

**The Coca-Cola Company,**
solely in its capacity as Committee Co-Chair and not in its
individual capacity

**William Kaye**
Committee Co-Chair

and

**John J. Gorman,**
solely in his capacity as Committee Co-Chair and not in his
individual capacity

**John J. Gorman**
Committee Co-Chair

advisor for the Committee for the purposes set forth above, <u>nunc</u> <u>pro</u> <u>tunc</u> to June 30, 2009 and grant such further relief as is just and proper.

Date: July     , 2009

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PREMIER INTERNATIONAL HOLDINGS, INC., <u>ET</u> <u>AL.</u>**

**The Coca-Cola Company,**
solely in its capacity as Committee Co-Chair and not in its individual capacity

_____
**William Kaye**
Committee Co-Chair

and

**John J. Gorman,**
solely in his capacity as Committee Co-Chair and not in his individual capacity

_____
**John J. Gorman**
Committee Co-Chair

# EXHIBIT A

# INDEMNIFICATION

# Indemnification

The Company shall indemnify and hold harmless PJSC and its affiliates, counsel and other professional advisors, and the respective directors, officers, members, partners, controlling persons, agents and employees of each of the foregoing (PJSC and all of such other persons collectively, the "Indemnified Parties"), from and against any losses, claims or proceedings including stockholder actions, damages, judgments, assessments, investigation costs, settlement costs, fines, penalties, arbitration awards, other liabilities, costs, fees and expenses (collectively, "Losses") (i) related to or arising out of (A) oral or written information provided by the Company, the Company's employees or other agents, which either the Company or PJSC provides to any persons, or (B) other action or failure to act by the Company, the Company's employees or other agents or PJSC at the Company's request or with the Company's consent, or (ii) otherwise related to or arising out of the engagement of PJSC under this Agreement or any transaction or conduct in connection therewith, provided that this clause (ii) shall not apply if it is finally judicially determined by a court of competent jurisdiction that such Losses arose solely out of the gross negligence or bad faith of such Indemnified Party. If multiple claims are brought against an Indemnified Party in an arbitration, with respect to at least one of which indemnification is permitted under applicable law and provided for under this Agreement, the Company agrees that any arbitration award shall be conclusively deemed to be based on claims as to which indemnification is permitted and provided for, except to the extent the arbitration award expressly states that the award, or any portion thereof, is based solely on a claim as to which indemnification is not available.

The Company shall further reimburse any Indemnified Party promptly for, or at the Indemnified Party's option advance amounts sufficient to cover, any legal or other fees or expenses as they are incurred (i) in investigating, preparing or pursuing any action or other proceeding (whether formal or informal) or threat thereof, whether or not in connection with pending or threatened litigation or arbitration and whether or not any Indemnified Party is a party (an "Action") and (ii) in connection with enforcing such Indemnified Party's rights under this Agreement (including, without limitation, its rights under this Exhibit A); provided, however, that in the event it is finally judicially determined by a court of competent jurisdiction that the Losses of such Indemnified Party arose solely out of the gross negligence or bad faith of such Indemnified Party, such Indemnified Party will promptly remit to the Company any amounts reimbursed or advanced under this paragraph.

The Company shall, if requested by PJSC, assume the defense of any such Action including the employment of counsel reasonably satisfactory to PJSC and will not settle, compromise, consent or otherwise resolve or seek to terminate any pending or threatened Action (whether or not any Indemnified Party is a party thereto) unless it obtains the prior written consent of PJSC or an express, unconditional release of each Indemnified Party from all liability relating to such Action and the engagement of PJSC under this Agreement. Any Indemnified Party shall be entitled to retain separate counsel of its choice and participate in the defense of any Action in connection with any of the matters to which this Exhibit A relates, but the fees and expenses of such counsel shall be at the expense of such Indemnified Party unless: (i) the Company has failed promptly to assume the defense and employ counsel or (ii) the named parties to any such Action (including any impleaded parties) include such Indemnified Party and the Company, and such Indemnified Party shall have been advised by counsel that there may be one or more legal defenses available to it which are different from or in addition to those available to the Company; provided that the Company shall not in such event be responsible under this Exhibit A for the fees and expenses of more than one firm of separate counsel (in addition to local counsel) in connection with any such Action in the same jurisdiction.

The Company agrees that if any right of any Indemnified Party set forth in the preceding paragraphs is finally judicially determined to be unavailable (except by reason of the gross negligence or bad faith of such Indemnified Party), or is insufficient to hold such Indemnified Party harmless against such Losses as contemplated herein, then the Company shall contribute to such Losses (i) in such proportion as is appropriate to reflect the relative benefits received by the Company and its stockholders, on the one hand, and such Indemnified Party, on the other hand, in connection with the transactions contemplated hereby, and (ii) if (and only if) the allocation provided in clause (i) is not permitted by applicable law, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the relative fault of the Company and such Indemnified Party; provided, however, that in no event shall the amount, if any, to be contributed by all Indemnified Parties exceed the amount of the fees actually received by PJSC hereunder. Benefits received (or anticipated to be received) by the Company and its stockholders shall be deemed to be equal to the aggregate cash consideration and value of securities or any other property payable, exchangeable or transferable in any proposed or potential transactions within the scope of this Agreement, and benefits received by PJSC shall be deemed to be equal to the compensation payable by the Company to PJSC in connection with this Agreement. Relative fault shall be determined by reference to, among other things, whether any alleged untrue statement or omission or any other alleged conduct relates to information provided by the Company or other conduct by the Company (or the Company's employees or other agents) on the one hand or by PJSC on the other hand. The parties hereto agree that it would not be just and equitable if contribution were determined by pro rata allocation or by any other method of allocation that does not take into account the equitable considerations referred to above.

The rights of the Indemnified Parties hereunder shall be in addition to any other rights that any Indemnified Party may have at common law, by statute or otherwise. Except as otherwise expressly provided for in this Exhibit A, if any term, provision, covenant or restriction contained in this Exhibit A is held by a court of competent jurisdiction or other authority to be invalid, void, unenforceable or against its regulatory policy, the remainder of the terms, provisions, covenants and restrictions contained in this Agreement all remain in full force and effect and shall in no way be affected, impaired or invalidated. The reimbursement, indemnity and contribution obligations of the Company set forth herein shall apply to any modification of this Agreement and shall remain in full force and effect regardless of any termination of, or the completion of any Indemnified Party's services under or in connection with, this Agreement.

# EXHIBIT B

## ANDERS J. MAXWELL AFFIDAVIT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Premier International Holdings, Inc., et al.,<br><br>Debtors. | ) <br> ) <br> ) Chapter 11<br> ) Case No. 09-12019 (CSS)<br> ) (Jointly Administered)<br> ) <br> ) **Hearing Date & Time:**<br> ) <br> ) **Objection Deadline:**<br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PETER J. SOLOMON COMPANY, L.P. AND/OR ITS AFFILIATE PETER J. SOLOMON SECURITIES COMPANY, LLC AS RESTRUCTURING AND FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE

I, Anders J. Maxwell, being duly sworn, hereby depose and say:

1.     I am a Managing Director with Peter J. Solomon Company, L.P. and/or its affiliate Peter J. Solomon Securities Company, LLC (collectively, "PJSC"), a consulting and financial advisory services firm. I submit this Affidavit on behalf of PJSC (the "Affidavit") in support of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") to Premier International Holdings, Inc., *et al.*, the debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), for an order authorizing the employment and retention of PJSC as financial advisor under the terms and conditions set forth in the Application. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**Disinterestedness and Eligibility**

2.      In connection with the preparation of this Affidavit, PJSC conducted a review of its contacts with the Debtors, their affiliates and certain entities holding large claims against or interests in the Debtors that were made reasonably known to PJSC. A listing of the parties reviewed is reflected on Exhibit A to this Affidavit. PJSC's review, completed under my supervision, consisted of a query of the Exhibit A parties within an internal database containing names of individuals and entities that are present or recent former clients of PJSC. A summary of such relationships that PJSC identified during this process is set forth on Schedule B to this Affidavit.

3.      Based on the results of its review, except as otherwise discussed herein, PJSC does not have a relationship with any of the parties on Schedule A in matters related to these proceedings. Except as noted below, PJSC has provided and could reasonably expect to continue to provide services unrelated to the Debtors' cases for the various entities shown on Schedule B. PJSC's assistance to these parties has been related to providing various financial restructuring and advisory services. No services will be provided to these parties in interest which are adverse to the bankruptcy estate or its creditors.

4.      Further, as part of its diverse practice, PJSC appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtors' cases. Also, PJSC has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several

attorneys, law firms and financial institutions, some of whom may be involved in these proceedings. In addition, PJSC has in the past, may currently and will likely in the future, be working with or against other professionals involved in these cases in matters unrelated to the Debtors and these cases. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Committee in matters upon which PJSC is to be employed, and none are in connection with these cases.

5.      PJSC is not believed to be a "Creditor" with respect to fees and expenses of any of the Debtors within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other member of the PJSC engagement team serving this Committee, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

6.      As such, to the best of my knowledge, except as noted above, PJSC does not represent any other entity having an interest adverse in connection with these cases, and therefore believes it is eligible to represent the Committee under Section 1103(b) of the Bankruptcy Code.

7.      It is PJSC's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant facts or relationships are discovered or arise, PJSC will promptly file a Bankruptcy Rule 2014(a) Supplemental Affidavit.

## **Professional Compensation**

8.      Subject to Court approval and in accordance with Bankruptcy Code section 328(a), the Bankruptcy Rules, applicable U.S. Trustee guidelines and local rules, PJSC will seek payment for compensation on a fixed monthly basis of $175,000 per month  (the "Monthly Fixed

Fee") and a completion fee of $1,200,000 (the "Completion Fee"), plus reimbursement of actual

and necessary expenses incurred by PJSC. The Completion Fee will be considered earned and

payable, subject to Bankruptcy Court approval, upon confirmation of a POR or other resolution

of the Company's bankruptcy no later than June 30, 2010, which shall be earned in full provided

*[Remainder of page intentionally left blank]*

that a majority of the voting Committee members (excluding any member who is ineligible to vote (including, but not limited to, by virtue of being non-impaired) or who recuses itself due to a conflict of interest, but including any abstention as a vote in favor) votes in its role as a Committee member in favor of or does not actively oppose such POR or other resolution (at the time such POR or other resolution is consummated) notwithstanding any non-material objection filed thereto; and provided further that if a confirmation hearing has commenced on or prior to June 30, 2010 and, due to the Bankruptcy Court's scheduling, the hearing has not concluded by June 30, 2010, then such deadline shall be deemed extended by up to 30 days to accommodate the Bankruptcy Court's schedule.

9. To the best of my knowledge, a) no commitments have been made or received by PJSC with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code and b) PJSC has no agreement with any other entity to share with such entity any compensation received by PJSC in connection with these chapter 11 cases.

Dated this 22 day of July 2009.

_____
Anders J. Maxwell

SUBSCRIBED AND SWORN TO BEFORE ME this 22 day of July 2009.

_____
Notary Public

My Commission Expires:

March 31, 2011

LORRAINE R. MACKEY
NOTARY PUBLIC, STATE OF NEW YORK
No. 01MA6075268
Qualified in Nassau County
Commission Expires March 31, 2011

# SCHEDULE A

## Case Party List

| Entity | Relationship to Debtor |
|---|---|
| Astroworld GP LLC | Debtors |
| Astroworld LP | Debtors |
| Astroworld LP LLC | Debtors |
| Fiesta Texas Inc. | Debtors |
| Funtime, Inc. | Debtors |
| Funtime Parks, Inc. | Debtors |
| Great America LLC | Debtors |
| Great Escape Holding Inc. | Debtors |
| Great Escape Rides L.P. | Debtors |
| Great Escape Theme Park LP. | Debtors |
| Hurricane Harbor GP LLC | Debtors |
| Hurricane Harbor LP | Debtors |
| Hurricane Harbor LP LLC | Debtors |
| KKI, LLC | Debtors |
| Magic Mountain LLC | Debtors |
| Park Management Corp. | Debtors |
| PP Data Services Inc. | Debtors |
| Premier International Holdings Inc. | Debtors |
| Premier Parks of Colorado Inc. | Debtors |
| Premier Parks Holdings Inc. | Debtors |
| Premier Waterworld Sacramento Inc. | Debtors |
| Riverside Park Enterprises, Inc. | Debtors |
| SF HWP Management LLC | Debtors |
| SFJ Management Inc. | Debtors |
| SFRCC Corp. | Debtors |
| Six Flags, Inc. | Debtors |
| Six Flags America LP | Debtors |
| Six Flags America Property Corporation | Debtors |
| Six Flags Great Adventure LLC | Debtors |
| Six Flags Great Escape L.P. | Debtors |
| Six Flags Operations Inc. | Debtors |
| Six Flags Services, Inc. | Debtors |
| Six Flags Services of Illinois, Inc. | Debtors |

| | |
|---|---|
| Six Flags St. Louis LLC | Debtors |
| Six Flags Theme Parks Inc. | Debtors |
| South Street Holdings LLC | Debtors |
| Stuart Amusement Company | Debtors |
| Jeffrey Speed | Directors of Astroworld GP LLC |
| Mark Quenzel | Directors of Astroworld GP LLC |
| Mark Quenzel | Officers of Astroworld GP LLC |
| Andrew Schleimer | Officers of Astroworld GP LLC |
| Walter S. Hawrylak | Officers of Astroworld GP LLC |
| Kyle Bradshaw | Officers of Astroworld GP LLC |
| Danielle J. Bernthal | Officers of Astroworld GP LLC |
| Mary A. Roma | Officers of Astroworld GP LLC |
| Jeffrey Speed | Directors of Astroworld LP LLC |
| Mark Quenzel | Directors of Astroworld LP LLC |
| Mark Quenzel | Officers of Astroworld LP LLC |
| Andrew Schleimer | Officers of Astroworld LP LLC |
| Walter S. Hawrylak | Officers of Astroworld LP LLC |
| Kyle Bradshaw | Officers of Astroworld LP LLC |
| Danielle J. Bernthal | Officers of Astroworld LP LLC |
| Mary A. Roma | Officers of Astroworld LP LLC |
| Jeffrey R. Speed | Directors of Fiesta Texas Inc |
| Mark Quenzel | Directors of Fiesta Texas Inc |
| Martin Bozer | Officers of Fiesta Texas Inc |
| Andrew Schleimer | Officers of Fiesta Texas Inc |
| Walter S. Hawrylak | Officers of Fiesta Texas Inc |
| Kyle Bradshaw | Officers of Fiesta Texas Inc |
| John Odum | Officers of Fiesta Texas Inc |
| Walter Bowser | Officers of Fiesta Texas Inc |
| Danielle J. Bernthal | Officers of Fiesta Texas Inc |
| Mary A. Roma | Officers of Fiesta Texas Inc |
| Jeffrey R. Speed | Directors of Funtime, Inc. |
| Mark Quenzel | Directors of Funtime, Inc. |
| Mark Quenzel | Officers of Funtime, Inc. |
| Andrew Schleimer | Officers of Funtime, Inc. |
| Walter S. Hawrylak | Officers of Funtime, Inc. |
| Kyle Bradshaw | Officers of Funtime, Inc. |
| Walter Bowser | Officers of Funtime, Inc. |
| Marc Tremblay | Officers of Funtime, Inc. |
| Don McCoy | Officers of Funtime, Inc. |
| John Winkler | Officers of Funtime, Inc. |
| Rick Howarth | Officers of Funtime, Inc. |
| Kelly Laferriere | Officers of Funtime, Inc. |
| Danielle J. Bernthal | Officers of Funtime, Inc. |
| Mazy A. Roma | Officers of Funtime, Inc. |
| Jeffrey R. Speed | Directors of Funtime Parks, Inc. |
| Mark Quenzel | Directors of Funtime Parks, Inc. |
| Mark Quenzel | Officers of Funtime Parks, Inc. |
| Walter S. Hawrylak | Officers of Funtime Parks, Inc. |
| Kyle Bradshaw | Officers of Funtime Parks, Inc. |

