IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Premier International Holdings Inc., *et al.*,[1] | ) Case No. 09-12019 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

Objection Deadline: August 6, 2009 at 4:00 p.m. (prevailing Eastern time)
Hearing: August 13, 2009 at 1:00 p.m. (prevailing Eastern time)

**NOTICE OF APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTION 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF PETER J. SOLOMON COMPANY, L.P. AND/OR ITS AFFILIATE PETER J. SOLOMON SECURITIES COMPANY, LLC AS RESTRUCTURING AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO JUNE 30, 2009**

TO: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel to the Debtors; (c) parties requesting notice pursuant to Bankruptcy Rule 2002.

On July 27, 2009, the Official Committee of Unsecured Creditors (collectively, the "Committee") in the above-captioned case filed the attached *Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order Under Section 1103 of the Bankruptcy Code Authorizing the Employment and Retention of Peter J. Solomon Company, L.P. and/or Its Affiliate Peter J.

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

70951-001\DOCS_DE:151248.2

*Solomon Securities Company, LLC as Restructuring and Financial Advisor to the Official Committee of Unsecured Creditors* Nunc Pro Tunc *to June 30, 2009* (the "Application") attached hereto, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

OBJECTIONS AND RESPONSES TO THE APPLICATION, IF ANY, MUST BE IN WRITING AND FILED WITH THE BANKRUPTCY COURT NO LATER THAN **4:00 P.M. PREVAILING EASTERN TIME ON AUGUST 6, 2009.**

Objections or other responses to the Application, if any, must also be served so that they are received not later than August 6, 2009, 4:00 p.m., prevailing Eastern time, by (i) (proposed) counsel to the Debtors, (a) Richards, Layton, & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi, Esquire and (b) Paul, Hastings, Janofsky & Walker LLP, 191 North Wacker Drive, Thirtieth Floor, Chicago, IL 60606, Attn: Mary Therese Weber, Esquire; (ii) (proposed) counsel to the Official Committee of Unsecured Creditors, (a) Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: Edward S. Weisfelner, Esquire, (b) Brown Rudnick LLP, One Financial Center, Boston, MA 02111, Attn: Steven D. Levine, Esquire, and (c) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esquire; and (iii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: Richard Schepacarter, Esquire.

IF OBJECTIONS OR RESPONSES ARE TIMELY FILED AND SERVED IN

ACCORDANCE WITH THIS NOTICE, A HEARING ON THE APPLICATION WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, FIFTH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 19801 ON AUGUST 13, 2009 AT 1:00 P.M. PREVAILING EASTERN TIME.

*[Remainder of page intentionally left blank]*

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 27, 2009

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
Timothy P. Cairns (Bar No. 4228)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       tcairns@pszjlaw.com

and

BROWN RUDNICK LLP
Edward S. Weisfelner, Esquire
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: eweisfelner@brownrudnick.com

and

BROWN RUDNICK LLP
Steven D. Levine, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

Proposed Co-Counsel to the Official Committee of Unsecured Creditors