| | |
|---|---|
| Danielle J. Bernthal | Officers of Funtime Parks, Inc. |
| Mary A. Roma | Officers of Funtime Parks, Inc. |
| Jeffrey R. Speed | Directors of Great America LLC |
| Mark Quenzel | Directors of Great America LLC |
| Charles Salemi | Officers of Great America LLC |
| Andrew Schleimer | Officers of Great America LLC |
| Walter S. Hawrylak | Officers of Great America LLC |
| Kyle Bradshaw | Officers of Great America LLC |
| Tom Iven | Officers of Great America LLC |
| Walter Bowser | Officers of Great America LLC |
| Danielle J. Bernthal | Officers of Great America LLC |
| Mary A. Roma | Officers of Great America LLC |
| Jeffrey R. Speed | Directors of Great Escape Holding Inc. |
| Mark Quenzel | Directors of Great Escape Holding Inc. |
| Don McCoy | Officers of Great Escape Holding Inc. |
| Andrew Schleimer | Officers of Great Escape Holding Inc. |
| Walter S. Hawrylak | Officers of Great Escape Holding Inc. |
| Kyle Bradshaw | Officers of Great Escape Holding Inc. |
| Walter Bowser | Officers of Great Escape Holding Inc. |
| Kelly Laferriere | Officers of Great Escape Holding Inc. |
| Danielle J. Bernthal | Officers of Great Escape Holding Inc. |
| Mary A. Roma | Officers of Great Escape Holding Inc. |
| Jeffrey R. Speed | Directors of Hurricane Harbor GP LLC |
| Mark Quenzel | Directors of Hurricane Harbor GP LLC |
| Steve Martindale | Officers of Hurricane Harbor GP LLC |
| Andrew Schleimer | Officers of Hurricane Harbor GP LLC |
| Walter S. Hawrylak | Officers of Hurricane Harbor GP LLC |
| Kyle Bradshaw | Officers of Hurricane Harbor GP LLC |
| Tom Iven | Officers of Hurricane Harbor GP LLC |
| Walter Bowser | Officers of Hurricane Harbor GP LLC |
| Danielle J. Bernthal | Officers of Hurricane Harbor GP LLC |
| Mary A. Roma | Officers of Hurricane Harbor GP LLC |
| Jeffrey R. Speed | Directors of Hurricane Harbor LP LLC |
| Mark Quenzel | Directors of Hurricane Harbor LP LLC |
| Steve Martindale | Officers of Hurricane Harbor LP LLC |
| Walter S. Hawrylak | Officers of Hurricane Harbor LP LLC |
| Kyle Bradshaw | Officers of Hurricane Harbor LP LLC |
| Tom Iven | Officers of Hurricane Harbor LP LLC |
| Danielle J. Bernthal | Officers of Hurricane Harbor LP LLC |
| Mary A. Roma | Officers of Hurricane Harbor LP LLC |
| Jeffrey R. Speed | Directors of KKI, LLC |
| Mark Quenzel | Directors of KKI, LLC |
| Andy Michaelree | Officers of KKI, LLC |
| Andrew Schleimer | Officers of KKI, LLC |
| Walter S. Hawrylak | Officers of KKI, LLC |
| Kyle Bradshaw | Officers of KKI, LLC |
| Tom Iven | Officers of KKI, LLC |

| | |
|---|---|
| Walter Bowser | Officers of KKI, LLC |
| Danielle J. Bernthal | Officers of KKI, LLC |
| Mary A. Roma | Officers of KKI, LLC |
| Jeffrey R. Speed | Directors of Magic Mountain LLC |
| Mark Quenzel | Directors of Magic Mountain LLC |
| Jay Thomas | Officers of Magic Mountain LLC |
| Andrew Schleimer | Officers of Magic Mountain LLC |
| Walter S. Hawrylak | Officers of Magic Mountain LLC |
| Kyle Bradshaw | Officers of Magic Mountain LLC |
| Tom Iven | Officers of Magic Mountain LLC |
| Walter Bowser | Officers of Magic Mountain LLC |
| Tim Burkhart | Officers of Magic Mountain LLC |
| Danielle J. Bernthal | Officers of Magic Mountain LLC |
| Mary A. Roma | Officers of Magic Mountain LLC |
| Jeffrey R. Speed | Directors of Park Management Corp. |
| Mark Quenzel | Directors of Park Management Corp. |
| Eric Gilbert | Officers of Park Management Corp. |
| Andrew Schleimer | Officers of Park Management Corp. |
| Walter S. Hawrylak | Officers of Park Management Corp. |
| Kyle Bradshaw | Officers of Park Management Corp. |
| Tom Iven | Officers of Park Management Corp. |
| Walter Bowser | Officers of Park Management Corp. |
| Danielle J. Bernthal | Officers of Park Management Corp. |
| Mary A. Roma | Officers of Park Management Corp. |
| Jodi Davenport | Officers of Park Management Corp. |
| Jeffrey R. Speed | Directors of PP Data Services Inc. |
| Mark Quenzel | Directors of PP Data Services Inc. |
| Mark Shapiro | Officers of PP Data Services Inc. |
| Walter S. Hawrylak | Officers of PP Data Services Inc. |
| Kyle Bradshaw | Officers of PP Data Services Inc. |
| Danielle J. Bernthal | Officers of PP Data Services Inc. |
| Mary A. Roma | Officers of PP Data Services Inc. |
| Jeffrey R. Speed | Directors of Premier International Holdings Inc. |
| Mark Quenzel | Directors of Premier International Holdings Inc. |
| Mark Quenzel | Officers of Premier International Holdings Inc. |
| Walter S. Hawrylak | Officers of Premier International Holdings Inc. |
| Kyle Bradshaw | Officers of Premier International Holdings Inc. |
| José Garcidueñas | Officers of Premier International Holdings Inc. |
| Danielle J. Bernthal | Officers of Premier International Holdings Inc. |
| Mary A. Roma | Officers of Premier International Holdings Inc. |
| Jeffrey R. Speed | Directors of Premier Parks of Colorado Inc. |
| Mark Quenzel | Directors of Premier Parks of Colorado Inc. |

| | |
|---|---|
| John Winkler | Officers of Premier Parks of Colorado Inc. |
| Walter S. Hawrylak | Officers of Premier Parks of Colorado Inc. |
| Kyle Bradshaw | Officers of Premier Parks of Colorado Inc. |
| Rick Howarth | Officers of Premier Parks of Colorado Inc. |
| Danielle J. Bernthal | Officers of Premier Parks of Colorado Inc. |
| Mary A. Roma | Officers of Premier Parks of Colorado Inc. |
| Jeffrey R. Speed | Directors of Premier Parks Holdings Inc. |
| Mark Quenzel | Directors of Premier Parks Holdings Inc. |
| Mark Quenzel | Officers of Premier Parks Holdings Inc. |
| Walter S. Hawrylak | Officers of Premier Parks Holdings Inc. |
| Kyle Bradshaw | Officers of Premier Parks Holdings Inc. |
| José Garcidueñas | Officers of Premier Parks Holdings Inc. |
| Danielle J. Bernthal | Officers of Premier Parks Holdings Inc. |
| Mary A. Roma | Officers of Premier Parks Holdings Inc. |
| Jeffrey R. Speed | Directors of Premier Waterworld Sacramento Inc. |
| Mark Quenzel | Directors of Premier Waterworld Sacramento Inc. |
| Mark Quenzel | Officers of Premier Waterworld Sacramento Inc. |
| Walter S. Hawrylak | Officers of Premier Waterworld Sacramento Inc. |
| Kyle Bradshaw | Officers of Premier Waterworld Sacramento Inc. |
| Danielle J. Bernthal | Officers of Premier Waterworld Sacramento Inc. |
| Mary A. Roma | Officers of Premier Waterworld Sacramento Inc. |
| Jeffrey R. Speed | Directors of Riverside Park Enterprises, Inc. |
| Mark Quenzel | Directors of Riverside Park Enterprises, Inc. |
| Larry Litton | Officers of Riverside Park Enterprises, Inc. |
| Andrew Schleimer | Officers of Riverside Park Enterprises, Inc. |
| Walter S. Hawrylak | Officers of Riverside Park Enterprises, Inc. |
| Kyle Bradshaw | Officers of Riverside Park Enterprises, Inc. |

| | |
|---|---|
| Tom Iven | Officers of Riverside Park Enterprises, Inc. |
| Walter Bowser | Officers of Riverside Park Enterprises, Inc. |
| Danielle J. Bernthal | Officers of Riverside Park Enterprises, Inc. |
| Mary A. Roma | Officers of Riverside Park Enterprises, Inc. |
| Jeffrey R. Speed | Directors of SF HWP Management LLC |
| Mark Quenzel | Directors of SF HWP Management LLC |
| Don McCoy | Officers of SF HWP Management LLC |
| Andrew Schleimer | Officers of SF HWP Management LLC |
| Walter S. Hawrylak | Officers of SF HWP Management LLC |
| Kyle Bradshaw | Officers of SF HWP Management LLC |
| Kelly Laferriere | Officers of SF HWP Management LLC |
| Danielle J. Bernthal | Officers of SF HWP Management LLC |
| Mary A. Roma | Officers of SF HWP Management LLC |
| Jeffrey R. Speed | Directors of SFJ Management Inc. |
| Mark Quenzel | Directors of SFJ Management Inc. |
| Mark Quenzel | Officers of SFJ Management Inc. |
| Andrew Schleimer | Officers of SFJ Management Inc. |
| Walter S. Hawrylak | Officers of SFJ Management Inc. |
| Kyle Bradshaw | Officers of SFJ Management Inc. |
| Danielle J. Bernthal | Officers of SFJ Management Inc. |
| Mary A. Roma | Officers of SFJ Management Inc. |
| Jeffrey R. Speed | Directors of SFRCC Corp. |
| Mark Quenzel | Directors of SFRCC Corp. |
| Andrew Schleimer | Directors of SFRCC Corp. |
| Andrew Schleimer | Officers of SFRCC Corp. |
| Walter S. Hawrylak | Officers of SFRCC Corp. |
| Kyle Bradshaw | Officers of SFRCC Corp. |
| Tanner Howe | Officers of SFRCC Corp. |
| Danielle J. Bernthal | Officers of SFRCC Corp. |
| Mary A. Roma | Officers of SFRCC Corp. |
| Daniel M. Snyder | Directors of Six Flags, Inc. |
| Mark Shapiro | Directors of Six Flags, Inc. |
| Charles Elliott Andrews | Directors of Six Flags, Inc. |
| Mark Jennings | Directors of Six Flags, Inc. |
| Jack Kemp | Directors of Six Flags, Inc. |
| Robert M. McGuire | Directors of Six Flags, Inc. |
| Perry Rogers | Directors of Six Flags, Inc. |
| Dwight Schar | Directors of Six Flags, Inc. |
| Harvey Weinstein | Directors of Six Flags, Inc. |
| Mark Shapiro | Officers of Six Flags, Inc. |

| | |
|---|---|
| Michael Antinoro | Officers of Six Flags, Inc. |
| Louis Koskovolis | Officers of Six Flags, Inc. |
| Mark Quenzel | Officers of Six Flags, Inc. |
| Andrew Schleimer | Officers of Six Flags, Inc. |
| Jeffrey R. Speed | Officers of Six Flags, Inc. |
| Angelina Vieira Barocas | Officers of Six Flags, Inc. |
| John Bement | Officers of Six Flags, Inc. |
| Kyle Bradshaw | Officers of Six Flags, Inc. |
| Randy Gerstenblatt | Officers of Six Flags, Inc. |
| Walter S. Hawrylak | Officers of Six Flags, Inc. |
| Michael Israel | Officers of Six Flags, Inc. |
| Tom Iven | Officers of Six Flags, Inc. |
| John Odum | Officers of Six Flags, Inc. |
| William Prip | Officers of Six Flags, Inc. |
| Marshall Barber | Officers of Six Flags, Inc. |
| Walter Bowser | Officers of Six Flags, Inc. |
| Bob Chesterman | Officers of Six Flags, Inc. |
| Fred Christenson | Officers of Six Flags, Inc. |
| John Curty | Officers of Six Flags, Inc. |
| Sandra Daniels | Officers of Six Flags, Inc. |
| Nikki Donofrio | Officers of Six Flags, Inc. |
| Harold Rick Goff | Officers of Six Flags, Inc. |
| Patrick Hoffman | Officers of Six Flags, Inc. |
| Les Hudson | Officers of Six Flags, Inc. |
| Stephen Keaney | Officers of Six Flags, Inc. |
| Dave McKillips | Officers of Six Flags, Inc. |
| John Gray | Officers of Six Flags, Inc. |
| George Pappas | Officers of Six Flags, Inc. |
| Jeff Portugal | Officers of Six Flags, Inc. |
| Angelo Scialfa | Officers of Six Flags, Inc. |
| Jeffrey R. Speed | Directors of Six Flags America Property Corporation |
| Mark Quenzel | Directors of Six Flags America Property Corporation |
| Jeffrey R. Speed | Directors of Six Flags Great Adventure LLC |
| Mark Quenzel | Directors of Six Flags Great Adventure LLC |
| Mark Kane | Officers of Six Flags Great Adventure LLC |
| Andrew Schleimer | Officers of Six Flags Great Adventure LLC |
| Walter S. Hawrylak | Officers of Six Flags Great Adventure LLC |
| Kyle Bradshaw | Officers of Six Flags Great Adventure LLC |
| Kelly Laferriere | Officers of Six Flags Great Adventure LLC |
| Len Turtora | Officers of Six Flags Great Adventure LLC |
| Walter Bowser | Officers of Six Flags Great Adventure LLC |

| | |
|---|---|
| Danielle J. Bernthal | Officers of Six Flags Great Adventure LLC |
| Mary A. Roma | Officers of Six Flags Great Adventure LLC |
| Jeffrey R. Speed | Directors of Six Flags Operations Inc. |
| Mark Quenzel | Directors of Six Flags Operations Inc. |
| Mark Quenzel | Officers of Six Flags Operations Inc. |
| Andrew Schleimer | Officers of Six Flags Operations Inc. |
| Jeffrey R. Speed | Officers of Six Flags Operations Inc. |
| Walter S. Hawrylak | Officers of Six Flags Operations Inc. |
| Kyle Bradshaw | Officers of Six Flags Operations Inc. |
| William Prip | Officers of Six Flags Operations Inc. |
| James M. Coughlin | Officers of Six Flags Operations Inc. |
| Danielle J. Bernthal | Officers of Six Flags Operations Inc. |
| Mary A. Roma | Officers of Six Flags Operations Inc. |
| Jeffrey R. Speed | Directors of Six Flags Services, Inc. |
| Mark Quenzel | Directors of Six Flags Services, Inc. |
| Mark Kane | Officers of Six Flags Services, Inc. |
| Andrew Schleimer | Officers of Six Flags Services, Inc. |
| Walter S. Hawrylak | Officers of Six Flags Services, Inc. |
| Kyle Bradshaw | Officers of Six Flags Services, Inc. |
| Kelly Laferriere | Officers of Six Flags Services, Inc. |
| Len Turtora | Officers of Six Flags Services, Inc. |
| Danielle J. Bernthal | Officers of Six Flags Services, Inc. |
| Mary A. Roma | Officers of Six Flags Services, Inc. |
| Jeffrey R. Speed | Directors of Six Flags Services of Illinois, Inc. |
| Mark Quenzel | Directors of Six Flags Services of Illinois, Inc. |
| Charles Salemi | Officers of Six Flags Services of Illinois, Inc. |
| Andrew Schleimer | Officers of Six Flags Services of Illinois, Inc. |
| Walter S. Hawrylak | Officers of Six Flags Services of Illinois, Inc. |
| Kyle Bradshaw | Officers of Six Flags Services of Illinois, Inc. |
| Danielle J. Bernthal | Officers of Six Flags Services of Illinois, Inc. |
| Mary A. Roma | Officers of Six Flags Services of Illinois, Inc. |
| Jeffrey R. Speed | Directors of Six Flags St. Louis LLC |
| Mark Quenzel | Directors of Six Flags St. Louis LLC |
| Dave Roemer | Officers of Six Flags St. Louis LLC |
| Andrew Schleimer | Officers of Six Flags St. Louis LLC |
| Walter S. Hawrylak | Officers of Six Flags St. Louis LLC |
| Kyle Bradshaw | Officers of Six Flags St. Louis LLC |
| Tom Iven | Officers of Six Flags St. Louis LLC |
| Walter Bowser | Officers of Six Flags St. Louis LLC |
| Danielle J. Bernthal | Officers of Six Flags St. Louis LLC |
| Mary A. Roma | Officers of Six Flags St. Louis LLC |
| Jeffrey Speed | Directors of Six Flags Theme Parks Inc. |

| | |
|---|---|
| Mark Quenzel | Directors of Six Flags Theme Parks Inc. |
| Mark Quenzel | Officers of Six Flags Theme Parks Inc. |
| Michael Antinoro | Officers of Six Flags Theme Parks Inc. |
| Louis Koskovolis | Officers of Six Flags Theme Parks Inc. |
| Andrew Schleimer | Officers of Six Flags Theme Parks Inc. |
| Jeffrey R. Speed | Officers of Six Flags Theme Parks Inc. |
| Angelina Vieira Barocas | Officers of Six Flags Theme Parks Inc. |
| John Bement | Officers of Six Flags Theme Parks Inc. |
| Randy Gerstenblatt | Officers of Six Flags Theme Parks Inc. |
| Walter S. Hawrylak | Officers of Six Flags Theme Parks Inc. |
| Michael Israel | Officers of Six Flags Theme Parks Inc. |
| Kyle Bradshaw | Officers of Six Flags Theme Parks Inc. |
| William Prip | Officers of Six Flags Theme Parks Inc. |
| Tom Iven | Officers of Six Flags Theme Parks Inc. |
| John Odum | Officers of Six Flags Theme Parks Inc. |
| Marshall Barber | Officers of Six Flags Theme Parks Inc. |
| Walter Bowser | Officers of Six Flags Theme Parks Inc. |
| Bob Chesterman | Officers of Six Flags Theme Parks Inc. |
| Fred Christenson | Officers of Six Flags Theme Parks Inc. |
| Sandra Daniels | Officers of Six Flags Theme Parks Inc. |
| Nikki Donofrio | Officers of Six Flags Theme Parks Inc. |
| Harold Rick Goff | Officers of Six Flags Theme Parks Inc. |
| Patrick Hoffman | Officers of Six Flags Theme Parks Inc. |
| Les Hudson | Officers of Six Flags Theme Parks Inc. |
| Stephen Keaney | Officers of Six Flags Theme Parks Inc. |
| Dave McKillips | Officers of Six Flags Theme Parks Inc. |
| John Gray | Officers of Six Flags Theme Parks Inc. |

| | |
|---|---|
| George Pappas | Officers of Six Flags Theme Parks Inc. |
| Jeff Portugal | Officers of Six Flags Theme Parks Inc. |
| Angelo Scialfa | Officers of Six Flags Theme Parks Inc. |
| Keith Wright | Officers of Six Flags Theme Parks Inc. |
| Dan Weinberg | Officers of Six Flags Theme Parks Inc. |
| John Curty | Officers of Six Flags Theme Parks Inc. |
| Crowley Sullivan | Officers of Six Flags Theme Parks Inc. |
| Steve Calloway | Officers of Six Flags Theme Parks Inc. |
| Kelly Laferriere | Officers of Six Flags Theme Parks Inc. |
| Adam Cross | Officers of Six Flags Theme Parks Inc. |
| Paula Swanson | Officers of Six Flags Theme Parks Inc. |
| James M. Coughlin | Officers of Six Flags Theme Parks Inc. |
| Danielle J. Bernthal | Officers of Six Flags Theme Parks Inc. |
| Mary A. Roma | Officers of Six Flags Theme Parks Inc. |
| Jeffrey R. Speed | Directors of South Street Holdings LLC |
| Mark Quenzel | Directors of South Street Holdings LLC |
| Larry Litton | Officers of South Street Holdings LLC |
| Andrew Schleimer | Officers of South Street Holdings LLC |
| Walter S. Hawrylak | Officers of South Street Holdings LLC |
| Kyle Bradshaw | Officers of South Street Holdings LLC |
| Tom Iven | Officers of South Street Holdings LLC |
| Danielle J. Bernthal | Officers of South Street Holdings LLC |
| Mary A. Roma | Officers of South Street Holdings LLC |
| Jeffrey R. Speed | Directors of Stuart Amusement Company |
| Mark Quenzel | Directors of Stuart Amusement Company |
| Larry Litton | Officers of Stuart Amusement Company |
| Andrew Schleimer | Officers of Stuart Amusement Company |

| | |
|---|---|
| Walter S. Hawrylak | Officers of Stuart Amusement Company |
| Kyle Bradshaw | Officers of Stuart Amusement Company |
| Tom Iven | Officers of Stuart Amusement Company |
| Danielle J. Bernthal | Officers of Stuart Amusement Company |
| Mary A. Roma | Officers of Stuart Amusement Company |
| ABA Seguros | Insurance Providers |
| ACE American Insurance Co. | Insurance Providers |
| ACE INA Insurance | Insurance Providers |
| AIG Commercial Insurance Company of Canada | Insurance Providers |
| AIG Excess Liability Insurance Co. | Insurance Providers |
| Allied World Assurance Co. | Insurance Providers |
| American Casualty/CNA | Insurance Providers |
| American International Specialty Lines Insurance Co./AIG | Insurance Providers |
| Arch Insurance Co. | Insurance Providers |
| Arch Specialty | Insurance Providers |
| Axis Surplus Lines Insurance Co. | Insurance Providers |
| Empire Indemnity Insurance Co. | Insurance Providers |
| Encon Group, Inc. | Insurance Providers |
| Endurance American Specialty | Insurance Providers |
| Essex Insurance Co. | Insurance Providers |
| Federal Insurance Co./Chubb | Insurance Providers |
| FM Global | Insurance Providers |
| GNP | Insurance Providers |
| Great American Insurance Co. | Insurance Providers |
| Hartford Fire Ins. Co. | Insurance Providers |
| Hartford Insurance Co. of the Midwest | Insurance Providers |
| Insurance Co. of the West | Insurance Providers |
| Ironshore | Insurance Providers |
| Landmark American Insurance Co. | Insurance Providers |
| Lexington Insurance Company | Insurance Providers |

| | |
|---|---|
| Life Insurance Company of North America | Insurance Providers |
| Max Specialty | Insurance Providers |
| National Fire & Marine Insurance | Insurance Providers |
| National Union Fire Insurance Co. (AIG) | Insurance Providers |
| Pacific Insurance Co. Ltd. | Insurance Providers |
| Princeton Excess & Surplus Lines Insurance | Insurance Providers |
| Scottsdale Ins. Co | Insurance Providers |
| St. Paul Mercury Insurance Co. | Insurance Providers |
| Travelers Casualty & Surety Company of America | Insurance Providers |
| XL Specialty Insurance Co. | Insurance Providers |
| KPMG LLP | Significant Professionals Retained by Debtors |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Significant Professionals Retained by Debtors |
| Richards, Layton & Finger, P.A. | Significant Professionals Retained by Debtors |
| Paul, Hastings, Janofsky & Walker LLP | Significant Professionals Retained by Debtors |
| Aiken Gump Strauss Hauer & Feld LLC | Significant Professionals Retained by Debtors |
| The J.D. Allen Group, Inc. | Significant Professionals Retained by Debtors |
| Alan Mandelstam Construction Forensics | Significant Professionals Retained by Debtors |
| Andrews Kurth LLP | Significant Professionals Retained by Debtors |
| The Bank of New York Mellon | Significant Professionals Retained by Debtors |
| Baystate Medical Center | Significant Professionals Retained by Debtors |
| Beck Redden & Secrest, LLP | Significant Professionals Retained by Debtors |
| Cadwalader Wickersham & Taft LLP | Significant Professionals Retained by Debtors |
| Crowell & Moring LLP | Significant Professionals Retained by Debtors |
| ESIS | Significant Professionals Retained by Debtors |
| Faegre & Benson LLP | Significant Professionals Retained by Debtors |

| | |
|---|---|
| Frank Crystal & Co., Inc. | Significant Professionals Retained by Debtors |
| Grant Thornton LLP | Significant Professionals Retained by Debtors |
| Horizon Health Corporation | Significant Professionals Retained by Debtors |
| iTerion iNovationeering, LLC | Significant Professionals Retained by Debtors |
| Hogan & Hartson LLP | Significant Professionals Retained by Debtors |
| Kean Miller Hawthorne D'Armond McCowan & Jarman LLP | Significant Professionals Retained by Debtors |
| Kelley Drye & Warren LLP | Significant Professionals Retained by Debtors |
| Lemery Greisler LLC | Significant Professionals Retained by Debtors |
| Levick Strategic Communications, LLC | Significant Professionals Retained by Debtors |
| Lockton Dunning Benefits | Significant Professionals Retained by Debtors |
| Lovitt & Hannan, Inc. | Significant Professionals Retained by Debtors |
| The Lundy Group | Significant Professionals Retained by Debtors |
| Marathon Document Solutions, Inc. | Significant Professionals Retained by Debtors |
| George Magula, Marsh's Forensic Accounting & Claims Services | Significant Professionals Retained by Debtors |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo LLP | Significant Professionals Retained by Debtors |
| Law Offices of Frank Napoli | Significant Professionals Retained by Debtors |
| Ostrolenk Faber Gelb & Soffen LLP | Significant Professionals Retained by Debtors |
| Patton Boggs LLP | Significant Professionals Retained by Debtors |
| Property Tax Service Company | Significant Professionals Retained by Debtors |
| Rintala, Fraser & Jaenicke LLP | Significant Professionals Retained by Debtors |
| Schlafly Engineering LLC | Significant Professionals Retained by Debtors |
| Simon Peragine Smith & Redfearn LLP | Significant Professionals Retained by Debtors |
| Skoler Abbott & Presser PC | Significant Professionals Retained by Debtors |
| Talx Corporation | Significant Professionals Retained by Debtors |

| | |
|---|---|
| Weil Gotshal & Manges LLP | Significant Professionals Retained by Debtors |
| Whitley Penn LLP | Significant Professionals Retained by Debtors |
| Wiss Janney Elstner Associates Inc. | Significant Professionals Retained by Debtors |
| Prindle, Decker & Amaro | Significant Professionals Retained by Debtors |
| Severson & Werson | Significant Professionals Retained by Debtors |
| Spies, Powers & Robinson PC | Significant Professionals Retained by Debtors |
| Drew, Eckl & Farnham | Significant Professionals Retained by Debtors |
| Carlock, Copeland, & Stair | Significant Professionals Retained by Debtors |
| Swanson, Martin & Bell | Significant Professionals Retained by Debtors |
| Menges & Molzahn LLC | Significant Professionals Retained by Debtors |
| Valenti, Hanley & Crooks PLLC | Significant Professionals Retained by Debtors |
| Frilot, Partridge, Kohnke & Clements LC | Significant Professionals Retained by Debtors |
| Galloway, Johnson, Tompkins, Burr & Smith | Significant Professionals Retained by Debtors |
| Franklin & Prokopic | Significant Professionals Retained by Debtors |
| Sandberg, Phoenix & von Gontard | Significant Professionals Retained by Debtors |
| Robinson, Donovan, Madden, Barry PC | Significant Professionals Retained by Debtors |
| Daly, Cavanaugh & Flynn LLP | Significant Professionals Retained by Debtors |
| Shipman and Goodwin | Significant Professionals Retained by Debtors |
| Damon & Morey | Significant Professionals Retained by Debtors |
| Dwyer Connell & Lisbona | Significant Professionals Retained by Debtors |
| Bartlett, Pontiff, Steward & Rhodes | Significant Professionals Retained by Debtors |
| Clark, Gagliardi & Miller PC | Significant Professionals Retained by Debtors |
| Marshall, Dennehey, Warner, Coleman & Goggin | Significant Professionals Retained by Debtors |
| Reminger and Reminger | Significant Professionals Retained by Debtors |
| Durbin, Larimore & Bialick | Significant Professionals Retained by Debtors |

| | |
|---|---|
| Baker & Patterson PC | Significant Professionals Retained by Debtors |
| The Pope Firm | Significant Professionals Retained by Debtors |
| Thornton, Biechlin, Segrato, Reynolds, & Guerra | Significant Professionals Retained by Debtors |
| Warren and Duggan | Significant Professionals Retained by Debtors |
| AIG | PrePetition Secured Lenders/Lenders over $10 million |
| AllianceBernstein LP | PrePetition Secured Lenders/Lenders over $10 million |
| Avenue Investments | PrePetition Secured Lenders/Lenders over $10 million |
| Baltic Funding LLC | PrePetition Secured Lenders/Lenders over $10 million |
| BLT V LLC | PrePetition Secured Lenders/Lenders over $10 million |
| JPMorgan/Bear Stearns | PrePetition Secured Lenders/Lenders over $10 million |
| CCP Credit Acquisition Holdings | PrePetition Secured Lenders/Lenders over $10 million |
| Cerberus | PrePetition Secured Lenders/Lenders over $10 million |
| Contrarian Funds | PrePetition Secured Lenders/Lenders over $10 million |
| Deutsche Bank | PrePetition Secured Lenders/Lenders over $10 million |
| DK Acquisition Partners LP | PrePetition Secured Lenders/Lenders over $10 million |
| Eaton Vance | PrePetition Secured Lenders/Lenders over $10 million |
| Fidelity Management and Research Company | PrePetition Secured Lenders/Lenders over $10 million |
| Foothill Group Inc., The | PrePetition Secured Lenders/Lenders over $10 million |
| Goldman Sachs | PrePetition Secured Lenders/Lenders over $10 million |
| Morgan Stanley | PrePetition Secured Lenders/Lenders over $10 million |
| Mulberry Funding | PrePetition Secured Lenders/Lenders over $10 million |
| Nationwide Mutual Insurance Company | PrePetition Secured Lenders/Lenders over $10 million |
| New York Life | PrePetition Secured Lenders/Lenders over $10 million |
| Pequot Special Opportunity Fund III LP | PrePetition Secured Lenders/Lenders over $10 million |
| Post - New Mexico Edu Retirement Fund | PrePetition Secured Lenders/Lenders over $10 million |
| Post - Royal Mail Retirement Fund | PrePetition Secured Lenders/Lenders over $10 million |

| | |
|---|---|
| Post - Va Retirement System | PrePetition Secured Lenders/Lenders over $10 million |
| Putnam Investments | PrePetition Secured Lenders/Lenders over $10 million |
| Riversource Investments LLC | PrePetition Secured Lenders/Lenders over $10 million |
| Taconic Capital Advisors LLC | PrePetition Secured Lenders/Lenders over $10 million |
| Citibank | PrePetition Secured Lenders/Revolver Lenders |
| Credit Suisse | PrePetition Secured Lenders/Revolver Lenders |
| DK Acquisition Partners | PrePetition Secured Lenders/Revolver Lenders |
| JPMorgan | PrePetition Secured Lenders/Revolver Lenders |
| Lehman Brothers | PrePetition Secured Lenders/Revolver Lenders |
| Silver Point Capital LP | PrePetition Secured Lenders/Revolver Lenders |
| Credit Suisse, Cayman Islands Branch | Syndication Agents |
| Lehman Commercial Paper Inc. | Syndication Agents |
| JP Morgan Chase Bank, N.A. | Administrative Agent |
| Credit Suisse Securities (USA) LLC | Joint Lead Arrangers and Joint Bookrunners |
| J.P. Morgan Securities Inc. | Joint Lead Arrangers and Joint Bookrunners |
| Lehman Brothers Inc. | Joint Lead Arrangers and Joint Bookrunners |
| Bank of New York | Indentured Trustees for Bond Indentures |
| HSBC Bank USA, National Association | Indentured Trustees for Bond Indentures |
| ABN AMRO Asset Management Ltd. (London) | Major Note Holders/Notes Due in 2010 |
| American Century Investments | Major Note Holders/Notes Due in 2010 |
| Credit Suisse Asset Management (Zurich) | Major Note Holders/Notes Due in 2010 |
| Evergreen Investment Management | Major Note Holders/Notes Due in 2010 |
| Fidelity Investments Canada Ltd. | Major Note Holders/Notes Due in 2010 |
| Fidelity Investments Japan Ltd. | Major Note Holders/Notes Due in 2010 |
| Fidelity Management & Research | Major Note Holders/Notes Due in 2010 |
| Highland Capital Management LP | Major Note Holders/Notes Due in 2010 |

| | |
|---|---|
| James T. Pearce | Major Note Holders/Notes Due in 2010 |
| Nationwide Life Insurance Co. | Major Note Holders/Notes Due in 2010 |
| New York Life Insurance Company | Major Note Holders/Notes Due in 2010 |
| Pyramis Global Advisors LLC | Major Note Holders/Notes Due in 2010 |
| ABN AMRO Asset Management Ltd. (London) | Major Note Holders/Notes Due in 2013 |
| American Century Investments | Major Note Holders/Notes Due in 2013 |
| Belmont Opportunity FND LP | Major Note Holders/Notes Due in 2013 |
| Belmont Trust Company | Major Note Holders/Notes Due in 2013 |
| Bob Rust | Major Note Holders/Notes Due in 2013 |
| Bobbie Schiel | Major Note Holders/Notes Due in 2013 |
| Corrine Dodero Trust for the Arts & Science | Major Note Holders/Notes Due in 2013 |
| DEF Associates NV | Major Note Holders/Notes Due in 2013 |
| E. Rudolph McIntyre | Major Note Holders/Notes Due in 2013 |
| Express Heating Co. Inc. PSP | Major Note Holders/Notes Due in 2013 |
| F.I. Smith LP | Major Note Holders/Notes Due in 2013 |
| Fidelity Management & Research | Major Note Holders/Notes Due in 2013 |
| JPMorgan Asset Management Japan | Major Note Holders/Notes Due in 2013 |
| JPMorgan Investment Management | Major Note Holders/Notes Due in 2013 |
| Kimco Realty Corp. | Major Note Holders/Notes Due in 2013 |
| Lars Skoby | Major Note Holders/Notes Due in 2013 |
| Loomis Sayles & Company LP | Major Note Holders/Notes Due in 2013 |
| Michael D. Cali, Dr. | Major Note Holders/Notes Due in 2013 |
| New York Life Insurance Company | Major Note Holders/Notes Due in 2013 |
| Northern Trust Company, The | Major Note Holders/Notes Due in 2013 |
| Pyramis Global Advisors LLC | Major Note Holders/Notes Due in 2013 |
| Rene Dalian | Major Note Holders/Notes Due in 2013 |

| | |
|---|---|
| Sidney P. Grant | Major Note Holders/Notes Due in 2013 |
| Silver Point Capital | Major Note Holders/Notes Due in 2013 |
| SMH Capital Advisors | Major Note Holders/Notes Due in 2013 |
| SMH Cummer / Moyers | Major Note Holders/Notes Due in 2013 |
| SMH Diversified Fixed Income | Major Note Holders/Notes Due in 2013 |
| SMH High Yield | Major Note Holders/Notes Due in 2013 |
| TD Asset Management Inc. | Major Note Holders/Notes Due in 2013 |
| Alliance Bernstein Japan Ltd. | Major Note Holders/Notes Due in 2014 |
| AllianceBernstein LP | Major Note Holders/Notes Due in 2014 |
| Banc One Investment Advisors | Major Note Holders/Notes Due in 2014 |
| Columbia Management Advisors | Major Note Holders/Notes Due in 2014 |
| Credit Suisse Asset Management | Major Note Holders/Notes Due in 2014 |
| E. Rudolph McIntyre | Major Note Holders/Notes Due in 2014 |
| Evergreen Investment Management | Major Note Holders/Notes Due in 2014 |
| Fidelity Investments Canada Ltd. | Major Note Holders/Notes Due in 2014 |
| Fidelity Management & Research | Major Note Holders/Notes Due in 2014 |
| Hyperion Brookfield Asset Management | Major Note Holders/Notes Due in 2014 |
| JPMorgan Asset Management Japan | Major Note Holders/Notes Due in 2014 |
| JPMorgan Asset Management Ltd. | Major Note Holders/Notes Due in 2014 |
| JPMorgan High Yield Partners | Major Note Holders/Notes Due in 2014 |
| LBIE Administration | Major Note Holders/Notes Due in 2014 |
| Loomis Sayles & Company LP | Major Note Holders/Notes Due in 2014 |
| Morgan Asset Management Inc. | Major Note Holders/Notes Due in 2014 |
| Natixis Asset Management Advisors | Major Note Holders/Notes Due in 2014 |
| Neuberger & Berman | Major Note Holders/Notes Due in 2014 |
| Nomura Asset Management USA Inc. | Major Note Holders/Notes Due in 2014 |
| Nomura Corp. Research & Asset | Major Note Holders/Notes Due in 2014 |

| | |
|---|---|
| Northern Trust Investments | Major Note Holders/Notes Due in 2014 |
| Post Advisory Group | Major Note Holders/Notes Due in 2014 |
| Principal Management Corp. | Major Note Holders/Notes Due in 2014 |
| Prudential Life Insurance Co. | Major Note Holders/Notes Due in 2014 |
| Pyramis Global Advisors LLC | Major Note Holders/Notes Due in 2014 |
| RBC Asset Management Inc. | Major Note Holders/Notes Due in 2014 |
| SEI Investments Fund Management | Major Note Holders/Notes Due in 2014 |
| TD Asset Management Inc. | Major Note Holders/Notes Due in 2014 |
| Zesiger Capital Group LLC | Major Note Holders/Notes Due in 2014 |
| Aristeia Capital LLC | Major Note Holders/Notes Due in 2015 |
| Avenue Capital Management | Major Note Holders/Notes Due in 2015 |
| Brigade Capital Management LLC | Major Note Holders/Notes Due in 2015 |
| Citigroup Inc. | Major Note Holders/Notes Due in 2015 |
| Clutterbuck Capital Management | Major Note Holders/Notes Due in 2015 |
| Deutsche Bank AG | Major Note Holders/Notes Due in 2015 |
| Fidelity Management & Research Co. | Major Note Holders/Notes Due in 2015 |
| Highland Capital Management LP | Major Note Holders/Notes Due in 2015 |
| JPMorgan & Co. | Major Note Holders/Notes Due in 2015 |
| LBIE Administration | Major Note Holders/Notes Due in 2015 |
| Morgan Stanley & Co. Inc. | Major Note Holders/Notes Due in 2015 |
| Neuberger Berman Inc. | Major Note Holders/Notes Due in 2015 |
| Sunrise Partners LP | Major Note Holders/Notes Due in 2015 |
| Whitebox Advisors LLC | Major Note Holders/Notes Due in 2015 |
| Xaraf Management LLC | Major Note Holders/Notes Due in 2015 |
| AllianceBernstein LP | Major Note Holders/Notes Due in 2016 |
| American Century Investments | Major Note Holders/Notes Due in 2016 |
| Chris Barnes | Major Note Holders/Notes Due in 2016 |

| | |
|---|---|
| Citigroup Inc. | Major Note Holders/Notes Due in 2016 |
| Columbia Management Advisors | Major Note Holders/Notes Due in 2016 |
| Credit Suisse Asset Management | Major Note Holders/Notes Due in 2016 |
| Evergreen Investment Management | Major Note Holders/Notes Due in 2016 |
| Fidelity Investments Canada Ltd. | Major Note Holders/Notes Due in 2016 |
| Fidelity Investments Japan Ltd. | Major Note Holders/Notes Due in 2016 |
| Fidelity Management & Research | Major Note Holders/Notes Due in 2016 |
| JPMorgan Asset Management (Japan) Ltd. | Major Note Holders/Notes Due in 2016 |
| JPMorgan High Yield Partners | Major Note Holders/Notes Due in 2016 |
| LBIE Administration | Major Note Holders/Notes Due in 2016 |
| Neuberger Berman | Major Note Holders/Notes Due in 2016 |
| Northern Trust Company, The | Major Note Holders/Notes Due in 2016 |
| Post Advisory Group | Major Note Holders/Notes Due in 2016 |
| Principal Management Corp. | Major Note Holders/Notes Due in 2016 |
| Pyramis Global Advisors LLC | Major Note Holders/Notes Due in 2016 |
| Silver Point Capital Fund LP | Major Note Holders/Notes Due in 2016 |
| Silver Point Capital Offshore | Major Note Holders/Notes Due in 2016 |
| TD Asset Management Inc. | Major Note Holders/Notes Due in 2016 |
| Argent International Management Co LLC | Major Piers Holders |
| Argent Management Company LLC | Major Piers Holders |
| Aristeia Capital LLC | Major Piers Holders |
| B. Riley & Co. LLC | Major Piers Holders |
| Bank of America | Major Piers Holders |
| BNP Paribas Arbitrage SA | Major Piers Holders |
| Cascade Investments LLC | Major Piers Holders |
| Century National Insurance Co. | Major Piers Holders |
| Citigroup Inc. | Major Piers Holders |
| Clearbridge Advisors | Major Piers Holders |
| Clearbridge Asset Management | Major Piers Holders |

| | |
|---|---|
| Credit Agricole SA | Major Piers Holders |
| Davidson Kemper Capital Management LLC | Major Piers Holders |
| Del Pellaro Camillo | Major Piers Holders |
| Deutsche Bank AG | Major Piers Holders |
| Drake Asset Management LLC | Major Piers Holders |
| Fidelity Management and Research | Major Piers Holders |
| Gamco Investors Inc. | Major Piers Holders |
| George S. Bosy | Major Piers Holders |
| Goldman Sachs Group Inc. | Major Piers Holders |
| Hoak Public Equities LP | Major Piers Holders |
| Jack Roth | Major Piers Holders |
| Kimco Realty Corp. | Major Piers Holders |
| LBIE Administration | Major Piers Holders |
| Legg Mason Partners Fund Advisors | Major Piers Holders |
| Loomis Sayles & Company LP | Major Piers Holders |
| M.D. Sass Investors Services Inc. | Major Piers Holders |
| Mackay Shields Financial Corp. | Major Piers Holders |
| Managed Account Advisors LLC | Major Piers Holders |
| Markston International LLC | Major Piers Holders |
| Natexis Asset Management Advisors | Major Piers Holders |
| Oppenheimer Funds Inc. | Major Piers Holders |
| Oz Management | Major Piers Holders |
| Prudential Insurance Company of America | Major Piers Holders |
| Putnam Investment Management | Major Piers Holders |
| Roland Charles Baer | Major Piers Holders |
| Silver Point Capital LP | Major Piers Holders |
| UBS AG | Major Piers Holders |
| Wallace R. Weitz and Co. | Major Piers Holders |
| Waterside Partners LP | Major Piers Holders |
| Wolverine Asset Management | Major Piers Holders |
| Zazove Associates LLC | Major Piers Holders |
| Karen Aldridge | Litigation Counterparties |
| Jonathan Barnette | Litigation Counterparties |
| Jessica Beaudoin | Litigation Counterparties |
| Brandi Beltz | Litigation Counterparties |

| | |
|---|---|
| Melissa Bernstein | Litigation Counterparties |
| Matthew Blanchard | Litigation Counterparties |
| Carlos Blevins | Litigation Counterparties |
| George Boyles | Litigation Counterparties |
| Logan Bradley | Litigation Counterparties |
| Amanda Brown | Litigation Counterparties |
| Keri Capolupo | Litigation Counterparties |
| Dennis Carlson | Litigation Counterparties |
| Felicia Charles | Litigation Counterparties |
| Dawn Close | Litigation Counterparties |
| James Cohen | Litigation Counterparties |
| Micah Cope | Litigation Counterparties |
| Michael Corry | Litigation Counterparties |
| Amanda Cross | Litigation Counterparties |
| Jennifer Cruz | Litigation Counterparties |
| Christopher Culbert | Litigation Counterparties |
| Darlene Daguanno | Litigation Counterparties |
| Brenda Demouchet | Litigation Counterparties |
| Loretta Douglas | Litigation Counterparties |
| Melony Downing | Litigation Counterparties |
| Anne Duurloo | Litigation Counterparties |
| Tara Eubanks | Litigation Counterparties |
| Muhammed Fathi | Litigation Counterparties |
| Asia Ferguson | Litigation Counterparties |
| Sherry Fleydervish | Litigation Counterparties |
| Clifton Franklin | Litigation Counterparties |
| Robert Friedman | Litigation Counterparties |
| Daniel Gamarra | Litigation Counterparties |
| Linda Gambino | Litigation Counterparties |
| John Garcia | Litigation Counterparties |
| Lucas Garcia | Litigation Counterparties |
| Efrat Gelman | Litigation Counterparties |
| Leila Goss | Litigation Counterparties |
| Forrest Gray | Litigation Counterparties |
| Tammy Greene | Litigation Counterparties |
| Tiffany Greggs | Litigation Counterparties |
| Maria Gutierrez | Litigation Counterparties |
| Marie Held | Litigation Counterparties |
| Suzanna Hernandez | Litigation Counterparties |
| Jennifer Hinojosa | Litigation Counterparties |
| Reagan Honeycutt | Litigation Counterparties |
| Donna Houseberg | Litigation Counterparties |
| Angela Huckaba | Litigation Counterparties |
| Carles Ibanez | Litigation Counterparties |
| Karla Islas | Litigation Counterparties |
| Eric Jablonowski | Litigation Counterparties |
| Phillip Jerominski | Litigation Counterparties |
| Aaron Kahane | Litigation Counterparties |
| Chalres Kaminsky | Litigation Counterparties |
| Adrianna Kim | Litigation Counterparties |
| Kim Koerner | Litigation Counterparties |
| Olga Kucheriava | Litigation Counterparties |
| Haley Kuhn | Litigation Counterparties |

| | |
|---|---|
| Shannon Lael | Litigation Counterparties |
| Shaun Laporte | Litigation Counterparties |
| Thomas Lee | Litigation Counterparties |
| Timothy Lipscomb | Litigation Counterparties |
| Richard Loffredo | Litigation Counterparties |
| Dylan Lovelace | Litigation Counterparties |
| Matthew Lowrey | Litigation Counterparties |
| Jonathan Lyons | Litigation Counterparties |
| Timothy Manriquez | Litigation Counterparties |
| Joshua Martin | Litigation Counterparties |
| David Martinez | Litigation Counterparties |
| Michael Maychrowitz | Litigation Counterparties |
| Cindy Mayhue | Litigation Counterparties |
| Ashley McAdams | Litigation Counterparties |
| Shanna McCown | Litigation Counterparties |
| David McDonald | Litigation Counterparties |
| Shannon McGee | Litigation Counterparties |
| John McVeigh | Litigation Counterparties |
| Joan Meilan | Litigation Counterparties |
| Jonathan Mobley | Litigation Counterparties |
| Travis Montalbano | Litigation Counterparties |
| Gena Mora | Litigation Counterparties |
| Crystal Mosley | Litigation Counterparties |
| Arlene Mueller | Litigation Counterparties |
| Maysem Mundher | Litigation Counterparties |
| Ayman Nassar | Litigation Counterparties |
| Carolyn Natolochny | Litigation Counterparties |
| Jackeline Navedo | Litigation Counterparties |
| Breanna Nelson | Litigation Counterparties |
| Brittany Obregon | Litigation Counterparties |
| April O'Carroll | Litigation Counterparties |
| Thomas Orsolini | Litigation Counterparties |
| Glenn Parker | Litigation Counterparties |
| Ian Penniman | Litigation Counterparties |
| Lena Peters | Litigation Counterparties |
| Courtney Philbin | Litigation Counterparties |
| Latosha Powell | Litigation Counterparties |
| Sabrina Powers | Litigation Counterparties |
| Abigail Preston | Litigation Counterparties |
| Lizabeth Ramos | Litigation Counterparties |
| Alistair Renshaw | Litigation Counterparties |
| Felicia Rodriguez | Litigation Counterparties |
| Stephen Rollins | Litigation Counterparties |
| Martika Ross | Litigation Counterparties |
| Jessica Salgado | Litigation Counterparties |
| Maria Sanchez | Litigation Counterparties |
| Jacqueline Schleer | Litigation Counterparties |
| Shanika Scott | Litigation Counterparties |
| Loretta Shaw | Litigation Counterparties |
| Maureen Stasey | Litigation Counterparties |
| Janet Steinmiller | Litigation Counterparties |
| Sonya Stevenson | Litigation Counterparties |
| Melissa Streeter | Litigation Counterparties |

| | |
|---|---|
| Lisa Taylor | Litigation Counterparties |
| Jamie Teakell | Litigation Counterparties |
| Torin Thames | Litigation Counterparties |
| Joseph Torre | Litigation Counterparties |
| Jason Torres | Litigation Counterparties |
| Keeley Vercellotti | Litigation Counterparties |
| Dawna Villinger | Litigation Counterparties |
| Demetrious Walker | Litigation Counterparties |
| Kaitlyn Ward | Litigation Counterparties |
| Mary Ward | Litigation Counterparties |
| Aleshia Weber | Litigation Counterparties |
| Dan Welling | Litigation Counterparties |
| Cindy West | Litigation Counterparties |
| Frederica White | Litigation Counterparties |
| Glenda Whobrey | Litigation Counterparties |
| Jahriah Williams | Litigation Counterparties |
| Patricia Williams | Litigation Counterparties |
| Al Wright | Litigation Counterparties |
| Images Everywhere Inc. | Corporate Litigation Parties |
| John Shawn Productions, Inc. | Corporate Litigation Parties |
| Event Imaging Solutions, Inc. | Corporate Litigation Parties |
| Magnetar Technologies Corp. | Corporate Litigation Parties |
| G&T Conveyor Co. | Corporate Litigation Parties |
| Busch Entertainment Corp. | Corporate Litigation Parties |
| Cedar Fair LP | Corporate Litigation Parties |
| Paramount Parks, Inc. | Corporate Litigation Parties |
| Knott's Berry Farm | Corporate Litigation Parties |
| Kings Island Company | Corporate Litigation Parties |
| Cedar Fair | Corporate Litigation Parties |
| Universal City Development Partners Ltd. | Corporate Litigation Parties |
| Universal City Studios LLLP | Corporate Litigation Parties |
| PARC Management, LLC | Corporate Litigation Parties |
| Westchester Surplus Lines Insurance Company | Corporate Litigation Parties |
| Arch Specialty Insurance Company | Corporate Litigation Parties |
| Great Lakes Reinsurance (UK) PLC | Corporate Litigation Parties |
| Commonwealth Insurance Company | Corporate Litigation Parties |
| Axis Specialty Insurance Company | Corporate Litigation Parties |
| Continental Casualty Company | Corporate Litigation Parties |

| | |
|---|---|
| Liberty Corporate Capital, Ltd. | Corporate Litigation Parties |
| The United States of America | Corporate Litigation Parties |
| The United States Army Corps of Engineers | Corporate Litigation Parties |
| The Southeast Louisiana Flood Protection Authority-East, a Successor-in-Interest to the Orleans | Corporate Litigation Parties |
| Parish Levee District | Corporate Litigation Parties |
| The Lake Borgne Levee District | Corporate Litigation Parties |
| Barclays PLC | Significant Equity Holders |
| Cascade Investment, L.L.C. | Significant Equity Holders |
| Charles Elliott Andrews | Significant Equity Holders |
| Citigroup Inc. | Significant Equity Holders |
| Mark Jennings | Significant Equity Holders |
| Jack Kemp | Significant Equity Holders |
| Louis S. Koskovolis | Significant Equity Holders |
| Robert J. McGuire | Significant Equity Holders |
| Mark Quenzel | Significant Equity Holders |
| Renaissance Technologies LLC | Significant Equity Holders |
| Dwight C. Schar | Significant Equity Holders |
| Andrew M. Schleimer | Significant Equity Holders |
| Mark Shapiro | Significant Equity Holders |
| Daniel M. Snyder | Significant Equity Holders |
| Jeffrey R. Speed | Significant Equity Holders |
| Harvey Weinstein | Significant Equity Holders |
| Astroworld GP LLC | Significant Equity Holders |
| Astroworld LP LLC | Significant Equity Holders |
| Funtime, Inc. | Significant Equity Holders |
| Funtime Parks, Inc. | Significant Equity Holders |
| Great Escape Holding Inc. | Significant Equity Holders |
| Hurricane Harbor GP LLC | Significant Equity Holders |
| Hurricane Harbor LP LLC | Significant Equity Holders |
| Premier Parks of Colorado, Inc. | Significant Equity Holders |
| Riverside Park Enterprises, Inc. | Significant Equity Holders |
| Six Flags, Inc. | Significant Equity Holders |
| Six Flags America Property Corporation | Significant Equity Holders |
| Six Flags Great Escape, L.P. | Significant Equity Holders |

| | |
|---|---|
| Six Flags Operations, Inc. | Significant Equity Holders |
| Six Flags Theme Parks, Inc. | Significant Equity Holders |
| Stuart Amusement Company | Significant Equity Holders |
| Bank of New York Mellon – Indenture Trustee for the Senior Notes Due 2014 | Top 20 Unsecured Creditors |
| Bank of New York Mellon – Indenture Trustee for the Senior Notes Due 2013 | Top 20 Unsecured Creditors |
| Bank of New York Mellon – Indenture Trustee for the Senior Notes Due 2010 | Top 20 Unsecured Creditors |
| HSBC – Indenture Trustee for the Senior Notes Due 2016 | Top 20 Unsecured Creditors |
| Bank of New York Mellon – Indenture Trustee for the Senior Notes Due 2011 | Top 20 Unsecured Creditors |
| Mindshare USA LLC | Top 20 Unsecured Creditors |
| Webhouse, Inc. | Top 20 Unsecured Creditors |
| Red Line Films | Top 20 Unsecured Creditors |
| Wachovia Wholesale Lockbox | Top 20 Unsecured Creditors |
| Rasch Construction and Engineering | Top 20 Unsecured Creditors |
| Cigna (CGLIC-PHX EASC) | Top 20 Unsecured Creditors |
| Optec Communications, Inc. | Top 20 Unsecured Creditors |
| NEC Display Solutions of America, Inc. | Top 20 Unsecured Creditors |
| Personix St. Louis | Top 20 Unsecured Creditors |
| Preferred Marketing Solutions | Top 20 Unsecured Creditors |
| Spencer Contracting Co. | Top 20 Unsecured Creditors |
| Impact Merchandise, Inc. | Top 20 Unsecured Creditors |
| County of Los Angeles – Sheriff | Top 20 Unsecured Creditors |
| Global Display Solutions, Inc. | Top 20 Unsecured Creditors |
| Northern Construction Services | Top 20 Unsecured Creditors |
| 1762 LLC | Significant Landlords of the Debtors |
| Blue Back Square, LLC | Significant Landlords of the Debtors |

| | |
|---|---|
| CS Ritz Holdings, L.P. | Significant Landlords of the Debtors |
| Department of Veterans Affairs, VA North Chicago | Significant Landlords of the Debtors |
| EPI Realty | Significant Landlords of the Debtors |
| Gurnee Hospitality Inc. | Significant Landlords of the Debtors |
| Industrial Development Board of the City of New Orleans, Louisiana | Significant Landlords of the Debtors |
| JPF Realty, L.P. | Significant Landlords of the Debtors |
| Kentucky State Fair Board c/o Kentucky Fair and Exposition Center, Finance and Administration Cabinet, Kentucky Property and Buildings Commission | Significant Landlords of the Debtors |
| Frederick W. Kingery (Will of), Douglas L. Gillim and Mary Jo Gillim as Co-Trustees, First Kentucky Trust Company as Residual Trustee | Significant Landlords of the Debtors |
| Lennar Mare Island, LLC | Significant Landlords of the Debtors |
| Mary Lou Collins | Significant Landlords of the Debtors |
| SPUSV5 1540 Broadway, LLC c/o CB Richard Ellis, Inc. | Significant Landlords of the Debtors |
| Tarr Family Trust, Jean W. Tarr and Laurie Ann Dehm, Trustees | Significant Landlords of the Debtors |
| Waterford Morgan LLC | Significant Landlords of the Debtors |
| The Popular Vending | Significant Licensees/Lessees of Debtors (listed by park) – The Great Escape |
| Sky Coaster Inc. | Significant Licensees/Lessees of Debtors (listed by park) – The Great Escape |
| What's Your Story | Significant Licensees/Lessees of Debtors (listed by park) – The Great Escape |
| Crown Foods, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| Mid-Atlantic Coca-Cola Bottling Company, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| MidLantic Vending | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |

| | |
|---|---|
| Quality Parking Management | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| Randan | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| Subway Development Corporation of Washington | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| Trishul, LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| Vending Plus, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags America |
| California Barbeque | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| California Redwood Signs | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| Foto Fantasy Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| Greico Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| O'Sullivan Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| The Penny Men Division of CTM | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| Subway Real Estate Group | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Discovery Kingdom |
| America's Best Kettle Corn | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Fiesta Texas |
| DWE, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Fiesta Texas |
| Elaut USA, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Fiesta Texas |
| Kamans Art Shops Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Fiesta Texas |
| Win Win Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Fiesta Texas |
| AC Franks | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |

| | |
|---|---|
| Crown Foods | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Flatstick LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Glatt Spot Deli | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Hearty CorN, LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Kamans Art Shoppes | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Mama Flora's, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| MidLantic Vending | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| PLTS, LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Protocol | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Randan Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Relaxation Sensations LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| S&S Power | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Skycoaster | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| William d Barnett Jewelry Company | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great Adventure |
| Arun Inc. Nutty Buddies | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |
| Elaut USA | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |
| Kaman Arts Shoppes | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |
| Photo-Me LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |

| | |
|---|---|
| World Event Services | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |
| Yours Forever More LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Great America |
| DB Enterprise | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| Eurolink Design | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| Holden Manufacturing | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| Imperial Investment Company | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| Ron King | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| WR Pretzels 4 Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Kentucky Kingdom |
| AFC Corporation | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| BCI Coca-Cola Bottling Company of Los Angeles | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| The Bernod Group | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Dansig Inc. Freshers | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Fantasy Entertainment | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Fasen Art, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| FaZen Enterprises, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| G&W Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Gary Watts Airbrush | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Glass Crafts Company | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |

| | |
|---|---|
| Kean Images | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Little Miss Henna | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Los Cuates Mexican Grill | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| MAB Services – First Class Vending | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Micjo Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Photo-Me USA LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Salis LLC | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Santa Clarita Concessions Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Yours Forever More | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags Magic Mountain |
| Adventure Vending | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Ben & Jerry's-Scoop Shops of Ohio IV, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| EB's Restaurant | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Elaut USA | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Partner's Restaurant | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Petrosie Enterprises | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Richmand Illustrations | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Ride Entertainment Systems | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags New England |
| Air to Be Different | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |

| | |
|---|---|
| Coca-Cola Enterprises Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| Elaut USA | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| K&J Vending | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| Richmond Illustrations, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| Skycoaster Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| St. Louis Vendors, Inc. | Significant Licensees/Lessees of Debtors (listed by park) – Six Flags St. Louis |
| 3D Bluegrass LLC (Green Farm Resort) | Contract Counterparties |
| 42 Entertainment, LLC | Contract Counterparties |
| Abandon Interactive Entertainment, LLC | Contract Counterparties |
| Advanced Reservation Systems, Inc. | Contract Counterparties |
| Adventist Health System | Contract Counterparties |
| Advocate Healthcare | Contract Counterparties |
| Accesso, LLC | Contract Counterparties |
| AEG | Contract Counterparties |
| Airport and Expo Laquinta Inn & Suites | Contract Counterparties |
| Alco Iron & Metal | Contract Counterparties |
| All Star Boarding Kennels | Contract Counterparties |
| America's Best Value Inn | Contract Counterparties |
| American Express Travel Related Services Company, Inc. | Contract Counterparties |
| American River Recreation | Contract Counterparties |
| Anatomic Global, Inc. | Contract Counterparties |
| ANTS Communications, LLC | Contract Counterparties |
| Arby's | Contract Counterparties |
| Armitron Corporation, a division of E. Gluck Corporation | Contract Counterparties |
| Army VAE | Contract Counterparties |
| American Society of Composers, Authors and Publishers | Contract Counterparties |

| | |
|---|---|
| Asylum Entertainment, LLC | Contract Counterparties |
| Bank of the West | Contract Counterparties |
| Baymont Inn & Suites | Contract Counterparties |
| Baynum Painting, Inc. | Contract Counterparties |
| Bernie's Audio Video TV Appliance Company, Inc. | Contract Counterparties |
| Best Western (Valencia) | Contract Counterparties |
| Best Western (Vallejo) | Contract Counterparties |
| BFI Waste Services of Texas, LP | Contract Counterparties |
| Big Y Foods, Inc. | Contract Counterparties |
| Black Tie Formalwear | Contract Counterparties |
| Bluegreen Vacations Unlimited, Inc. | Contract Counterparties |
| Broadcast Music, Inc. | Contract Counterparties |
| Broadridge Financial Solutions, Inc. | Contract Counterparties |
| Brookdale Farms | Contract Counterparties |
| Buca Di Beppo | Contract Counterparties |
| Buffalo Lodging Associates | Contract Counterparties |
| Camp Achim | Contract Counterparties |
| Campbell Innovations | Contract Counterparties |
| Carpenters' District Council of Greater St. Louis and Vicinity | Contract Counterparties |
| Carved Rock LLC | Contract Counterparties |
| CDRide Corp. | Contract Counterparties |
| CDW Corporation | Contract Counterparties |
| CPG Partners, L.P. (Chelsea Outlets) | Contract Counterparties |
| Charter Communications | Contract Counterparties |
| Chase Bank USA, N.A. | Contract Counterparties |
| Chrysler LLC | Contract Counterparties |
| CJ Marketing Services | Contract Counterparties |
| Cision | Contract Counterparties |
| City of Vallejo | Contract Counterparties |
| Clarion Hotel | Contract Counterparties |
| Club Corp | Contract Counterparties |
| Cluck-U Chicken | Contract Counterparties |
| CME Group | Contract Counterparties |
| Coca-Cola Company, The | Contract Counterparties |
| Cold Stone Creamery, Inc. | Contract Counterparties |
| Comfort Inn & Suites | Contract Counterparties |
| Comfort Inn (St. Louis) | Contract Counterparties |
| Comfort Inn Fiesta | Contract Counterparties |
| Comfort Inn Northwest | Contract Counterparties |

| | |
|---|---|
| Comfort Suites Valencia | Contract Counterparties |
| Coming & Going LLC | Contract Counterparties |
| Connor Sport Court International, Inc. | Contract Counterparties |
| Cool Media U.S.A., Inc. | Contract Counterparties |
| Courtyard by Marriott Napa Valley | Contract Counterparties |
| Courtyard by Marriott (San Antonio) | Contract Counterparties |
| Courtyard by Marriott Santa Clarita | Contract Counterparties |
| Creative Training Solutions | Contract Counterparties |
| Critical Mention | Contract Counterparties |
| Crown/Excel Disposal | Contract Counterparties |
| Culver's of San Antonio | Contract Counterparties |
| Dansig, Inc. | Contract Counterparties |
| David Keaney | Contract Counterparties |
| Days Inn (St. Louis) | Contract Counterparties |
| Days Inn (Chicago) | Contract Counterparties |
| Days Inn Castaic | Contract Counterparties |
| Days Inn Wrightstown | Contract Counterparties |
| Delaware Hotel Group | Contract Counterparties |
| Deloitte & Touche | Contract Counterparties |
| Delta Market Research | Contract Counterparties |
| Denny's Inc. | Contract Counterparties |
| dick clark productions, inc. | Contract Counterparties |
| Dover Straits Seafood House | Contract Counterparties |
| Drury Hotels | Contract Counterparties |
| Dwight Jordan | Contract Counterparties |
| Earth's Our Products | Contract Counterparties |
| Econo Lodge Airport | Contract Counterparties |
| Elaut USA Inc. | Contract Counterparties |
| Ellsworth & Son Excavating, Inc. | Contract Counterparties |
| Embassy Suites | Contract Counterparties |
| Embassy Suites San Rafael | Contract Counterparties |
| Encore Entertainment | Contract Counterparties |
| Endulge Day Spa & Boutique | Contract Counterparties |
| Entertainment Design Group | Contract Counterparties |
| Entertainment Development Group LLC | Contract Counterparties |
| Executive Inn & Suites | Contract Counterparties |
| Eventive Marketing | Contract Counterparties |
| Factiva | Contract Counterparties |

| | |
|---|---|
| Fairfield Inn | Contract Counterparties |
| Fairfield Inn & Ste Stone Oak | Contract Counterparties |
| Fairfield Inn American Canyon | Contract Counterparties |
| Federal Communications Commission | Contract Counterparties |
| Felician College | Contract Counterparties |
| First Data Trust Company, LLC | Contract Counterparties |
| Fitness Team One, LLC | Contract Counterparties |
| Fletcher Martin | Contract Counterparties |
| Flowers Baking Company | Contract Counterparties |
| Four Points by Sheraton | Contract Counterparties |
| Friendly Ice Cream Corporation | Contract Counterparties |
| Funtraptions | Contract Counterparties |
| Gaia Napa Valley Hotel & Spa | Contract Counterparties |
| Gary Goddard Entertainment, Inc. | Contract Counterparties |
| Gary Osher Entertainment | Contract Counterparties |
| Georgia Pacific | Contract Counterparties |
| Georgia Tech University | Contract Counterparties |
| Getty Petroleum Marketing Inc. (LUKoil) | Contract Counterparties |
| Goodyear Tire Company | Contract Counterparties |
| GOJO Industries, Inc. | Contract Counterparties |
| Government Employee Insurance Company (GEICO) | Contract Counterparties |
| Grasshopper Gardens | Contract Counterparties |
| East Midwood Jewish Center/GZY | Contract Counterparties |
| H-Cranberry Hotel Group | Contract Counterparties |
| Halcyon Consumer Products, LLC | Contract Counterparties |
| Hampton Inn West Springfield | Contract Counterparties |
| Hannah Barbera | Contract Counterparties |
| H.J. Heinz Company, L.P. | Contract Counterparties |
| Hampton Inn (Santa Clarita) | Contract Counterparties |

| | |
|---|---|
| Hampton Inn East Windsor | Contract Counterparties |
| Hampton Inn & Suites (Boerne) | Contract Counterparties |
| Hampton Inn Gurnee | Contract Counterparties |
| Hawthorn Inn | Contract Counterparties |
| Hawthorn Suites | Contract Counterparties |
| Hercules Networks LLC | Contract Counterparties |
| Hilton Concord | Contract Counterparties |
| Hilton Garden Inn | Contract Counterparties |
| HIT Entertainment | Contract Counterparties |
| Hoffman Enterprises, Inc. | Contract Counterparties |
| Holiday Inn Airport & Fair/Expo Center | Contract Counterparties |
| Holiday Inn (Gurnee) | Contract Counterparties |
| Holiday Inn Express (Fenton) | Contract Counterparties |
| Holiday Inn Express (Vernon Hills) | Contract Counterparties |
| Holiday Inn Express (Valencia) | Contract Counterparties |
| Holiday Inn Six Flags | Contract Counterparties |
| Holiday Inn Southwest Fair Expo | Contract Counterparties |
| Homewood Suites | Contract Counterparties |
| Homewood Suites Fairfield | Contract Counterparties |
| Honda Manufacturing of Alabama | Contract Counterparties |
| Hotel Indigo | Contract Counterparties |
| Hotels Unlimited | Contract Counterparties |
| Howard Johnson Fiesta | Contract Counterparties |
| Howard University | Contract Counterparties |
| HP Hood LLC | Contract Counterparties |
| Huntington Learning Center | Contract Counterparties |
| Hyatt Deerfield | Contract Counterparties |
| Hyatt Place | Contract Counterparties |
| ICM Inc. | Contract Counterparties |
| Icono Culture | Contract Counterparties |
| IdeaCast, Inc. | Contract Counterparties |
| Infusion Development | Contract Counterparties |
| IHOP – Bowie | Contract Counterparties |
| Industry Model & Talent Studios LLC | Contract Counterparties |
| Interstate Towing, Inc. | Contract Counterparties |
| Iron Mountain Information Management, Inc. | Contract Counterparties |
| Iwerks | Contract Counterparties |
| J. Stokes & Associates | Contract Counterparties |
| J&J Snack Foods | Contract Counterparties |

| | |
|---|---|
| Jack Link's Beef Jerky | Contract Counterparties |
| Jay Vending Company | Contract Counterparties |
| JEM FX | Contract Counterparties |
| Johnny Rockets Licensing Corporation | Contract Counterparties |
| JPM Productions, Inc | Contract Counterparties |
| K&K Promotions | Contract Counterparties |
| KBCW 44/CABLE 12 | Contract Counterparties |
| Kiolbassa Provision Company | Contract Counterparties |
| Kohl's | Contract Counterparties |
| K'nex Brands, L.P. | Contract Counterparties |
| KLCG Property | Contract Counterparties |
| Knouse Foods (Musselman's) | Contract Counterparties |
| Kozy Shack Enterprises, Inc. | Contract Counterparties |
| Kraft Foods Global, Inc. (Miracle Whip) | Contract Counterparties |
| Lagniappe Productions | Contract Counterparties |
| Lantis Productions | Contract Counterparties |
| Lemery Greisler, LLC | Contract Counterparties |
| Les Schwab Tires | Contract Counterparties |
| Lettuce Entertain You | Contract Counterparties |
| Levey Film, Inc. (Don Levey) | Contract Counterparties |
| Levi Strauss & Co. | Contract Counterparties |
| Levick Strategic Communications, LLC | Contract Counterparties |
| Lexis Nexis Freelance | Contract Counterparties |
| Live Action Productions | Contract Counterparties |
| Lo-Q Virtual Queuing, Inc. | Contract Counterparties |
| Local Lodge No. 322, District Lodge No. 947 of the International Association of Machinists and Aerospace Workers, AFL-CIO | Contract Counterparties |
| Lyons Sales & Marketing, LLC | Contract Counterparties |
| Madame Tussauds | Contract Counterparties |
| Mad Science Productions Inc. | Contract Counterparties |
| Mama Margie's | Contract Counterparties |
| Manrique Group, Inc. | Contract Counterparties |
| Marine World Joint Powers Authority | Contract Counterparties |
| Mariott Suites | Contract Counterparties |
| Marriott Town Place | Contract Counterparties |
| Mars Snackfood US, LLC | Contract Counterparties |

| | |
|---|---|
| Mat Hoffman d/b/a Hoffman Enterprises, Inc. | Contract Counterparties |
| Meramec Caverns | Contract Counterparties |
| Metro-Goldwyn-Mayer | Contract Counterparties |
| MetroPCS Wireless Inc. | Contract Counterparties |
| Michaels & Associates (Ballpark) | Contract Counterparties |
| Microtel Inn East | Contract Counterparties |
| Miller Brewing Company | Contract Counterparties |
| Mindshare (Marines) | Contract Counterparties |
| MindShare USA | Contract Counterparties |
| Mirage Entertainment | Contract Counterparties |
| Monduce, Inc. | Contract Counterparties |
| Morehead, Dotts, and Associates | Contract Counterparties |
| Motel 6 | Contract Counterparties |
| MTV Networks On Campus inc. | Contract Counterparties |
| Natural Bridge Caverns | Contract Counterparties |
| Natural Bridge Wildlife Ranch | Contract Counterparties |
| NextProcess, LP | Contract Counterparties |
| Nintendo of America | Contract Counterparties |
| Northshore Management Group | Contract Counterparties |
| nWave Pictures Distribution, Inc. | Contract Counterparties |
| Nwave Productions | Contract Counterparties |
| OgilvyOne New York | Contract Counterparties |
| Omni Hotels Corp. | Contract Counterparties |
| One World Foods, Inc. | Contract Counterparties |
| Oorah's Camp Boyzone/Girlzone | Contract Counterparties |
| Organic Motion | Contract Counterparties |
| Panda Express, Inc. | Contract Counterparties |
| Papa John's | Contract Counterparties |
| Perf Go Green | Contract Counterparties |
| Peter Bonventre | Contract Counterparties |
| Personality Portraits, Inc. | Contract Counterparties |
| Pfizer | Contract Counterparties |
| Phillips Entertainment, Inc. | Contract Counterparties |
| Planned Environments | Contract Counterparties |
| Platinum Rye Entertainment | Contract Counterparties |
| Professional National Title Network, Inc. | Contract Counterparties |
| Porter and Chester Institute | Contract Counterparties |
| Post Foods, LLC | Contract Counterparties |

| | |
|---|---|
| PR Newswire | Contract Counterparties |
| Premio Foods | Contract Counterparties |
| Professional Disposables, Inc. | Contract Counterparties |
| Promass Ltd. | Contract Counterparties |
| Pyrotecnico Productions | Contract Counterparties |
| Qualex, Inc. | Contract Counterparties |
| Quality Inn | Contract Counterparties |
| Quality Inn-Bandera | Contract Counterparties |
| Quality Inn Concord | Contract Counterparties |
| Quality Inn-Fiesta | Contract Counterparties |
| Rain Forest Café | Contract Counterparties |
| Rainbow Italian Ice | Contract Counterparties |
| Ramada Downtown North | Contract Counterparties |
| Ramada Inn | Contract Counterparties |
| Ramada Limited | Contract Counterparties |
| Ray Charles | Contract Counterparties |
| Reality Check Studios | Contract Counterparties |
| Reckitt Benckiser, Inc. | Contract Counterparties |
| Red Line Films | Contract Counterparties |
| Red Roof Inn Louisville Expo | Contract Counterparties |
| RedZone Capital Management Company, LLC | Contract Counterparties |
| Residence Inn (Santa Clarita) | Contract Counterparties |
| Residence Inn North Stone Oak | Contract Counterparties |
| Ripley's Believe It or Not | Contract Counterparties |
| Roadway Inn | Contract Counterparties |
| RRA Southwest Research | Contract Counterparties |
| Sacamento Kings (Maloof Entertainment) | Contract Counterparties |
| SAIC | Contract Counterparties |
| San Antonio Metropolitan Health District | Contract Counterparties |
| San Antonio Zoo | Contract Counterparties |
| Saputo Cheese USA Inc. | Contract Counterparties |
| Saratoga Eagle Distributing Company | Contract Counterparties |
| Save Mart Supermarkets | Contract Counterparties |
| Schwarzkopf & Henkel (got2b) | Contract Counterparties |
| Scoop Shops of Ohio, Inc. | Contract Counterparties |

| | |
|---|---|
| ScooterBug, Inc. | Contract Counterparties |
| Seasonal World | Contract Counterparties |
| SESAC, Inc. | Contract Counterparties |
| Services Trade Union Council – Local 54 | Contract Counterparties |
| Sharcon Hotel Management | Contract Counterparties |
| Sherwin-Williams Company | Contract Counterparties |
| Silverleaf Resorts Incorporated | Contract Counterparties |
| Six Flags Dubailand LLC | Contract Counterparties |
| Sleep Inn | Contract Counterparties |
| Sleep Inn & Suites | Contract Counterparties |
| Smarte Carte, Inc. | Contract Counterparties |
| Snack Factory LLC | Contract Counterparties |
| Solano County Property Manager | Contract Counterparties |
| Souplanatation & Sweet Tomatoes | Contract Counterparties |
| Southern Management Corporation | Contract Counterparties |
| Sports Authority | Contract Counterparties |
| Springfield Motosports, LLc | Contract Counterparties |
| Springhill Suites (San Antonio) | Contract Counterparties |
| Springhill Suites (Napa) | Contract Counterparties |
| StarTellers Inc. | Contract Counterparties |
| Station Film, Inc. | Contract Counterparties |
| Staybridge Suites | Contract Counterparties |
| Stixx-N-Stones Lacrosse | Contract Counterparties |
| Stubb's Legendary Kitchen | Contract Counterparties |
| Sudden Impact! Entertainment Company U.S.A. | Contract Counterparties |
| Subway Market Smart | Contract Counterparties |
| Sun and Skin Care Research, Inc. | Contract Counterparties |
| Sundance Vacations Inc. | Contract Counterparties |
| Super 8 Worldwide, Inc. | Contract Counterparties |
| Susan Rosen | Contract Counterparties |
| Sutter Solano Medical Center | Contract Counterparties |
| Symmetry Foam Products | Contract Counterparties |
| Sysco Corporation | Contract Counterparties |

| | |
|---|---|
| T Asset Acquisition Company, LLC | Contract Counterparties |
| T-Mobile USA, Inc. | Contract Counterparties |
| Talx Corporation | Contract Counterparties |
| The PM Group | Contract Counterparties |
| TGI Friday's | Contract Counterparties |
| Thomas Licensing, LLc | Contract Counterparties |
| Thomson Financial Corporate Services | Contract Counterparties |
| Tim's Cascade Snacks | Contract Counterparties |
| Time Warner Inc. | Contract Counterparties |
| Tony Hawk, Inc. | Contract Counterparties |
| Total Immersion | Contract Counterparties |
| Towne Place Suites | Contract Counterparties |
| Transportation Workers Union Local 100 | Contract Counterparties |
| Travelodge | Contract Counterparties |
| Tri_Eagle Beverage | Contract Counterparties |
| Tyson Foods Inc. | Contract Counterparties |
| UbiSoft Entertainment SA | Contract Counterparties |
| University Health Systems | Contract Counterparties |
| University of Phoenix | Contract Counterparties |
| US Coachways | Contract Counterparties |
| USMC | Contract Counterparties |
| USS Lexington | Contract Counterparties |
| Utz Quality Foods, Inc. | Contract Counterparties |
| Valero Services, Inc | Contract Counterparties |
| Veolia | Contract Counterparties |
| Victory Pictures LLC | Contract Counterparties |
| Vienna Beef Ltd. | Contract Counterparties |
| Wal-Mart Stores, Inc. | Contract Counterparties |
| Warner Bros. Consumer Products, Inc. | Contract Counterparties |
| Warner Bros. Television | Contract Counterparties |
| Waste Management | Contract Counterparties |
| Waste Management of Maryland, Inc. | Contract Counterparties |
| The Weber Group | Contract Counterparties |
| Webster Bank | Contract Counterparties |
| Weekly Reader Custom Publishing | Contract Counterparties |
| Welch Systems, Inc. | Contract Counterparties |
| West Texas Productions Inc | Contract Counterparties |
| Westin National Harbor | Contract Counterparties |
| Westin La Cantera | Contract Counterparties |

| | |
|---|---|
| Wiggles International Pty Ltd. | Contract Counterparties |
| Winnercomm, Inc. | Contract Counterparties |
| Wizard Works | Contract Counterparties |
| WOW Entertainment Inc | Contract Counterparties |
| X-Treme Scooters | Contract Counterparties |
| Yogi Bear's Jellystone Park Resort | Contract Counterparties |
| YLS Entertainment Inc. | Contract Counterparties |
| Sara Lee Corporation | Contract Counterparties |
| Carpenters' District Council of Greater St. Louis and Vicinity | Unions |
| Great Adventure Firefighters Union, Local I-73 of the Professional Firefighters Association of New Jersey of the International Association of Fire Fighters | Unions |
| International Association of Machinists and Aerospace Workers, AFL-CIO, District Lodge No. 947 | Unions |
| Local Lodge No. 322, District Lodge No. 947 of the International Association of Machinists and Aerospace Workers, AFL-CIO | Unions |
| Services Trade Council Union | Unions |
| Services Trades Council Union (STCU), UNITE HERE Local 54 | Unions |
| John J. Gorman | Member of the Official Committee of Unsecured Creditors |
| Esopus Creek Value | Member of the Official Committee of Unsecured Creditors |
| Richard Schottenfeld | Member of the Official Committee of Unsecured Creditors |
| HSBC Bank USA National Association | Member of the Official Committee of Unsecured Creditors |
| The Bank of New York Mellon | Member of the Official Committee of Unsecured Creditors |

| The Coca-Cola Company | Member of the Official Committee of Unsecured Creditors |
| Whirley Industries | Member of the Official Committee of Unsecured Creditors |

**SCHEDULE B**

**CONFLICTS CHECK**

| Entity | Relationship to PJSC |
|---|---|
| XL Specialty Insurance Co. | Employee of PJSC sits on XL Capital Ltd. Board of Director |
| Richards, Layton & Finger, P.A. | Does work for a client of PJSC that is unrelated to this Case |
| Andrews Kurth LLP | Does work for a client of PJSC that is unrelated to this Case |
| The Bank of New York Mellon | Member of Committee on another case that PJSC is involved in. |
| Frank Crystal & Co., Inc. | Vendor to PJSC |
| Deutsche Bank | Does work for a client of PJSC that is unrelated to this Case |
| Goldman Sachs | Does work for a client of PJSC that is unrelated to this Case |
| Morgan Stanley | Does work for a client of PJSC that is unrelated to this Case |
| Citibank | Does work for a client of PJSC that is unrelated to this Case |
| Credit Suisse | Does work for a client of PJSC that is unrelated to this Case |
| JPMorgan | Does work for a client of PJSC that is unrelated to this Case |
| Silver Point Capital LP | Does work for a client of PJSC that is unrelated to this Case |
| Credit Suisse, Cayman Islands | Does work for a client of PJSC that is unrelated to this Case |
| Lehman Commercial Paper Inc. | Does work for a client of PJSC that is unrelated to this Case |
| JP Morgan Chase Bank, N.A. | Does work for a client of PJSC that is unrelated to this Case |
| Credit Suisse Securities (USA) LLC | Does work for a client of PJSC that is unrelated to this Case |
| J.P. Morgan Securities Inc. | Does work for a client of PJSC that is unrelated to this Case |
| Bank of New York | Does work for a client of PJSC that is unrelated to this Case |
| HSBC Bank USA, National Association | Does work for a client of PJSC that is unrelated to this Case |
| Citigroup Inc. | Does work for a client of PJSC that is unrelated to this Case |
| Houlihan Lokey Howard & Zukin Capital, Inc. | Involvement with PJSC in matters unrelated to this case |
| Paul, Hastings, Janofsky & Walker LLP | Involvement with PJSC in matters unrelated to this case |
| Akin Gump Strauss Hauer & Feld LLC | Involvement with PJSC in matters unrelated to this case |
| Cadwalader Wickersham & Taft LLP | Involvement with PJSC in matters unrelated to this case |

| Entity | Relationship to PJSC |
|---|---|
| Grant Thornton LLP | Involvement with PJSC in matters unrelated to this case |
| Weil Gotshal & Manges LLP | Involvement with PJSC in matters unrelated to this case |
| Eaton Vance | Involvement with PJSC in matters unrelated to this case |
| Foothill Group Inc., The | Involvement with PJSC in matters unrelated to this case |
| Silver Point Capital LP | Involvement with PJSC in matters unrelated to this case |
| HSBC Bank USA, National Association | Involvement with PJSC in matters unrelated to this case |
| Fidelity Management & Research | Involvement with PJSC in matters unrelated to this case |
| Highland Capital Management LP | Involvement with PJSC in matters unrelated to this case |
| The Northern Trust Company | Involvement with PJSC in matters unrelated to this case |
| Avenue Capital Management | Involvement with PJSC in matters unrelated to this case |
| Bank of America | Involvement with PJSC in matters unrelated to this case |
| Gamco Investors Inc. | Involvement with PJSC in matters unrelated to this case |
| Axis Specialty Insurance Company | Involvement with PJSC in matters unrelated to this case |
| Kohl's Illinois, Inc. | Involvement with PJSC in matters unrelated to this case |
| John J. Gorman | Involvement with PJSC in current or previous transaction |
| Richard Schottenfeld | Involvement with PJSC in current or previous transaction |
| HSBC Bank USA National Association | Involvement with PJSC in current or previous transaction |
| The Bank of New York Mellon | Involvement with PJSC in current or previous transaction |

# EXHIBIT C

## ENGAGEMENT LETTER



520 Madison Avenue
New York, New York 10022

Tel: 212.508.1600
Fax: 212.508.1633
info@pjsolomon.com

June 30, 2009

The Official Committee of Unsecured Creditors of
Premier International Holdings Inc.
c/o Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Attention:     Edward S. Weisfelner, Esq.

The purpose of this letter is to confirm the understanding and agreement (the "Agreement") between Brown Rudnick LLP ("BR") on behalf of The Official Committee of Unsecured Creditors (the "Committee") of Premier International Holdings Inc. or its successors (the "Company"), and Peter J. Solomon Company, L.P. and/or its affiliate Peter J. Solomon Securities Company, LLC (collectively, "PJSC") as the Committee's financial advisor in connection with the Company's Chapter 11 proceedings and reorganization before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). It is understood that the retention of PJSC and effectiveness of this Agreement is subject to the approval of the Bankruptcy Court.

Subject to the approval of the Bankruptcy Court, the Company will compensate and reimburse PJSC and undertake the indemnification and other obligations pursuant to the terms of this Agreement. Notwithstanding such arrangement, PJSC's duties hereunder run solely to, and for the benefit of, the Committee and PJSC is not authorized to be, and will not purport to be, a representative or agent of the Company for any purpose. All communication and correspondence by and among PJSC, BR and the Committee and all work product and analyses prepared by PJSC for the Committee and its participants and assignees shall not constitute a waiver of the attorney-client and work product privileges, among others.

Section 1.     Services to be Rendered.     PJSC will perform such financial advisory services as the Committee or BR may reasonably request including, but not limited to, the

following:

(a)    PJSC will advise and assist the Committee in assessing the operating and financial performance of, and strategies for, the Company;

(b)    PJSC will advise and assist the Committee in reviewing and analyzing the business plans and financial projections prepared by the Company including, but not limited to, testing assumptions and comparing those assumptions to historical Company and industry trends;

(c)    PJSC will advise and assist the Committee in evaluating the Company and its assets and liabilities, including valuations proposed by any interested party;

(d)    PJSC will advise and assist the Committee regarding restructuring of the Company's existing indebtedness;

(e)    PJSC will advise and assist the Committee in reviewing the Company's weekly cash flow forecasts, liquidity and adequacy of financing and financing options;

(f)    PJSC will advise and assist the Committee in the course of any negotiations with the Company and its creditors and constituencies, including participation in meetings and telephone or video conferences;

(g)    PJSC will advise and assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of any potential plans of reorganization (the "POR");

(h)    PJSC will advise and assist the Committee in assessing the value of any debt or securities that may be issued to unsecured creditors or others in conjunction with a POR;

(i)    PJSC will advise and assist the Committee regarding any sales of the Company's assets or lines of businesses;

(j)    PJSC will provide testimony with respect to all services referenced hereunder, specifically including testimony with respect to the valuation of the Company and its assets; and

(k)    PJSC will render such other financial advisory services as may be agreed upon by PJSC and the Committee in connection with the foregoing.

Section 2. Term. The term of this Agreement shall extend from the date hereof until the July 31, 2010, and shall continue thereafter on a month to month basis; provided, however, that either the Committee or PJSC may terminate this Agreement at any time after July 31, 2010 by delivery of written notice to the other parties; provided, that PJSC must provide 30 days' prior written notice of termination to the Committee.  Notwithstanding any termination, (i) PJSC shall be entitled to any fees for any monthly period which are due and owing to PJSC upon the effective date of termination; provided, however, that such amounts will be pro-rated for any

incomplete monthly period of service; (ii) PJSC will be entitled to reimbursement for the out-of-pocket expenses incurred prior to termination to the extent described in Section 4; and (iii) the Company's continuing obligations under Section 7 and Exhibit A hereof shall not affected or impaired.

Section 3. Fees. Subject to approval by the Bankruptcy Court, in consideration of the services described in Section 1 above, PJSC shall be paid in cash (via wire transfer) by the Company:

(a) An advisory fee of $175,000 per month, payable in advance upon execution and delivery of this Agreement and on each monthly anniversary of the date hereof during the term of PJSC's engagement hereunder; plus

(b) A completion fee of $1.2 million upon confirmation of a POR or other resolution of the Company's bankruptcy no later than June 30, 2010, which shall be earned in full provided that a majority of the voting Committee members (excluding any member who is ineligible to vote (including, but not limited to, by virtue of being non-impaired) or who recuses itself due to a conflict of interest, but including any abstention as a vote in favor) votes in its role as a Committee member in favor of or does not actively oppose such POR or other resolution (at the time such POR or other resolution is consummated) notwithstanding any non-material objection filed thereto; and provided further that if a confirmation hearing has commenced on or prior to June 30, 2010 and, due to the Bankruptcy Court's scheduling, the hearing has not concluded by June 30, 2010, then such deadline shall be deemed extended by up to 30 days to accommodate the Bankruptcy Court's schedule.

Section 4. Expenses. Without in any way reducing or affecting the provisions of Exhibit A hereof, the Company shall reimburse PJSC for its reasonable out-of-pocket expenses incurred in connection with the provision of services hereunder and the execution and delivery of this Agreement, including without limitation the fees, disbursements and other charges of PJSC's counsel. Out-of-pocket expenses also shall include, but not be limited to, travel and lodging, data processing and communication charges, research and courier services. The Company shall promptly reimburse PJSC upon presentation of an invoice or other similar documentation in accordance with the procedures approved by the Bankruptcy Court.

Section 5. Indemnity and Other Rights; No Liability. (a) The parties agree to the provisions of Exhibit A hereto, which is an integral part of this Agreement and the terms of which are incorporated by reference herein. Such Exhibit A shall survive any termination, expiration or completion of PJSC's engagement hereunder. Notwithstanding anything to the contrary in this Agreement (including Exhibit A), the Company shall have no obligation to indemnify PJSC or provide contribution or reimbursement to PJSC (i) for any claim or expense that is judicially determined (the determination having become final) to have arisen from PJSC's bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct, (ii) for a contractual dispute in which the Company alleges the breach of PJSC's contractual obligations unless the Bankruptcy Court determines that indemnification, contribution or reimbursement would be permissible pursuant to In re United Artists Theatre Company, et al., 315 F.3d 217 (3d Cir. 2003), or (iii) for any claim or expense that is settled prior to a judicial

determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Bankruptcy Court, after notice and a hearing, to be a claim or expense for which PJSC should not receive indemnity, contribution or reimbursement under the terms of this Agreement (including Exhibit A).

(b)  PJSC acknowledges that none of BR, the Committee or any member thereof individually shall have any liability hereunder for fees, expenses or other amounts payable to PJSC by the Company.

Section 6.  Information.  The Committee recognizes and confirms that PJSC will use and rely upon the information provided by or on behalf of the Committee and the Company, and their respective advisors and agents, and on publicly available information in performing the services contemplated hereby.  It is understood that in performing under this engagement, PJSC may assume and rely upon the accuracy and completeness of, and is not assuming any responsibility for independent investigation or verification of, such publicly available information and the information so furnished.  With respect to any financial forecasts (including cost savings and synergies) that may be furnished to or discussed with PJSC by the Company, PJSC will assume that they have been reasonably prepared and reflect the best then currently available estimates and judgment of the Company's management.

Section 7.  Miscellaneous.

(a)  The Committee shall, promptly after the execution of this Agreement by all parties hereto, seek an order from the Bankruptcy Court authorizing the retention of PJSC pursuant to the terms of this Agreement, as professional persons pursuant to, and subject to the standard of review of, Sections 328(a), 330 and 1103 of the United States Bankruptcy Code (the "Bankruptcy Code") and rules and applicable local rules and orders of the Bankruptcy Court. The retention application and proposed order shall be provided to PJSC sufficiently in advance of their filing so as to provide PJSC and counsel an opportunity to review and comment thereon and must be acceptable to PJSC in its sole discretion.  The Committee will use its best efforts to obtain Bankruptcy Court approval of the Company's payment of PJSC's fees and expenses *nunc pro tunc* to the date of this Agreement and of the other obligations provided herein.  If the order authorizing the retention of PJSC is obtained, the Company shall pay all fees and expenses as promptly as possible in accordance with the Bankruptcy Code and rules and applicable local rules and orders of the Bankruptcy Court.

(b)  In connection with allowances of compensation and reimbursement of expenses, PJSC shall file appropriate applications for allowance of interim and final compensation and reimbursement of expenses in accordance with Sections 330 and 331 of the Bankruptcy Code and applicable rules at such times as directed by the Bankruptcy Court or established by administrative order entered in the bankruptcy cases.  The fees detailed in Section 3 above have been agreed upon with the express expectation that they are subject to review by the Bankruptcy Court only as provided by Section 328 of the Bankruptcy Code.  Furthermore, the hours worked, the results achieved in the reorganization or the ultimate benefit to the estate of the work performed may be variable and the parties have taken this into account in setting the fees detailed in Section 3 above.  In accordance with the guidelines of the Bankruptcy Court, PJSC shall

maintain detailed records of time spent working on this assignment, which records shall be available for submission to the Bankruptcy Court subject to appropriate redactions to preserve confidential or sensitive information. Although PJSC is providing such records, it, as an investment bank, does not have hourly rates for its professionals. PJSC will make every effort to coordinate with the other professionals retained by the Company in this bankruptcy in order to eliminate unnecessary duplication or overlap of work.

(c)     PJSC's compensation set forth herein and payments made pursuant to reimbursement provisions of this Agreement shall be entitled to priority as expenses of administration under Sections 503(b)(1)(A) and 507(a)(1) of the Bankruptcy Code and shall be entitled to the benefits of any "carve-outs" for professional fees and expenses in effect in the Chapter 11 case pursuant to one or more financing orders now or hereafter in effect.

(d)     Sections 2 through 7 shall survive termination or expiration of this Agreement.

(e)     PJSC shall be under no obligation to provide formal fairness or solvency opinions with respect to any of the Chapter 11 proceedings or any transactions contemplated thereby or incidental hereto. However, PJSC and its affiliates shall be provided the option to do so where such opinions are necessary and are appropriate. The terms of such engagement shall be customary for such services rendered by investment banking firms at the time of the engagement and shall be subject to one or more separate agreements between the parties, and shall be subject to Bankruptcy Court approval.

(f)     The advice (oral or written) rendered by PJSC pursuant to this Agreement is intended solely for the benefit and use of the Committee and its professionals in considering the matters to which this Agreement relates, and the parties agree that such advice may not be relied upon by any other person, used for any other purpose or reproduced, disseminated, quoted or referred to at any time, in any manner or for any purpose, nor shall any public references to PJSC be made by the Company or the Committee, without the prior written consent of PJSC.

(g)     The parties agree that PJSC shall have the right after completion of its engagement to place advertisements in financial and other newspapers and journals at its own expense describing its services hereunder.

(h)     This Agreement may not be amended or modified except by a writing executed by each of the parties and this Agreement, including all controversies arising from or relating to performance under this Agreement, shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to such state's rules concerning conflicts of law. The provisions of this Agreement, including, without limitation, the obligation to make the payments set forth in Sections 3, 4 and 5 (including Exhibit A), shall be binding on the Company and its successors and assigns.

(i)     Any lawsuits with respect to, in connection with or arising out of this Agreement shall be brought in the federal courts located in the Southern District of New York and the parties hereto consent to the jurisdiction and venue of such court located in the Southern District as the sole and exclusive forum, unless such court is unavailable, for the resolution of claims by

the parties arising under or relating to this Agreement.  If such court is not available, such lawsuits shall be brought in the courts of the State of New York located in the City of New York.  The parties hereto further agree that proper service of process on a party may be made on any agent designated by such party located in the State of New York.

(j)     To the extent permitted by applicable law, each of the parties hereby waives trial by jury in any lawsuit with respect to, in connection with or arising out of this Agreement, or any other claim or dispute relating to the engagement of PJSC arising among the parties hereto.  Each of the parties hereby confirms that the foregoing waiver is informed and freely made.

(k)     The relationship of PJSC to the Committee and BR hereunder shall be that of an independent contractor and PJSC shall have no authority to bind, represent or otherwise act as agent for the Committee or BR.

(l)     This Agreement may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed and delivered shall be deemed an original, but all such counterparts together shall constitute one and the same instrument.  Delivery of an executed counterpart signature page to this Agreement by telecopier or e-mail shall be as effective as delivery of a manually executed counterpart signature page of this Agreement.  This Agreement shall be effective as of the date hereof upon delivery by all parties hereto of executed counterpart signature pages to this Agreement.

*     *     *

If the foregoing correctly sets forth the understanding and agreement among PJSC, BR and the Committee, please so indicate by signing the enclosed copy of this letter, whereupon it shall become a binding agreement among the parties hereto as of the date first above written.

Very truly yours,

PETER J. SOLOMON COMPANY, L.P.

By: Peter J. Solomon Company Limited
    General Partner

By: _____
    Anders J. Maxwell
    Managing Director


PETER J. SOLOMON SECURITIES
COMPANY, LLC

By: _____
    Anders J. Maxwell
    Managing Director

7

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
PREMIER INTERNATIONAL HOLDINGS INC.

By: Its Co-Chairs

THE COCA-COLA COMPANY
solely in its capacity as Committee Co-Chair and not in its individual capacity


By: _____
      William Kaye
      Committee Co-Chair


John J. Gorman
solely in his capacity as Committee Co-Chair and not in his individual capacity

_____
      John J. Gorman
      Committee Co-Chair

**Exhibit A**

The Company shall indemnify and hold harmless PJSC and its affiliates, counsel and other professional advisors, and the respective directors, officers, members, partners, controlling persons, agents and employees of each of the foregoing (PJSC and all of such other persons collectively, the "Indemnified Parties"), from and against any losses, claims or proceedings including stockholder actions, damages, judgments, assessments, investigation costs, settlement costs, fines, penalties, arbitration awards, other liabilities, costs, fees and expenses (collectively, "Losses") (i) related to or arising out of (A) oral or written information provided by the Company, the Company's employees or other agents, which either the Company or PJSC provides to any persons, or (B) other action or failure to act by the Company, the Company's employees or other agents or PJSC at the Company's request or with the Company's consent, or (ii) otherwise related to or arising out of the engagement of PJSC under this Agreement or any transaction or conduct in connection therewith, provided that this clause (ii) shall not apply if it is finally judicially determined by a court of competent jurisdiction that such Losses arose solely out of the gross negligence or bad faith of such Indemnified Party. If multiple claims are brought against an Indemnified Party in an arbitration, with respect to at least one of which indemnification is permitted under applicable law and provided for under this Agreement, the Company agrees that any arbitration award shall be conclusively deemed to be based on claims as to which indemnification is permitted and provided for, except to the extent the arbitration award expressly states that the award, or any portion thereof, is based solely on a claim as to which indemnification is not available.

The Company shall further reimburse any Indemnified Party promptly for, or at the Indemnified Party's option advance amounts sufficient to cover, any legal or other fees or expenses as they are incurred (i) in investigating, preparing or pursuing any action or other proceeding (whether formal or informal) or threat thereof, whether or not in connection with pending or threatened litigation or arbitration and whether or not any Indemnified Party is a party (an "Action") and (ii) in connection with enforcing such Indemnified Party's rights under this Agreement (including, without limitation, its rights under this Exhibit A); provided, however, that in the event it is finally judicially determined by a court of competent jurisdiction that the Losses of such Indemnified Party arose solely out of the gross negligence or bad faith of such Indemnified Party, such Indemnified Party will promptly remit to the Company any amounts reimbursed or advanced under this paragraph.

The Company shall, if requested by PJSC, assume the defense of any such Action including the employment of counsel reasonably satisfactory to PJSC and will not settle, compromise, consent or otherwise resolve or seek to terminate any pending or threatened Action (whether or not any Indemnified Party is a party thereto) unless it obtains the prior written consent of PJSC or an express, unconditional release of each Indemnified Party from all liability relating to such Action and the engagement of PJSC under this Agreement. Any Indemnified Party shall be entitled to retain separate counsel of its choice and participate in the defense of any Action in connection with any of the matters to which this Exhibit A relates, but the fees and expenses of such counsel shall be at the expense of such Indemnified Party unless: (i) the Company has failed promptly to assume the defense and employ counsel or (ii) the named parties to any such Action (including any impleaded parties) include such Indemnified Party and the Company, and such Indemnified Party shall have been advised by counsel that there may be one or more legal defenses available to it which are different from or in addition to those available to the Company; provided that the Company shall not in such event be responsible under this Exhibit A for the fees and expenses of more than one firm of separate counsel (in addition to local counsel) in connection with any such Action in the same jurisdiction.

The Company agrees that if any right of any Indemnified Party set forth in the preceding paragraphs is finally judicially determined to be unavailable (except by reason of the gross negligence or bad faith of such Indemnified Party), or is insufficient to hold such Indemnified Party harmless against such Losses as contemplated herein, then the Company shall contribute to such Losses (i) in such proportion as is appropriate to reflect the relative benefits received by the Company and its stockholders, on the one hand, and such Indemnified Party, on the other hand, in connection with the transactions contemplated hereby, and (ii) if (and only if) the allocation provided in clause (i) is not permitted by applicable law, in such proportion as is appropriate to reflect not only the relative benefits referred to in clause (i) but also the relative fault of the Company and such Indemnified Party; provided, however, that in no event shall the amount, if any, to be contributed by all Indemnified Parties exceed the amount of the fees actually received by PJSC hereunder. Benefits received (or anticipated to be received) by the Company and its stockholders shall be deemed to be equal to the aggregate cash consideration and value of securities or any other property payable, exchangeable or transferable in any proposed or potential transactions within the scope of this Agreement, and benefits received by PJSC shall be deemed to be equal to the compensation payable by the Company to PJSC in connection with this Agreement. Relative fault shall be determined by reference to, among other things, whether any alleged untrue statement or omission or any other alleged conduct relates to information provided by the Company or other conduct by the Company (or the Company's employees or other agents) on the one hand or by PJSC on the other hand. The parties hereto agree that it would not be just and equitable if contribution were determined by pro rata allocation or by any other method of allocation that does not take into account the equitable considerations referred to above.

The rights of the Indemnified Parties hereunder shall be in addition to any other rights that any Indemnified Party may have at common law, by statute or otherwise. Except as otherwise expressly provided for in this Exhibit A, if any term, provision, covenant or restriction contained in this Exhibit A is held by a court of competent jurisdiction or other authority to be invalid, void, unenforceable or against its regulatory policy, the remainder of the terms, provisions, covenants and restrictions contained in this Agreement all remain in full force and effect and shall in no way be affected, impaired or invalidated. The reimbursement, indemnity and contribution obligations of the Company set forth herein shall apply to any modification of this Agreement and shall remain in full force and effect regardless of any termination of, or the completion of any Indemnified Party's services under or in connection with, this Agreement.

**EXHIBIT C**

Engagement Letter

**EXHIBIT D**

**PROPOSED ORDER**

**EXHIBIT C**

**Engagement Letter**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Premier International Holdings Inc., *et al.*,1 | ) | Case No. 09-12019 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. _____** |

**ORDER AUTHORIZING RETENTION OF
PETER J. SOLOMON COMPANY, L.P. AND/OR ITS AFFILIATE PETER J.
SOLOMON SECURITIES COMPANY, LLC AS RESTRUCTURING AND FINANCIAL
ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the

"Committee") of the above-captioned debtors and debtors in possession (collectively, the

"Debtors"), for an order pursuant to section 1103 of chapter 11 of title 11 of the United States

Code (the "Bankruptcy Code"), authorizing them to retain Peter J. Solomon Company, L.P.

and/or its affiliate Peter J. Solomon Securities Company, LLC (collectively, "PJSC") as

restructuring and financial advisor; and upon the Affidavit of Anders J. Maxwell in support of

the Application; and due and adequate notice of the Application having been given; and it

---

1 The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification
numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC
(0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907),
Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322),
Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC
(2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier
International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961),
Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC
(5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165),
Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape
L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc.
(2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486),
Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and
communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

70951-001\DOCS_DE:151248.2

## EXHIBIT C

### Engagement Letter

appearing that no other notice need be given; and it appearing that PJSC is not representing any

adverse interests in connection with these cases; and it appearing that the relief requested in the

Application is in the best interest of the Committee; after due deliberation and sufficient cause

appearing therefore, it is hereby

ORDERED that the Application be, and it hereby is, granted; and it is further

ORDERED that the capitalized terms not defined herein shall have the meanings

ascribed to them in the Application; and it is further

ORDERED that in accordance with section 1103 of the Bankruptcy Code, the

Committee is authorized to employ and retain PJSC as of June 10, 2009 as their restructuring and

financial advisor on the terms set forth in the Application; and it is further

ORDERED that to the extent accrued during their retention, PJSC shall receive

(a) its fixed monthly compensation and the completion fee as specified in their Application, and

(b) reimbursement of PJSC's expenses. PJSC's compensation under (a) and (b) above shall be

subject to the standard of review provided in section 328(a) of the Bankruptcy Code; and it is

further

ORDERED that PJSC shall maintain detailed records of time spent working on

this assignment, and will submit such records to the Bankruptcy Court subject to appropriate

redactions to preserve confidential or sensitive information; and it is further

ORDERED that the Debtors and their estates shall be bound by the

indemnification provision set forth in the Application subject to the conditions set forth in this

order; and it is further

ORDERED, that notwithstanding any provisions of the Engagement Letter

or indemnification exhibit to the contrary, the Debtors shall have no obligation to

indemnify PJSC or provide contribution or reimbursement to PJSC (i) for any claim or expense

70951-001\DOCS_DE:151248.2

## EXHIBIT C

### Engagement Letter

that is judicially determined (the determination having become final) to have arisen from PJSC's bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct, (ii) for a contractual dispute in which the Debtors allege the breach of PJSC's contractual obligations unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to In re United Artists Theatre Company, et al., 315 F.3d 217 (3d Cir. 2003), or (iii) for any claim or expense that is settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Court, after notice and a hearing, to be a claim or expense for which PJSC should not receive indemnity, contribution or reimbursement under the terms of the Engagement Letter or Indemnification exhibit, as modified by this Order; and it is further

ORDERED that this court shall retain jurisdiction with respect to all matters arising or related to the implementation of this order.

Dated: _____, 2009

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge