**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

-------------------------------------------------------------------- x
:
In re                                                                  :      Chapter 11
:
Premier International Holdings Inc., *et al.*,[1]                       :      Case No. 09-12019 (CSS)
:
Debtors.                                                         :      (Jointly Administered)
:
-------------------------------------------------------------------- x

## SCHEDULES OF ASSETS AND LIABILITIES FOR SIX FLAGS, INC.

---

[1]    The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc.  (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016).

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

-------------------------------------------------------------x
                                    :

In re                            :    Chapter 11
                                      :

Premier International Holdings Inc., *et al.*,[1]    :    Case No. 09-12019 (CSS)
                                      :

            Debtors.             :    (Jointly Administered)
                                      :
-------------------------------------------------------------x

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING
DEBTORS' SCHEDULES AND STATEMENTS[2]**

      The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statements") filed by Premier International Holdings, *et al.* (the "Debtors"), in the United States Bankruptcy Court, District of Delaware (the "Bankruptcy Court"), were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management and are unaudited.  While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors may exist and/or the subsequent receipt of information may result in material changes in financial and other

---

[1]    The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses):  Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn:  James Coughlin).

[2]    These Global Notes are followed by the Schedules of Assets and Liabilities or Statement of Financial Affairs.

data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate. Finally, because the Debtors historically have maintained books on a consolidated basis, the Debtors have assigned equity corresponding to the assets and liabilities of each specific Debtor. To the extent such equity was insufficient, the Debtors have formulated intercompany payables to account for the deficit. The Debtors reserve the right to amend the foregoing Schedules and Statements, including, but not limited to, the amounts of such intercompany payables. These Global Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them.

1.    **Case**. On June 13, 2009 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code"). Unless otherwise indicated, the information provided is as of the close of business on the Petition Date.

2.    **Amendments**. The Debtors reserve their right to amend the Schedules and Statements in all respects at any time as may be necessary or appropriate, including, without limitation, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, to liability, or to classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim is not "contingent," "unliquidated," or "disputed."

3.    **Estimates and Assumptions**. The preparation of the Schedules and Statements requires the Debtors to make estimates and assumptions that affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities on the date of the Schedules and Statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

4.    **Unknown Amounts**. Some of the scheduled liabilities are unknown and unliquidated at this time. In such cases, the amounts are listed as "Unknown." Accordingly, the Schedules and the Statements do not accurately reflect the aggregate amount of the Debtors' liabilities.

5.    **Prepetition v. Postpetition**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information from research conducted during the preparation of these Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

6.    **GAAP**. Given the difference between the information requested in the Schedules and Statements, and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset

values and claim amounts set forth in the Schedules and Statements do not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

7.  **Asset Values**.  It would be prohibitively expensive, unduly burdensome, and time-consuming to obtain current market valuations of the Debtors' property interests.  Accordingly, to the extent any asset value is listed herein, and unless otherwise noted therein, net book values rather than current market values of the Debtors' property interests are reflected in the applicable Schedule.  As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.  And, unless otherwise indicated, all asset amounts and claim amounts are listed as of the Petition Date.  Furthermore, the Debtors have not assigned any value to equity investments, as it would be prohibitively expensive, unduly burndensome and time-consuming to obtain current market valuations of such investments.

8.  **Challenge of Liens**.  Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or to challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all of their rights to dispute or to challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided on Schedule D are only intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.

9.  **Setoff or Recoupment Rights**.  The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors, or inchoate statutory lien rights.  Such counterparties have been listed on Schedule F.

10.  **Gifts; Admission**.  The Debtors have not included donated tickets for admission to the various Debtor-owned amusement parks.  The Debtors cannot determine that such donated tickets have been or will be redeemed nor can the Debtors accurately assume a value to such donations.  Moreover, it would be prohibitively expensive, unduly burdensome, and time-consuming to attempt to track usage of donated tickets.

11.  **First-Day Orders**.  Pursuant to various orders issued by the Court, the Debtors were authorized to pay certain outstanding prepetition claims.  To the extent claims have been paid in whole, such claims have not been listed on the Schedules and

Statements.  To the extent such claims have been paid in part, such claims have been listed on the Schedules and Statement in the amount currently believed to be owed to such creditor(s).  The Debtors do not waive any right to amend the Schedules and Statements or subsequently object to such claims.

**12.    Ordinary Course of Business**.  In the ordinary course of their businesses, the Debtors apply credits against amounts otherwise due to vendors. These credits arise because, among other matters, materials ordered and paid for may not be delivered, materials delivered are damaged or unusable, and vendors provide volume rebates and cash discounts.  Certain of these credits are subject to change. Vendor claims are listed at the amounts entered on the Debtors' books and records, which may reflect creditors or allowances due from such creditors to the Debtors.  The Debtors reserve all of their rights respecting such credits and allowances.

**13.    Executory Contracts and Unexpired Leases**.  For purposes of the Schedules and Statements, the Debtors have only scheduled claims and executory contracts for which the Debtors may be contractually and/or directly liable.  While every reasonable effort has been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized in writing and could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as easements, rights of way, subordinations, non-disturbances and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights to dispute or to challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G. But the Debtors reserve the right to assert that such agreements constitute executory contracts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtors' rights, claims, and causes of action regarding the contracts and agreements listed on Schedule G are hereby reserved and preserved.

14.    **Causes of Action**.  Despite reasonable efforts, the Debtors might not have identified or set forth all of their causes of action against third parties in the Schedules and Statements.  The Debtors reserve any and all of their rights with respect to any causes of action they may have.  Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such cause of action.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with these chapter 11 cases, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant nonbankruptcy laws to recover assets or avoid transfers.  Finally, the Debtors are parties to multiple lawsuits in which more than one Debtor is a named plaintiff or defendant.  Despite reasonable efforts, the Debtors may not have identified or set forth such causes of action in all relevant Schedules and Statements.  Moreover, the Debtors may not have identified all causes of action as contingent unsecured claims.  The Debtors reserve any and all of their rights with respect to any such cause of action.

15.    **Insiders**.  In the circumstances where the Schedules and Statements require information regarding insiders and/or officers and directors, included therein are each of the Debtors' (a) directors (or persons in similar positions) and (b) employees that are, or were during the relevant period, officers (or persons in control).  The listing of a party as an insider is not intended to be nor should it be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Further, employees have been included in this disclosure for informational purposes only and should not be deemed to be "insiders" in terms of control of the Debtors, management responsibilities or functions, decision-making or corporate authority and/or as otherwise defined by applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

16.    **Summary of Significant Reporting Policies and Practices**.  The following conventions were adopted by the Debtors in preparation of the Schedules and Statements:

    (a)    Fair Market Value; Book Value.  Unless otherwise noted therein, the Schedules and Statements reflect the carrying value of the liabilities as listed in the Debtors' books and records.  Where the current market value of assets is unknown, the Debtors have based its valuation on book values; however, particularly with respect to machinery and equipment, the Debtors believe the actual value may be substantially lower.  Where known, accumulated depreciation of assets has been noted.

    (b)    Inventories.  Inventories are valued in the Schedules and Statements at the values indicated on the Debtors' books and records.

(c)     Schedule B28; Schedule B29; Schedule B30; Schedule B31.  For simplicity purposes, the Debtors combined all office equipment, furnishing and supplies, equipment used in the ordinary course of its business, inventory and animals (where applicable) into summarized line-items.  If necessary, the Debtors are willing and able to provide a detailed listing of such asset categories.

(d)     Employee Claims.  The Bankruptcy Court entered an order authorizing the Debtors to pay prepetition wages, salaries, benefits and other obligations.  Accordingly, only employee claims against the Debtors for prepetition amounts that have not been paid as of the time that the Schedules and Statements were prepared, if any, and employee claims for items not authorized to be paid by order of the Bankruptcy Court, if any, have been included in the Schedules and Statements.  For simplicity purposes, the Debtors combined all unclaimed wages of employees for which the Debtors have no current contact information.  In addition, bonuses contingent upon future events have been consolidated.

(e)     Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E, and F permit the Debtors to designate a claim as disputed, contingent, and/or unliquidated.  A failure to designate a claim on any of these Schedules and Statements as disputed, contingent, and/or unliquidated does not constitute an admission that such claim is not subject to objection.  The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules and Statements as to amount, liability, or status.

(f)     Limited Purpose Entities; Service Entities; Payroll Entities.  Wherever possible, the Debtors have assigned costs associated with the provision of services or ongoing ownership of assets, including maintenance of fixtures, real estate, improvements, buildings, and other such property to the operating Debtor associated with such property, even where ownership of a particular improvement or fixture is vested in another Debtor.

(g)     Accrued Liabilities.  Certain liabilities are estimated and accrued for GAAP purposes to reflect in the Debtors' books provisions for services that have yet to be completed by vendors, potential liabilities from tax audits or exposures related to taxes, payments by customers for the right to enter the theme or water parks during the remainder of the 2009 season and other liabilities for which there is no relevant invoice or specific actionable claim known to the Debtors.  Except where provided herein, management has not attempted to discern such liabilities from its accruals for inclusion in the Schedules and Statements except in such cases where applicable invoices have been received or other specific claims

6

known to management have been appropriately documented and communicated.

(h)     Carved-out Financial Information.  Certain of the books and records of entities that serve a limited purpose are combined by the Debtors in their accounting system into ledgers with other operating entities based on the relevant park operations.  For example, the Debtors record all of the assets and liabilities and operations of Six Flags America on a single ledger, even though the real estate assets are owned by Six Flags America Property Corporation and the remaining assets are owned by Six Flags America LP.  In such circumstances, for the purposes of the Schedules and Statements, management has "carved out" the assets and liabilities that are owned by the respective entities into separate records and has made assumptions regarding the allocation of shareholders' equity and intercompany lending.  Management also keeps ledgers that reflect combinations of inactive entities, entities associated with discontinued operations and top-level corporate adjustments, all of which have been analyzed and, where deemed appropriate, incorporated into the Schedules and Statements.

(i)     Allocations of Cost.  The financial information contained herein reflects allocation of costs for activities involving multiple entities in accordance with the Debtors' internal policies.  Certain executive management and corporate general and administrative services, including human resources, financial communications and technological support are borne by Six Theme Parks, Inc. and Six Flags, Inc., and are not otherwise allocated to affiliated entities. Six Flags, Inc. additionally bears all of the cost of stock-based compensation, directors and officers insurance, fees to board members, and legal costs directly related to being a public company.

**17.     Property and Equipment**.  All information set forth on the Schedules and SOFAs regarding owned equipment, merchandise and other physical assets of the Debtors is based upon the information set forth in the Debtors' books and records. Nothing in the Schedules or SOFAs (including, without limitation, the failure to list leased property or equipment as owned property or equipment) is or shall be construed as an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all their rights with respect to such issues.

**18.     Foreign Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars. Transactions denominated in foreign currency have been converted to U.S. dollars as of the applicable date of the transaction.

**19.**    **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the tables.

Neither the Debtors, their agents, nor their attorneys guarantee or warrant the accuracy, the completeness, or correctness of the data that is provided herein or in the Schedules and Statements, and neither is liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and advisors are advised of the possibility of such damages.

**B6 Summary (Official Form 6 - Summary) (12/07)**
**UNITED STATES BANKRUPTCY COURT**
**District of Delaware**

**In re: Six Flags, Inc.**

**Case No. 09-12037 (CSS)**

**Chapter 11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 12 | $50,162,275.00 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $382,890.83 | |
| E - Creditors Holding Unsecured Priority Claims     (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 4 | | $1,356,034,299.36 | |
| G - Executory Contracts and Unexpired Leases | YES | 9 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | |
| J - Current Expenditures of Individual Debtor(s) | NO | N/A | | | |
| **TOTAL** | | **33** | **$50,162,275.00** | **$1,356,417,190.19** | |

8812037090817160226797675

B6A (Official Form 6A) (12/07)

**In re: Six Flags, Inc.**                                                    **Case No. 09-12037 (CSS)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.   If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM OR MORTGAGE |
|---|---|---|---|---|
| NONE | | | | |
| | | Total | $0.00 | |

(Report total also on Summary of Schedules.)

Page 1 of 1

B6B (Official Form 6B) (12/07)

**In re: Six Flags, Inc.**                                                                 **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "HWJC."   If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007 (m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Petty Cash<br>New York, NY | | $500.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of New York<br>TWE-Escrow<br>Account No. 293226 | | $11,239.00 |
| | | Crawford & Company<br>Imprest | | $15,000.00 |
| | | JP Morgan Chase<br>Operations/Customs<br>Account No. 765886528 | | $6,262.00 |

Subtotal (Total on this page)          **$33,001.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                          Case No. 09-12037 (CSS)

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | JP Morgan Chase Checking Account No. 765886536 | | $0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Six Flags Over Texas Partnership Expense Holdback | | $688,461.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |

Subtotal (Total on this page)          **$688,461.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                                   **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Assenzio S.r.l. 100% ownership of shares | | Unknown |

Subtotal (Total on this page)     **$0.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                                       **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | GP Holdings Inc. 100% ownership of shares | | Unknown |
| | | SF HWP Management LLC 100% ownership of shares | | Unknown |
| | | Six Flags Operations Inc. 100% ownership of shares | | Unknown |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts Receivable. | | PP Data Services, Inc. Intercompany | | $750,260.00 |

Subtotal (Total on this page)    **$750,260.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                      **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16.  Accounts Receivable. | | SFOT and SFOG Acquisition Companies Intercompany | | $42,347,010.00 |
| | | Six Flags Over Georgia II, L.P. Intercompany - Non-Filing Entity | | $2,605,276.00 |
| | | Texas Flags, Ltd Intercompany - Non-Filing Entity | | $2,786,233.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |

Subtotal (Total on this page)    **$47,738,519.00**

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                                    **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | | See attached Schedule B22 | | Unknown |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | | Warner-Blanc Library | | $10,750.00[1] |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |

Subtotal (Total on this page)  **$10,750.00**

Footnote:
(1)  Book value

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                      **Case No. 09-12037 (CSS)**

## SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | Furniture & Fixtures<br>New York, NY | | $303,882.00[2] |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | CIP Equipment<br>New York, NY | | $44,300.00[3] |
| | | Equipment, Signs, Tarps<br>New York, NY | | $531,748.00[4] |
| 30.  Inventory. | X | | | |

Subtotal (Total on this page)    **$879,930.00**

Footnote:
(2)  Book value
(3)  Book value
(4)  Book value

B6B (Official Form 6B) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                                     **Case No. 09-12037 (CSS)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | | Leasehold Improvements<br>New York, NY | | $61,354.00[5] |

|  | |
|---|---|
| Subtotal (Total on this page) | **$61,354.00** |
| Total | **$50,162,275.00** |

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

Footnote:
(5)   Book value

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property

| Patent/Trademark name | Expiration Date | Market value |
|---|---|---|
| 6FLAGS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGS.NET | UNKNOWN | UNDETERMINED |
| 6FLAGS.ORG | UNKNOWN | UNDETERMINED |
| 6FLAGSCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| 6FLAGSCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSCUTS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSCUTS.NET | UNKNOWN | UNDETERMINED |
| 6FLAGSCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSGREATESCAPELODGE.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSHOTEL.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSHOTELS.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSLODGE.COM | UNKNOWN | UNDETERMINED |
| 6FLAGSLODGING.COM | UNKNOWN | UNDETERMINED |
| AMERICANADVENTURESPARK.COM | UNKNOWN | UNDETERMINED |
| ATLANTADUCKDASH.COM | UNKNOWN | UNDETERMINED |
| COASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| COASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| COASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| GREATADVENTURE.NET | UNKNOWN | UNDETERMINED |
| GREATATLANTADUCKDASH.COM | UNKNOWN | UNDETERMINED |
| JAZZLANDTHEMEPARK.COM | UNKNOWN | UNDETERMINED |
| LARONDE.COM | UNKNOWN | UNDETERMINED |
| MIND ERASER USA | 4/18/10 | UNDETERMINED |
| MOREFLAGSMOREFUN.COM | UNKNOWN | UNDETERMINED |
| MOREFLAGSMOREFUN.NET | UNKNOWN | UNDETERMINED |
| MOREFLAGSMOREFUN.ORG | UNKNOWN | UNDETERMINED |
| MYPKS.COM | UNKNOWN | UNDETERMINED |
| MYSIXFLAGPHOTO.COM | UNKNOWN | UNDETERMINED |
| MYSIXFLAGPHOTOS.COM | UNKNOWN | UNDETERMINED |
| MYSIXFLAGSPHOTO.COM | UNKNOWN | UNDETERMINED |
| MYSIXFLAGSPHOTOS.COM | UNKNOWN | UNDETERMINED |
| MYSIXFLAGSPHOTOS.NET | UNKNOWN | UNDETERMINED |
| MYSIXFLAGSPHOTOS.ORG | UNKNOWN | UNDETERMINED |
| PREMIERPARKS.COM | UNKNOWN | UNDETERMINED |

8/17/2009 4:02 PM
69025

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property

| Patent/Trademark name | Expiration Date | Market value |
|---|---|---|
| PREMIER-PARKS.COM | UNKNOWN | UNDETERMINED |
| PREMIERPARKS.ORG | UNKNOWN | UNDETERMINED |
| RIVERSIDEPARK.COM | UNKNOWN | UNDETERMINED |
| ROLLERCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| ROLLERCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| ROLLERCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| ROLLERCOASTERJOBS.COM | UNKNOWN | UNDETERMINED |
| SFCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| SFCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| SFCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SFNEWSUPDATE.COM | UNKNOWN | UNDETERMINED |
| SFROLLERCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| SFROLLERCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| SFROLLERCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SFTP.COM | UNKNOWN | UNDETERMINED |
| SFTPTEST.COM | UNKNOWN | UNDETERMINED |
| SHARETHESCARE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGS.BIZ | UNKNOWN | UNDETERMINED |
| SIX-FLAGS.BIZ | UNKNOWN | UNDETERMINED |
| SIXFLAGS.COM | UNKNOWN | UNDETERMINED |
| SIX-FLAGS.COM | UNKNOWN | UNDETERMINED |
| SIX-FLAGS.INFO | UNKNOWN | UNDETERMINED |
| SIXFLAGS.NET | UNKNOWN | UNDETERMINED |
| SIX-FLAGS.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGS.ORG | UNKNOWN | UNDETERMINED |
| SIX-FLAGS.ORG | UNKNOWN | UNDETERMINED |
| SIXFLAGS45.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSASTROWORLD.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGSCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSCUTS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSCUTS.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGSCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSDUBAILAND.COM | UNKNOWN | UNDETERMINED |

8/17/2009 4:02 PM
69025

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property

| Patent/Trademark name | Expiration Date | Market value |
|---|---|---|
| SIXFLAGSEMAILS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSEUROPE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSFORTYFIVE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSFRIENDS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSFRIENDS.ORG | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATADVENTURE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATADVENTURE.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATADVENTURE.ORG | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATAMERICANEWS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATESCAPE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSGREATESCAPELODGE.COM | UNKNOWN | UNDETERMINED |
| SIX-FLAGS-HOLLAND.COM | UNKNOWN | UNDETERMINED |
| SIX-FLAGS-HOLLAND.NET | UNKNOWN | UNDETERMINED |
| SIX-FLAGS-HOLLAND.ORG | UNKNOWN | UNDETERMINED |
| SIXFLAGSINC.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSINK.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSJOBS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSLODGE.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSMAGICMTN.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSMOMENTS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSNEWJERSEY.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSROLLERCOASTERCUTS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSROLLERCOASTERCUTS.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGSROLLERCOASTERCUTSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSSUCKS.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSTICKETING.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSTV.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGSTV.NET | UNKNOWN | UNDETERMINED |
| SIXFLAGSVIP.COM | UNKNOWN | UNDETERMINED |
| SIXFLAGVIP.COM | UNKNOWN | UNDETERMINED |
| THEGREATESCAPE.COM | UNKNOWN | UNDETERMINED |
| THRILLPARK.COM | UNKNOWN | UNDETERMINED |
| THRILLSINC.COM | UNKNOWN | UNDETERMINED |
| WHITEWATERPARK.COM | UNKNOWN | UNDETERMINED |
| WORLDWIDE THRILLS EUROPEAN COMMUNITY | 4/9/11 | UNDETERMINED |

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule B22
Personal Property - Patents, copyrights, and other intellectual property

| Patent/Trademark name | Expiration Date | Market value |
|---|---|---|
| WORLDWIDE THRILLS MEXICO | 4/10/11 | UNDETERMINED |

B6D (Official Form 6D) (12/07)

**In re: Six Flags, Inc.**                                                                                           **Case No. 09-12037 (CSS)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, AND AN ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| See attached Schedule D | | | | | | | $382,890.83 | $0.00 |

|  | AMOUNT OF CLAIM | UNSECURED PORTION |
|---|---|---|
| Subtotal(s) (Total(s) on this page) | **$382,890.83** | **$0.00** |
| Total(s) (Use only on last page) | **$382,890.83** | **$0.00** |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule D
Creditors Holding Secured Claims

| Creditor Name | Creditor Notice Name | Codebtor | Address | City | State | Zip | Date claim was incurred, nature of lien and description of property subject to lien | Contingent | Unliquidated | Disputed | Claim Amount | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Calico Cottage, Inc. | | | | | | | UCC 63954401<br>11/13/2006 | X | X | X | Unknown | Unknown |
| Erplus Technology, Inc. | | | | | | | UCC 63604337<br>10/17/2006 | X | X | X | Unknown | Unknown |
| Erplus Technology, Inc. | | | | | | | UCC 63902103<br>11/08/2006 | X | X | X | Unknown | Unknown |
| Lehman Commercial Paper Inc., as Administrative Agent | | | | | | | UCC Financing Statements | X | X | X | Unknown | Unknown |
| Lehman Commercial Paper Inc., as Administrative Agent | | | | | | | UCC 9960745<br>11/18/1999 | X | X | X | Unknown | Unknown |
| Lehman Commercial Paper Inc., as Administrative Agent | | | | | | | UCC 9960751<br>11/18/1999 | X | X | X | Unknown | Unknown |
| NCR Corporation | | | | | | | UCC 0069147<br>10/13/2000 | X | X | X | Unknown | Unknown |
| Papa John's | Papa John's USA, PJ Food Service Inc, Papa John's Support Services, Inc. | X | 2002 Papa John's Blvd. | Louisville | KY | 40299 | 3/29/2006<br>Capital Lease | X | | | $311,025.70 | $0.00 |
| Papa John's | Papa John's USA, PJ Food Service Inc, Papa John's Support Services, Inc. | X | 2002 Papa John's Blvd. | Louisville | KY | 40299 | 3/29/2006<br>Capital Lease | X | | | $31,603.97 | $0.00 |
| Papa John's | Papa John's USA, PJ Food Service Inc, Papa John's Support Services, Inc. | X | 2002 Papa John's Blvd. | Louisville | KY | 40299 | 3/29/2006<br>Capital Lease | X | | | $29,021.89 | $0.00 |
| S&S Entertainment Finance, L.P. | | | | | | | UCC 72750460<br>07/20/2007 | X | X | X | Unknown | Unknown |
| S&S Entertainment Finance, L.P. | | | | | | | UCC 90045481<br>01/07/2009 | X | X | X | Unknown | Unknown |
| S&S Entertainment Finance, L.P. | | | | | | | UCC 60045705<br>01/07/2009 | X | X | X | Unknown | Unknown |
| S&S Entertainment Finance, L.P. | | | | | | | UCC No Fixture Financing Statements | X | X | X | Unknown | Unknown |
| S&S Entertainment Finance, L.P. | | | | | | | UCC No Fixture Financing Statements | X | X | X | Unknown | Unknown |
| Time Warner Entertainment | | | 1 Time Warner Center, 18th Fl | New York | NY | 10019 | 9/28/06<br>Cash Escrow Deposit, related to Subordinated Indemnity Agreement | X | | | $11,239.27 | Unknown |
| Webhouse | | | | | | | UCC 53586402<br>11/18/2005 | X | X | X | Unknown | Unknown |
| | | | | | | | | | | TOTAL: | $382,890.83 | $0.00 |

B6E (Official Form 6E) (12/07)

**In re: Six Flags, Inc.**                                                                                                    **Case No. 09-12037 (CSS)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B6E (Official Form 6E) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                                                                    **Case No. 09-12037 (CSS)**

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507 (a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6E (Official Form 6E) (12/07) - Cont.

**In re: Six Flags, Inc.**                                                          **Case No. 09-12037 (CSS)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| NONE | | | | | | | | | |
| Subtotals (Totals on this page): | | | | | | | $0.00 | $0.00 | $0.00 |
| Total: (Report also on the Summary of Schedules) | | | | | | | $0.00 | | |
| Totals: (Report also on the Statistical Summary of Certain Liabilities Related Data) | | | | | | | | $0.00 | $0.00 |

B6F (Official Form 6F) (12/07)

**In re: Six Flags, Inc.**                                                                                           **Case No. 09-12037 (CSS)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS, INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| See attached Schedule F | | | | | | | $1,356,034,299.36 |

|  | |
|---|---|
| Subtotal (Total on this page) | **$1,356,034,299.36** |
| Total | **$1,356,034,299.36** |
| (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

In re: Six Flags, Inc.
Case No. 09-12037
Schedule F
Creditors Holding Unsecured Claims

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | 8 7/8% Senior Notes due 2010 | | | | $131,077,000.00 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | 8 3/4% Senior Notes due 2013 | | | | $142,441,000.00 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | 9 5/8% Senior Notes due 2014 | | | | $314,787,000.00 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | 4 1/2% Convertible Senior Notes due 2015 | | | | $280,000,000.00 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | Interest 2/1/09 - 6/12/09 8 7/8% Senior Notes due 2010 | | | | $4,265,464.08 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | Interest 4/15/09 - 6/12/09 8 3/4% Senior Notes due 2013 | | | | $2,198,932.99 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | Interest 12/1/08 - 6/12/09 9 5/8% Notes due 2014 | | | | $16,159,065.97 |
| Bank of New York Mellon | Corporate Finance Division | 101 Barclay St., 8W | | | New York | NY | 10286 | | Interest 11/15/08 - 6/12/09 4 1/2% Convertible Senior Notes due 2015 | | | | $7,245,000.00 |
| Cascade Investment, L.L.C. | Peitzman Weg & Kempinsky LLP | 10100 Santa Monica Blvd. | Suite 1450 | | Los Angeles | CA | 90067 | | | X | X | X | Unknown |
| Cindy Mayhue | W. Wayne Mills | 7 South Mickey Mantle Drive | 2nd Floor | | Oklahoma City | OK | 73104 | | | X | X | X | Unknown |
| CNL Income Partners, LP | Attn: CFO | 450 S Orange Ave | | | Orlando | FL | 32801 | | | X | | | Unknown |
| Global Research & Rescue | Philip P. Mann | Mann Law Group | 1420 Fifth Avenue | Suite 2200 | Seattle | WA | 98101 | | | X | X | X | Unknown |
| Harley Wooten | Robert Haiges | 9301 S. Cedar Lake Avenue | | | Oklahoma City | OK | 73114 | | | X | X | X | Unknown |
| Harley Wooten | Jacob Rowe | 9301 S. Cedar Lake Avenue | | | Oklahoma City | OK | 73114 | | | X | X | X | Unknown |
| Historic TW Inc. | Warner Bros. Entertainment Inc. | Attn: CFO  TW-SPV Co. | c/o Time Warner Inc. | One Time Warner Center | New York | NY | 10019 | | | X | | | Unknown |
| HSBC Bank USA, NA | | 10 East 40th St., 14th Fl. | | | New York | NY | 10016 | | Guarantor of 12 1/4% Six Flags Operations Inc. Notes - Principal | X | | | $400,000,000.00 |
| HSBC Bank USA, NA | | 10 East 40th St., 14th Fl. | | | New York | NY | 10016 | | Guarantor of 12 1/4% Six Flags Operations Inc. Notes - Interest | X | | | $20,008,333.32 |
| Images Everywhere, Inc. and  John Shawn Productions, Inc. | | | | | | | | | | X | X | X | Unknown |
| Industrial Development Board of the City of New Orleans, Louisiana and The City of New Orleans | Penya M. Moses-Fields | 1300 Perdido Street | Suite 5E03 | | New Orleans | LA | 70112 | | | X | X | X | Unknown |
| Industrial Development Board of the City of New Orleans, Louisiana and The City of New Orleans | Wayne James and Associates | 2903 Lepage Street | Suite 3 | | New Orleans | LA | 70119 | | | X | X | X | Unknown |
| Jason M. Elkin, et. al., for themselves and on behalf of all other similarly situated | Todd M. Schneider | Schneider & Wallace | 180 Montgomery Street | Suite 2000 | San Francisco | CA | 94104 | | | X | X | X | Unknown |
| Jason M. Elkin, et. al., for themselves and on behalf of all other similarly situated | Thomas W. Falvey | Law Office of Thomas W. Falvey | 301 N. Lake Ave. | Suite 800 | Pasadena | CA | 91101 | | | X | X | X | Unknown |
| Jason M. Elkin, et. al., for themselves and on behalf of all other similarly situated | Catherine Starr | 24325 Crenshaw Blvd | #21 | | Torrance | CA | 90505 | | | X | X | X | Unknown |
| Jerry and Brandi Cope, Individually and as Next Friend of Micah Cope, a minor | E. Kent Manns | 2201 East Lamar Blvd. | Suite 250 | | Arlington | TX | 76006 | | | X | X | X | Unknown |
| Jody McClary | David L. Smith | 414 NW 4th Street | | | Oklahoma City | OK | 73102 | | | X | X | X | Unknown |

8/17/2009 4:03 PM
00069389.XLS

In re: Six Flags, Inc.
Case No. 09-12037
Schedule F
Creditors Holding Unsecured Claims

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Julian Iragorria, an infant under the age of 14 years, by his father and natural guardian, Juan Iragorri | Richard M. Gutierrez Esq | 118-35 Queens Boulevard | | | Forest Hills | NY | 11375 | | | X | X | X | Unknown |
| Katrina Canal Breaches Litigation (The United States of America, The United States Army Corps of Engineers, The Southeast Louisiana Flood Protection Authority-East, a Successor-in-Interest to the Orleans Parish Levee District, The Lake Borgne Levee | | | | | | | | | | X | X | X | Unknown |
| Laura Howe | Ms. Laura L. Howe | 1308 S.W. 126th Place | | | Oklahoma City | OK | 73170 | | | X | X | X | Unknown |
| Parc Management, LLC | David M. Wells | Gunster Yoakley & Stewart P.A | 225 Water Street | Suite 1750 | Jacksonville | FL | 32202 | | | X | X | X | Unknown |
| Safety Braking Corporation, Magnetar Technologies Corp., and G&T Conveyor Co. | Francis DiGiovanni | Connolly Be Lodge & Hutz LLP | The Nemours Building | 1007 North Orange Street | Wilmington | DE | 19899 | | | X | X | X | Unknown |
| Safety Braking Corporation, Magnetar Technologies Corp., and G&T Conveyor Co. | Scott R. Miller | Connolly Be Lodge & Hutz LLP | 355 S. Grand Ave | Suite 3150 | Los Angeles | CA | 90071 | | | X | X | X | Unknown |
| Simon Group, L.L.C. | Ken Jones | P.O. Box 720716 | | | Oklahoma City | OK | 73172 | | | X | X | X | Unknown |
| Simon Group, L.L.C. | Murray Abowitz | P.O. Box 1937 | | | Oklahoma City | OK | 73101 | | | X | X | X | Unknown |
| Simon Group, L.L.C. | William C. McAlister | P.O. Box 1937 | | | Oklahoma City | OK | 73101 | | | X | X | X | Unknown |
| Simon Group, L.L.C. | Kenneth A. Brokaw | P.O. Box 1937 | | | Oklahoma City | OK | 73101 | | | X | X | X | Unknown |
| Six Flags Operations Inc. | | 1540 Broadway, 15th Floor | | | New York | NY | 10036 | | | | | | $27,852,503.00 |
| Solutions and Specialized Innovations, LTD. | | | | | | | | | | X | X | X | Unknown |
| The Industrial Development BD of City of New Orleans | Secretary Treasurer | 1515 Poydras St St 12th Fl | | | New Orleans | LA | 70112 | | | X | | | Unknown |
| TW-SF LLC | Attn: CFO | One Time Warner Inc. | One Time Warner Center | | New York | NY | 10019 | | | X | | | $10,000,000.00 |
| Ville de Montreal | c/o City Clerk | Montreal City Hall | 275 Notre Dame St E | | Montreal | Qubec | H2Y 106 | Canada | | X | | | Unknown |
| Westchester Surplus Lines Insurance Company, Arch Specialty Insurance Company, Great Lakes Reinsurance (UK) PLC, Commonwealth Insurance Company, Axis Specialty Insurance Company, Continental Casualty Company, Liberty Corporate Capital, L | | | | | | | | | | X | X | X | Unknown |
| Westchester Surplus Lines Insurance Company, Arch Specialty Insurance Company, Great Lakes Reinsurance (UK) PLC, Commonwealth Insurance Company, Axis Specialty Insurance Company, Continental Casualty Company, Liberty Corporate Capital, L | | | | | | | | | | X | X | X | Unknown |

8/17/2009 4:03 PM
00069389.XLS

In re: Six Flags, Inc.
Case No. 09-12037
Schedule F
Creditors Holding Unsecured Claims

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Description | Contingent | Unliquidated | Disputed | Total amount of claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Westchester Surplus Lines Insurance Company, Arch Specialty Insurance Company, Great Lakes Reinsurance (UK) PLC, Commonwealth Insurance Company, Axis Specialty Insurance Company, Continental Casualty Company, Liberty Corporate Capital, L | | | | | | | | | | X | X | X | Unknown |
| | | | | | | | | | | | | TOTAL | $1,356,034,299.36 |

B6G (Official Form 6G) (12/07)

**In re: Six Flags, Inc.**                                                                           **Case No. 09-12037 (CSS)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a
lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor
child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m)

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| See attached Schedule G | |

Six Flags, Inc
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| 42 Entertainment, LLC | | 144 W Colorado Blvd | | Pasadena | CA | 91105 | | Master Services Agreement |
| A Affordable Unlock and Road Service | Jason Brooks | | | | | | | Service to unlock guest vehicles |
| A-1 Freeman Moving Group | | 11517 N Broadway Ext | | Oklahoma City | OK | 73114 | | Relocation company |
| Abandon Interactive Entertainment LLC | | 711 State Route 302 | | Pine Bush | NY | 12566 | | Sponsorship Agreement (SFOG SFGAm, SFOT, SFMM, TGE, SFKK, SFNE, SFGAdv, SFFT, SFDK, SFStL, SFA) |
| Abandon Interactive Entertainment LLC | | 34 Hide Away Lane | | Bloomingburg | NY | 12721 | | Sponsorship Agreement |
| ABM Data Systems | L Flores | ON file in AP | | | | | | Service Agreement Burglar /Fire Alarm system |
| AC Franks LLC | Attn Mr Louis Railio | 268 Ransaleer Ave | | Statan Island | NY | 10312 | | License Agreement |
| ACE USA | | 1133 Ave of the Americas | | New York | NY | 10036 | | Lead insurance carrier for workers' compensation, general liability and auto programs |
| Acquity Group LLC | | 500 W Madison Ste 2200 | | Chicago | IL | 60661 | | Web Design Services |
| Acquity Mobile Inc. | | 7852 Walker Dr Ste 350 | | Greenbelt | MD | 20770 | | Text Messages Services |
| Acxiom | | 12445 Collections Center Dr | | Chicago | IL | 60693 | | Background screening data |
| ADP Time & Labor Management | | 5 ADP Blvd | | Roseland | NJ | 07068 | | Payroll Services |
| Advanced Reservation Systems, Inc. | | 3750 Convoy St Ste 312 | | San Diego | CA | 92111 | | Sponsorship Agreement |
| Agile Communications Group LLC | | 215 West Verne St, Suite A | | Tampa | FL | 33606 | | Advertising |
| Agilysys | | 1858 Paysphere Circle | | Chicago | IL | 60674 | | Hardware support services |
| Air To Be Different | Attn: Kent Lind | 16315 Victoria Curve SE | | Prior Lake | MN | 55372 | | License Agreement |
| Air To Be Different | Kent Lind | 16315 Victoria Curve Southeast | | Prior Lake | MN | 55372 | | Retail Lessee Agreement |
| Akin Gump Strauss Hauer & Feld LLP | | One Bryant Park | | New York | NY | 10036 | | Letter Agreement (counsel to Avenue Capital) |
| Alamo Leasing | | 2010 N. W. Military | | San Antonio | TX | 78213 | | Vehicle leases |
| Alco Iron & Metal | Kari Fletcher | 629 Azuar Dr | | Vallejo | CA | 94592 | | Sponsorship Opportunity |
| American Automobile Association | | 1000 AAA Dr | | Heathrow | FL | 32746-5063 | | Partnership Agreement (Show Your Card and Save Card Program) Marketing Agreement |
| American Express Travel Related Services, Inc. | | 200 Vesey St | | New York | NY | 10285 | | Sponsorship Agreement |
| American Medical Response | | PO Box 34714 | | San Antonio | TX | 78265 | | Corporate Agreement for Emergency Medical Response |
| American River Recreation | Attn Don Hill | 6770 Marshall Rd | | Lotus | CA | 95651 | | Sponsorship Agreement |
| American River Recreation | Attn Don Hill | 6770 Marshall Rd | | Lotus | CA | 95651 | | Sponsorship Agreement |
| America's Best Kettle Corn, LLC | | 7711 Callaghan #720 | | San Antonio | Tx | 78229 | | Concessionaire |
| Amerigas | Carros K Swope | 2979 Hwy 100 | | Villa Ridge | MO | 63025 | | Price Agreement |
| Andrew Schleimer | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Andrew Schleimer | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Angelina M. Vieira-Barocas | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Archetypal Branding | | 901 Bellview St | | Winston Salem | NC | 27103 | | Research Consultant |
| Armitron | | 29-10 Thomson Ave | | Long Island City | NY | 11101 | | Sponsorship Agreement |
| Artura Studios | | 5921 Woodmeadow Dr | | Arlington | TX | 76016 | | Graphic Design - advertising Materials |
| Ascap | | 2690 Cumberland Pkwy Sete 490 | | Atlanta | GA | 30339 | | License Agreement |
| AstroWorld GP LLC | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| AstroWorld LP | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| AstroWorld LP LLC | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| AT&T | | 405 N Broadway | | Oklahoma City | OK | 73102 | | Local phone service/cellular service |
| Avery Dennison Corp. | | PO Box 608 | | Dayton | OH | 45401 | | Annual maintenance on-line price tag machine |
| Avis Rent A Car System, LLC | | 6 Sylvan Way | | Parsippany | NJ | 07054 | | Worldwide Rate Agreement |
| Barnes Distribution, division of Barnes Group, Inc. | | 1301 E9th St Ste 700 | | Cleveland | OH | 44114 | | Pricing agreement for fasteners and hardware |
| Baynum Painting, Inc. | | 1032 Prospect St | | Covington | KY | 41011 | | Sponsorship Agreement |
| Beta Business Products | | 9 E38th St | | New York | NY | 10016 | | Maintenance Agreement |
| Bill Lloyd | | 8846 Azul Dr | | West Hills | CA | 91304 | | Artist/Talent Agreement |
| Black Tie Formalwear | Sam Carlson | 11016 S Cicero Ave | | Oak Laawn | IL | 60453 | | Sponsorship Agreement |
| Blackstone Advisory Services L.P. | | 345 Park Ave | | New York | NY | 10154 | | Indemnification Agreement |
| Bloomberg L.P. | | 731 Lexington Ave | | New York, | NY | 10022 | | Agreement (news and information services) |
| Broadcast Music, Inc | | 320 West 57th St | | New York | NY | 10019 | | License Agreement |
| C.E. Andrews | | 2020 Spring Branch Dr | | Vienna | VA | 22181 | | Indemnity Agreement |
| Cadden Jones | | 419 Park Ave S  Ste 607 | | New York | NY | 10016 | | Artist/talent Agreement |
| California Barbeque | Attn Loren Maynard | 10023 Arabeque Ct | | Elk Grove | CA | 95624 | | License Agreement |
| California Redwood Signs | | PO Box 363 | | bass lake | GA | 93604 | | Licensee Contract |

8/17/2009 4:03 PM
00069435.XLS

Six Flags, Inc
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| Career Builder | | 14180 Dallas Parkway Ste 700 | | Dallas | TX | 75254 | | Online job posting services |
| Carey International, Inc. | | 5330 Spectrum DR | | Frederick | MD | 21703 | | Direct Bill Application |
| CC Touring Inc | attn Levine | c o William Morris Agency LLC | 1 William Morris Pl | Beverly Hills | CA | 90212 | | Artist Rider and Addenda Attached |
| CC Touring Inc | attn Levine | c o William Morris Agency LLC | 1 William Morris Pl | Beverly Hills | CA | 90212 | | Artist Rider and Addenda Attached |
| Champie Design | | 7202 West 145th Terrace | | Overland Park | KS | 66223 | | Graphic Design - advertising Materials |
| Cheyenne Kimball dba Cheyco Inc | attn Jbeau Lewis | c o Creative Artists Agency | 2000 Ave of the Stars | Los Angeles | CA | 90067 | | Electronic Agreement |
| Choice Point | | 1000 Alderman Dr  H-24 | | Alpharetta | GA | 30004 | | Background screening data |
| Choicelinx Corporation | | 670 N Commercial St Ste 102 | | Manchester | NH | 03101 | | Online Eligibility Tool |
| Chrysler | | 1000 Chrysler Dr | | Auburn Hills | MI | 48326 | | Sponsorship Agreement |
| CIGNA | | 6600 E Campus Circle Ste 400 | | Irving | TX | 75063 | | Medical and Dental Third Party Administrator |
| CIGNA | | 6600 E Campus Circle Ste 540 | | Irving | TX | 75063 | | Group Insurance, Life, Accident and Disability |
| CIGNA Voluntary Limited Benefit Medical Plans (Starbridge) | | 2222West Dunlap Ave Ste 350 | | Phoenix | AZ | 85021 | | Seasonal Medical Insurance |
| Citrix | | 851 W Cypress Creek Rd | | Fort Lauderdale | FL | 33309 | | Software support |
| Clearstar Logistics | | 418 Pirkle Ferry Rd Ste 109 | | Cumming | GA | 30040 | | Background screening data |
| ClearStart.net | | 418 Pirkle Ferry Rd Ste 109 | | Cumming | GA | 30040 | | Background screening data |
| Coca Cola | | One Coca-Cola Plaza NW | | Atlanta | GA | 30313 | | Sponsorship Agreement |
| Coca-Cola | | One Coca Cola Plaza  #1606 D | | Atlanta | GA | 30313 | | Pricing Agreement |
| Cold Stone Creamery Inc | | 9311 E Via De Ventura | | Scottsdale | AZ | 85258 | | License Agreement |
| Coldby O Productions LLC | c o ICM | 825 8th Ave | | New York | NY | 10019 | | Agreement |
| Coldstone Creamery, Inc. | | 9311 EVia de Ventura | | Scottsdale | AZ | 82258 | | Sponsorship Agreement |
| Collins Computing | | 26050 Acero St | | Mission Viejo | CA | 92691 | | Software support services |
| Concentra Medical Centers | Keith Johnson | 1904 Grandstand Dr. Suite 400 | | San Antonio | tx | 78238 | | Letter of Agreement |
| Continental Airlines, Inc. | | 1600 Smith St  HQSSL | | Houston | TX | 77002 | | Corporate Discount Agreement |
| Cool Media U.S.A., Inc. | | 50 California St Ste 1500 | | San Francisco | CA | 94111 | | Services and Marketing Agreement |
| Corporate Essentials, LLC | | 6 Madison Rd | | Fairfield | NJ | 07004 | | Master Equipment Service Agreement |
| Crimestar Cooperation | | On File in AP | | | | | | Annual Agreement software security |
| Crown Foods | Attn Ted Shaw | 242 Constant Ave | | Severn | MD | 21144 | | License Agreement |
| Crown Foods | Ted Shaw | 242 Constant Ave | | Severn | MD | 21144 | | Food Service |
| Crown Foods Inc | Lisa Shaw | 242 Constant Ave | | Severn | MD | 21144 | | License Agreement |
| CS Ritz Holdings, L.P. | | 235 W 48th St #35H | | New York | NY | 10036 | | Fair Market Lease (NYC corporate apartment) [residential] |
| CS Stars LLC | | 500 W Monroe St Ste 2100 | | Chicago | IL | 60661 | | Claim/Incident Reporting IT system for all parks except Mexico |
| Culligan Water Conditioning | | 1034 Austin St | | San Antonio | TX | 78208 | | Water Conditioning agreement |
| Daniel M. Snyder | | 21300 Redskins Park Dr | | Ashburn | VA | 20147 | | Indemnity Agreement |
| Daniel Weinberg | | c/o Six Flags Inc  1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Danny Teeson Productions, Inc. | | 6725 Sunset Blvd  Ste 230 | | Los Angeles | CA | 90028 | | Artist/Talent Agreement |
| David Keaney | | 11 Luther Rd | | Burlington | MA | 01803 | | Author services for Earth City project |
| Delta Market Research, Inc. | | 333 N York Rd | | Hatboro | PA | 19040 | | Research Consultant |
| Dennys | Attn Sanjeev Bali | 250 Fairgrounds Dr | | Vallejo | CA | 94589 | | Sponsorship Agreement |
| Dennys | Attn Sanjeev Bali | 250 Fairgrounds Dr | | Vallejo | CA | 94589 | | Sponsorship Agreement |
| dick clark productions inc. | | 2900 Olympic Blvd | | Santa Monica | CA | 90404 | | Management Services Agreement |
| Dippin Dots, Inc. | | 5101 Charter Oak Dr | | Paducah | KY | 42001 | | Pricing Agreement |
| Dippin' Dots | | 5101 Charter Oak Dr | | Paducah | KY | 42001 | | Sponsorship Agreement |
| Dow Jones & Company, Inc. (Factiva) | | PO Box 300 | | Princeton | NJ | 08541 | | Service Agreement (electronic news/financial information resource) |
| DWE Enterprises Inc | attn Douglas Edwards Jr | PO Box 691385 | | San Antonio | TX | 78269 | | License Agreement |
| DWE Enterprises, Inc | | PO Box 691385 | | San Antonio | TX | 78269 | | Concessionaire |
| Dwight Schar | | 1300 S Ocean Dr | | Palm Beach | FL | 33480 | | Indemnity Agreement |
| Eatec Corporation | | 1900 Powell St #650 | | Emeryville | CA | 94608 | | Software support services, application development |
| Egencia LLC | | 333 108th Ave NE | | Bellevue | WA | 98004 | | Amended & Restated Egencia Agreement |
| Elaut USA | Attn Neal Rosenburg President | 3419 Knight St | | Oceanside | NY | 11572-4638 | | License Agreement |
| Elaut USA | | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | Lease of arcade and misc. coin-operated equipment |
| Elaut USA Inc | fka Monduce Inc | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | Amendment No 4 to License Agreement |
| Elaut USA Inc | | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | Name change of business |
| Ellis and Associates | Rac Carroll | 508 Goldenmoss Loop | | Ocoee | Fl | 34761 | | Corporate Agreement |
| Epicor AKA NSB Retail Solutions Inc. | | 2800 Trans Canada Highway | | Pointe-Claire | QC | H9R1B1 | Canada | Retail inventory software maintenance |

8/17/2009 4:03 PM
00069435.XLS

Six Flags, Inc
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| ESIS, Inc. | | 1133 Ave of the Americas 38th Fl | | New York | NY | 10036 | | Third Party Administrator that handles Workers' Compensation, General Liability and Auto Claims for all parks but Mexico |
| Event Imaging Solutins Inc | Attn Rita Ignizio Contract Manager | 343 State St | | Rochester | NY | 14650 | | License and Sponsorship Agreement |
| Event Imaging Solutions Inc | | 343 State St | | Rochester | NY | 14650 | | Internet Services Agreement |
| Event Imaging Solutions Inc | Attn Rita Ignizio Contract Manager | 343 State St | | Rochester | NY | 14650 | | License and Sponsorship Agreement |
| Event Imaging Solutions, Inc. (Kodak) | | 343 State St | | Rochester | NY | 14650 | | Sponsorship Agreement |
| Event Imaging Solutions, Inc./Qualex Inc. | | 343 State Rd | | Rochester | NY | 14650 | | Digital Photo: front gate, character rover, antique, special events, internet |
| Eye Med | | 4000 Luxottica Place | | Mason | OH | 45040 | | Vision Insurance |
| Fasen Art, Inc. | | 10808 Bayshore Dr | | Windermere | FL | 34786 | | Caricatures |
| FaZen Enterprises, Inc. | | 333 Enterprise St  Unit C | | Ocoee | FL | 34761 | | Airbrush T's, face painting, henna tattoos, temporary tattoos |
| Federal Communications Commission | | 445 12th St SW | | Washington | DC | 20554 | | Sponsorship Agreement |
| First Advantage (ADR) | | PO Box 526024 | | Sacramento | CA | 95852 | | Background screening data |
| Flatstick LLC | Attn Arne Lundmark President | 2042 S Airport Rd Ste 15 | | Traverse City | MI | 49684 | | License Agreement |
| Flatstick LLC | Attn Arne Lundmark President | PO Box 6319 | | Traverse City | MI | 49696-6319 | | License Agreement |
| Four Seasons Hotels and Resorts | | 9500 Wilshire Blvd | | Beverly Hills | CA | 90212 | | Rate Agreement |
| Frank Crystal & Company, Inc. | | Financial Sq 32 Old Slip | | New York | NY | 10005 | | Insurance Brokers handling all property, casualty and professional lines of insurance |
| Fred Christenson | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Friendly Ice Cream Company | | 1885 Boston Rd | | Wilbraham | MA | 01095 | | Sponsorship Agreement |
| Friendly Ice Cream Corporation | | 1885 Boston Rd | | Wilbraham | MA | 01095 | | Sponsorship Agreement (SFNE; SFGAdv) |
| Frontier City Properties, Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Funtime Parks, Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Funtime, Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| G&W Enterprises Group Inc | Bernie Whitlock | 1943 Avenida del Ossa | | Fullerton | CA | 92833 | | License Agreement - Aqua Massage Beds |
| G&W Enterprises Group Inc | Bernie Whitlock | 1943 Avenida del Ossa | | Fullerton | CA | 92833 | | License Agreement - Glow Vending |
| Gary Goddard Entertainment Inc | Attn Dan Weinberg | 1540 Broadway 15th Fl | | New York | NY | 10036 | | Parade Operations & Design Build Agreement |
| Gary Goddard Entertainment Inc | Attn William Grayson | 6310 San Vicente Blvd Ste 100 | | Los Angeles | CA | 90048 | | Parade Operations & Design Build Agreement |
| Gary Goddard Entertainment Inc. | | 4716 Vineland Ave | | North Hollywood | CA | 91602 | | Parade Operations & Design-Build Agreement (various parks) |
| Gary Watts Airbrush | Gary Watts | 9851 La Rosa Dr | | Temple City | CA | 91780 | | License Agreement |
| GDS | | 5404 Swanson CT | | Roscoe | IL | 61073 | | Hardware support services |
| Getty Petroleum (LukOil) | | 320 Harper St Ste 303 | | Moorestown | NJ | 08057 | | Sponsorship Agreement |
| Gibbs Technology Leasing LLC | | 1837 Borman Circle Dr | | St Louis | MO | 63146 | | Lease Agreement |
| Glass Crafts Company | Attn Ron Binder or Fumiko Binder | 27465 Laurel Glen Circle | | Valencia | CA | 91354 | | License Agreement |
| Glatt Spot | Attn Reuben Rahmani | 659 Eagle Rock Ave | | W Orange | NJ | 07052 | | License Agreement |
| GOJO Industries, Inc. | | One GOJO Plaza Ste 500 | | Akron | OH | 44311 | | Sponsorship Agreement (Various Parks) |
| Government Employees Insurance Company (GEICO) | | 5250 Wern Ave | | Chevy Chase | MD | 20815 | | Sponsorship Agreement |
| GP Holdings Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Great America LLC | | 542 N Route 21 | | Gurnee | IL | 60331 | | Subordinated Indemnity Agreement |
| Great Escape Holding Inc. | | 1172 Route 9 | | Queensbury | NY | 12804 | | Subordinated Indemnity Agreement |
| Great Escape Rides LP | | 1172 Route 9 | | Queensbury | NY | 12804 | | Subordinated Indemnity Agreement |
| Great Escape Theme Park LP | | 1172 Route 9 | | Queensbury | NY | 12804 | | Subordinated Indemnity Agreement |
| GreenOrder, Inc. | | 205 Lexington Ave | | New York | NY | 10016 | | Green Strategy Development and Implementation Agreement |
| Greico Enterprises | Attn Barney Grieco | 1348 Mariposa St | | Vallejo | CA | 94590 | | License Agreement |
| GT 88 LP | | 18662 MacArthur Blvd | | Irvine | CA | 92612 | | Commercial Lease Agreement (Arlington, TX warehouse) [non-residential] |
| H.J. Heinz Company, L.P. | | 356 Sixth Ave | | Pittsburgh | PA | 15222 | | Sponsorship Agreement |
| Halcyon Consumer Products, LLC | | 8455 Beverly Blvd Penthouse | | Los Angeles | CA | 90048 | | License Agreement |
| Harold R. Goff | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Harvey Weinstein | | 375 Greenwich St | | New York | NY | 10013 | | Indemnity Agreement |
| Hearty Corn Inc | Attn Ashish Mediratta | 81 Riverdale Rd | | Valley Stream | NY | 11581 | | License Agreement |
| Hercules Networks LLC | | 230 Park Ave 10th FL | | New York | NY | 10169 | | Services and Marketing Agreement |
| Hilton Arlington | | 2401 ELamar Blvd | | Arlington | TX | 76006 | | Rate Agreement |
| Hilton Garden Inn, Times Square | | 790 Eighth Ave | | New York | NY | 10019 | | Preferred Corporate Agreement |
| Historic TW Inc. (formerly known as Time Warner Inc.) | | 1 Time Warner Center | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| Honeywell International Inc Automation and Control Solutions | Barry M Melton | 11603 Lilburn Park Rd | | St Louis | MO | 63146 | | Service Agreement |
| Horizon Health EAP Services | | 2965 W State Rd 434 Ste 200 | | Longwood | FL | 32779 | | Employee Assistance Program |
| Houlihan Lokey Howard & Zukin Capital, Inc. | | 245 Park Ave | | New York | NY | 10167 | | Engagement Letters |
| HP | | PO Box 101149 | | Atlanta | GA | 30392 | | Hardware support services |
| Hurricane Harbor GP LLC | | 1800 Lamar Blvd | | Arlington | TX | 76006 | | Subordinated Indemnity Agreement |

8/17/2009 4:03 PM
00069435.XLS

In re Six Flags, Inc.
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| Hurricane Harbor LP | | 1800 Lamar Blvd | | Arlington | TX | 76006 | | Subordinated Indemnity Agreement |
| Hurricane Harbor LP LLC | | 1800 Lamar Blvd | | Arlington | TX | 76006 | | Subordinated Indemnity Agreement |
| Hyatt Place Grand Prairie | | 1542 N Highway 360 | | Grand Prairie | TX | 75050 | | Rate Agreement |
| ICR, LLC | | 450 Post Rd East | | Westport | CT | 06880 | | Consulting Agreement |
| ICR, LLC | | 450 Post Rd East | | Westport | CT | 06880 | | Consulting Agreement for investor relations related services |
| IdeaCast, Inc. | | 1335 W Randolph St Ste 2D | | Chicago | IL | 60607 | | Sales Agreement |
| Ikon Financial Service | | 1738 Bass Rd | | Macon | GA | 81210 | | Vehicle Lease |
| Infineon Raceway | Attn Rachal Pollen | Hwys 37 and 121 | | Sonoma | CA | 95476 | | Sponsorship Agreement |
| Infineon Raceway | Attn Rachal Pollen | Hwys 37 and 121 | | Sonoma | CA | 95476 | | Sponsorship Agreement |
| Insight Research Associates, Inc. | | 311W Superior St | | Chicago | IL | 60654 | | Research Consultant |
| Iron Mountain | | 203 Moonachie Rd | | Moonachie | NJ | 07047 | | Record retention services |
| Iwerks Entertainment Inc | | SimEx Iwerks | 4520 W Valerio St | Burbank | CA | 91505 | | Lease Agreement re: 3D 12 KW Linear Loop Projection System |
| J&J Snack Foods | | 6000 Central Highway | | Pennsauken | NJ | 08109 | | Sponsorship Agreement |
| J&J Snack Foods Corp. | | 6000 Central Highway | | Pennsauken | NJ | 08110 | | Pricing Agreement |
| Jack Link's Beef Jerky | | One Snack Food Lane PO Box 397 | | Minong | WI | 54859 | | Sponsorship Agreement |
| James Coughlin | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Jay Vending Company | | 2141 Priest Bridge Dr Ste 2 | | Crofton | MD | 21114 | | License Agreement |
| Jeffrey Loh | | 315 King St Apt 1-i | | Port Chester | NY | 10573 | | Consulting Agreement |
| Jeffrey Speed | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Jeffrey Speed | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Jewelry Junction | | 7659 Bexhill CT | | Gainsville | VA | 20155 | | License Agreement (park concession – Six Flags America) |
| John Odum | | c/o Six Flags Over Georgia  275 Riverside Parkway | | Austell | GA | 30167 | | Employment Agreement |
| Johnny Rockets Licensing Corporation | Attn Vice President Franchise Operation | 25550 Commercentre Dr Ste 200 | | Lake Forest | CA | 92630-8855 | | License Agreement |
| Johnny Rockets Licensing Corporation | Attn VP Franchise Operations | 25550 Commercentre Dr Ste 200 | | Lake Forest | CA | 92630-8855 | | Draft License Agreement |
| JPMorgan Chase Bank, N.A. | | | | | | | | |
| JPMorgan Securities Inc. | | 270 Park Ave | | New York | NY | 10017 | | Engagement Letter (lead arranger and book runner with respect to proposed restructuring of credit facility) |
| K & J Vending | Attn: Joe DeCosty | 4601 Crosshaven Ct | | St Charles | MO | 63304 | | License Agreement |
| K+K Promotions, Inc. | | 4487 W Reno Ave | | Las Vegas | NV | 89118 | | License Agreement (St. Louis) |
| Kaiser Permanente | | 5805 Sepulveda Blvd | | Van Nuys | CA | 91411 | | fully-insured medical insurance in California |
| Kaman's Art Shoppe, Inc. | | 16838 Park Circle Dr | | Chagrin Falls | OH | 44023 | | Caricatures, airbrush T's, woodcarving, face painting, temporary tattoos, henna tattoos |
| Kamans Art Shoppe Inc | Attn Rich Kaman | 16838 Park Circle Dr | | Chagrin Falls | OH | 44023 | | License Agreement |
| Karen Maleck-Whiteley/Balance Point | | 18285 Soledad Canyon Rd | | Canyon Country | CA | 91387 | | Consulting Agreement |
| KBCW 44 Cable 12 | Attn Rob Genolio | 855 Battery St | | San Francisco | CA | 94111 | | Sponsorship Agreement |
| Kean Images dba Kean Images | Jon Kean | 26910 The Old Rd No 169 | | Valencia | CA | 91381 | | License Agreement |
| Kelly Laferriere | | c/o Six Flags  Inc  1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Kelly Laferriere | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Kevin Wong | | 6 Nantucket CT | | Howell | NJ | 07731 | | Consulting Agreement |
| KKI, LLC | | 937 Phillips Lane | | Louisville | KY | 40209 | | Subordinated Indemnity Agreement |
| KPMG LLP | | 717 North Harwood St, Suite 3100 | | Dallas | TX | 75201-6585 | | Retention of KPMG to Conduct Audit Services |
| Kraft Foods Global, Inc. | | 1 Kraft CT | | Glenview | IL | 60025 | | Sponsorship Agreement |
| Kronos Solutions, Inc. | | 275 Grove St Ste 2-200 | | Auburndale | MA | 02466 | | Online application and screening services |
| Kurtzman Carson Consultants LLC | | 2335 Alaska Ave | | El Segundo | CA | 90245 | | Agreement for Services related to bankruptcy |
| Kyle Bradshaw | | c/o Six Flags  Inc  924 Ave J East | | Grand Prairie | TX | 75050 | | Employment Agreement |
| Lamb Weston | | 6504 Orchard Hill Dr | | Austin | TX | 78739 | | Pricing Agreement |
| Leonard A. Russ | | c/o Six Flags  Inc  924 Ave J East | | Grand Prairie | TX | 75050 | | Employment Agreement |
| Leverage Agency, LLC | | 515 Madison Ave Ste 1909 | | New York | NY | 10022 | | Sponsorship Sales Agent Agreement |
| Levi Strauss & Co. | | 1155 Battery St | | San Francisco | CA | 94111 | | Sponsorship Agreement (Various Parks) |
| Levick Strategic Communications LLC | | 1900 M St  NW | | Washington | DC | 20036 | | Letter Agreement (restructuring communications consultant) |
| Lexis Nexis | | 3445 Newmark Dr | | Miamisburg | OH | 45342 | | Service Agreement (electronic news source) |
| Little Miss Henna | Attn Melanie Marcus | 119 Esther Crescent | | Thornhill | ON | L4J 3J8 | Canada | License Agreement |
| Lockton Dunning Benefits | | 717 N Harwood Ste 2500 | | Dallas | TX | 75201 | | Benefit Consultants |
| Lo-Q Virtual Queuing | | 351 Thornton Rd | | Lithia Springs | GA | 30122 | | Sponsorship Agreement |
| Lo-Q Virtual Queuing, Inc. | | 351 Thornton Rd Ste 119 | | Lithia Springs | GA | 30122 | | License Agreement |
| Lo-Q. PLC | | The Smithe Centre Famile  Henley on Thames | | Oxfordshire | | RG9 6AB | England | |
| Louis Koskovolis | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |

4 of 8

Premier Six Flags, Inc.
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| Louis Koskovolis | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Lyons Restaurant | Attn Muhammad Ali | 980 Admiral Callahan Ln | | Vallejo | CA | 94591 | | Sponsorship Agreement |
| LYONS Sales & Marketing, LLC | | 45 Constitution CT | | Wayne | PA | 19087 | | Agency Representation Agreement |
| Mad Science Productions Inc | | 8360 Bougainville St Ste 202 | | Montreal | QC | H4P 2G1 | Canada | Theatrical Production Booking Agreement |
| Magic Mountain LLC | | 26101 Magic Mountain Parkway | | Valencia | CA | 91355 | | Subordinated Indemnity Agreement |
| Mamma Flora's Inc | Attn Pietro Amari | 172 Bordertown Georgetown Rd | | Columbus | NJ | 08022 | | License Agreement |
| Mark Jennings | | 56 Clapboard Ridge Rd | | Greenwich | CT | 06830 | | Indemnity Agreement |
| Mark Quenzel | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Mark Quenzel | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Mark Shapiro | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Mark Shapiro | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Marlin Leasing | Lease Acceptance Office | 520 Walnut St Ste 1150 | | Philadelphia | PA | 19106 | | Equipment Lease Contract |
| Marlin Leasing | Western Division | 6021 S Syracuse Way Ste 200 | | Greenwood Village | CO | 80111 | | Equipment Lease Contract |
| Mars Snackfood US | | 800 High St | | Hackettstown | NJ | 07840 | | Equipment loan agreement |
| Mars Snackfood US LLC | Attn Gary Beemer | 800 High St | | Hackettstown | NJ | 07840 | | Ice Cream Supply Agreement |
| Mars Snackfood US, LLC | | 800 High St | | Hackettstown | NJ | 07840 | | Sponsorship Agreement |
| Marshal Steve's Pony Rides LLC | Attn Steven Marshal | 208 W Clark's Landing Rd | | Egg Harbor City | NJ | 08215 | | License Agreement |
| Marshall Barber | | c/o Six Flags  Inc  924 Ave J East | | Grand Prairie | TX | 75050 | | Employment Agreement |
| Matra Systems | | 3355 Breckinridge Blvd Ste 120 | | Duluth | GA | 30096 | | Services Agreement |
| MCI | | PO Box 371838 | | Pittsburgh | PA | 15250 | | Crime Stopper Hotline |
| Merrill Communications LLC | | One Merrill Circle | | St. Paul | MN | 55108 | | Services Agreement |
| Metro-Goldwin-Mayer | | 10250 Constellation Blvd  Ste 12040 | | Los Angeles | CA | 90068 | | Sponsorship Agreement |
| Metroplex Control Systems | Collyn Morgan | 12918 Delivery Drive | | San Antonio | Tx | 78247 | | Annual Fire Systems  Contractor |
| Michael Antinoro | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Michael Antinoro | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Microsoft | | 7000 N State Highway Ste 161 | | Irving | TX | 75039 | | Software licensing and support services |
| Microsoft Corporation | | One Microsoft Way | | Redmond | WA | 98052 | | Software licensing and support services |
| Microsoft Licensing, GP Dept. 551 | | 6100 Neil Rd Ste 210 | | Reno | NV | 89511 | | Software licensing and support services |
| Midlantic Vending | Attn Alan Drazen | 101 Commerce Dr | | Moorestown | NJ | 08057 | | Midlantic License Agreement |
| Miller Brewing Company | | 116 Flanders Rd Ste 100 | | Westbourough | MA | 01581 | | Sponsorship Agreement |
| Mindshare (USMC-Marines) | | 3340 Peachtree Rd NE Ste 300 | | Atlanta | GA | 30326 | | Sponsorship Agreement |
| Missouri State Highway Patrol | | PO Box 9500 | | Jefferson | MO | 65102 | | Background screening data |
| Mobile City Towing | Roger Cervantes | 6457 Camp Bullis Rd | | San Antonio | TX | 78257 | | Letter of Agreement in conjunction w/ Barter for moving Guest vehicles or sending company vehicles out for repair |
| Monduce Inc | Attn Neal M Rosenberg | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | License Agreement |
| Monduce Inc | Neil M Rosenberg President | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | License Agreement |
| Monduce Inc | Attn Neal M Rosenberg | 777 New Durham Rd Ste D | | Edison | NJ | 08817 | | License Agreement |
| Mountain States Commercial Credit Management | | 333 W Hampden Ave Ste 425 | | Englewood | CO | 80110 | | Background screening data |
| MTV Networks On Campus, Inc. | | 1515 Broadway | | New York | NY | 10019 | | Concert Agreement |
| National Car Rental / Enterprise Rent-A-Car | | 600 Corporate Park Dr | | St. Louis | MO | 63105 | | Corporate Services Agreement |
| National Software Escrow, Inc. | | 8225 Brecksville Rd  Building 3 Ste 105 | | Brecksville | OH | 44141 | | Software Escrow Agreement |
| NCR | | 14181 Collections Center Dr | | Chicago | IL | 60693 | | Hardware support services |
| Neopost Leasing | | 30955 Huntwood Ave | | Hayward | CA | 94544 | | Lease Agreement |
| Network Voice and Data Communications | | 45 W 36th St 5th FL | | New York | NY | 10018 | | Telephone System Hardware Support |
| Nevar Entertainment Inc | c o International Creative Management Inc | 10250 Constellation Blvd | | Los Angeles | CA | 90087 | | Agreement |
| NextProcess, LP | | 7301 State Highway 161  Ste 300 | | Irving | TX | 75039 | | Accounts Payable Processing Services |
| Nintendo of America Inc. | | 4820 150th Ave NE | | Redmond | WA | 98052 | | Sponsorship Agreement |
| NSB Retail Solutions, LP | | 2800 Trans-Canada Highway | | Pointe-Claire | QC | H9R 1B1 | Canada | Software support, application development |
| Numara Software, Inc. | | 2202 N W Shore Blvd Ste 650 | | Tampa | FL | 33607 | | Software support services |
| nWave Pictures Distribution, Inc. | | 3 La Tourelle Lane | | Pittsburgh | PA | 15215 | | Film License Agreement (various parks) |
| NYK Nippon Yusen Kaisha | | 300 Lighting Way | | Secaucus | NJ | 07094 | | Freight rates for Games DI program |
| Oakwood Corporate Housing | | 6 E45th St | | New York | NY | 10017 | | Relocation/Corporate Housing |
| OgilvyOne New York | | 309 W 49th St | | New York | NY | 10019 | | Master Services Agreement (advertising agency) |
| Omnivex | | 3300 Highway 7  Ste 501 | | Concord | ON | L4K 4M3 | Canada | Software support services |
| Opinion Research Corporation | | 902 Carnegie Center | | Princeton | NJ | 08540 | | Research Consultant |
| Optiview (DGP Security Company) | | 2052 St John's Bluff Rd | | Jacksonville | FL | 32246 | | Security Equipment: cameras, dvr's |
| OZ Night Club | | 397 Dwight St | | Springfield | MA | 01103 | | Sponsorship Agreement |
| Papa John's USA, Inc., PJ Food Service Inc., Preferred Marketing Solutions, Inc. | | 2002 Papa John's Blvd | | Louisville | KY | 40299 | | Sponsorship Agreement, Marketing and Purchasing Agreement |
| Paramount Pictures Corporation | | 5555 Melrose Ave | | Hollywood | CA | 90038 | | Sponsorship Agreement |
| Park Management Corp. | | 1001 Fairgrounds Dr | | Vallejo | CA | 94589 | | Subordinated Indemnity Agreement |
| Paul, Hastings, Janofsky & Walker LLP | | 191 N Wacker Dr | | Chicago | IL | 60606 | | Engagement Letter |
| PayFlex Systems USA, Inc. | | 10802 Farnam Dr | | Omaha | NE | 68154 | | COBRA Administrator |
| PayFlex Systems USA, Inc. | | 7852 s Elati St Ste 200 | | Littleton | CO | 80120 | | Flexible Spending Administrator |

8/17/2009 4:03 PM
00069435.XLS

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| Perf Go Green Holdings Inc. | | 12 E52nd St 4th FL | | New York | NY | 10022 | | Sponsorship Agreement |
| Perry Rogers | | 3000 Arabian Rd | | Las Vegas | NV | 89107 | | Indemnity Agreement |
| Personality Portraits Inc | Attn Bill Hartman | 2297 Rose Ln Ste 107 | | Pacific | MO | 63069 | | License Agreement |
| Peter Bonventre | | 45 E85th St | | NY | NY | 10028 | | Creative and editorial consultant for Earth City Project |
| PLTS LLC | Attn Franklin Teo | 1 Hemlock Ave | | East Brunswick | NJ | 08816 | | License Agreement |
| Porter and Chester Institute | | 134 Dulong Circle | | Chicopee | MA | 01022 | | Sponsorship Agreement |
| Post Foods LLC | | 1 Upper Pond Rd Building 3  FL 2 | | Parsippany | NJ | 07054 | | Sponsorship Agreement |
| PP Data Services Inc. | | 924 Ave J East | | Grand Prarie | TX | 75050 | | Subordinated Indemnity Agreement |
| PP Data Services Inc. | | 924 Ave J East | | Grand Prairie | TX | 75050 | | Amended and Restated Shared Services Agreement |
| PR Newswire | | GPO Box 5897 | | New York | NY | 10087 | | Service Agreement (news distribution/targeting and monitoring service) |
| Premier International Holdings Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Premier Parks Holdings Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Premier Parks of Colorado Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Promass Ltd | Kwik E Charge | 55A Bedford Rd | | Wilstead | Bedfordshire | MK45 3HR | UK | Services and Marketing Agreement |
| Promsass Ltd. | | 55A Bedford Rd | | Wilstead | Bedfordshire | MK45 3HR | UK | Services and Marketing Agreement |
| Protocol LLC | Attn Doug Lang | 2110 Cheshire Way Ste A | | Greensboro | NC | 27405 | | License Agreement |
| Public Data | | PO Box 612665 | | DFW Airport | TX | 75261 | | Background screening data |
| Pure Party Ice | Pat Paxson | 1902 South Laredo #5 | | San Antonio | Tx | 78207 | | Ice vendor for park ice and snow hill (snow hill letter of agreement) |
| Qualex, Inc. | | 343 State Rd | | Rochester | NY | 14650 | | Equipment loan agreement – Great Escape Ldoge |
| Quest Software | | 5 Polaris Way  Building 4 | | Aliso Viejo | CA | 92656 | | Software support services |
| Rainbow Italian Ice | | 40 Woodcliff Ct | | Oakland | CA | 94605 | | Sponsorship Agreement |
| Randan Enterprises | Attn Dan Fisher | 33 Nrup Ct | | Newton | PA | 19020 | | Randan Enterprises License Agreement |
| Randy Gerstenblatt | | c/o Six Flags  Inc  1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Randy Gerstenblatt | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Reality Check Studios | | 6100 Melrose Ave | | Hollywood | CA | 90038 | | Animation services (various parks) |
| Rebecca Custis | | 470 Lenox Ave  Apt 3H | | New York | NY | 10037 | | Consulting Agreement |
| Reckitt Benckiser Inc. (Lysol) | | 5140 EWenz Dr | | Monticello | IN | 47960 | | Sponsorship Agreement |
| Red Line Films | | 304 Hudson St  Ste 602 | | New York | NY | 10013 | | Production Services Agreement |
| Red Zone Capital Management Company LLC | | 1800 Tysons Blvd | | McLean | VA | 22102 | | Plane Time Sharing Agreement |
| Relaxation Sensations LLC | Attn Joe Prince | 3651 Route 9 N | | Freehold | NJ | 07728 | | License Agreement |
| Research In Motion Corporation | | 122 W John Carpenter Parkway Ste 430 | | Irving | TX | 75039 | | Software support services |
| Ricardo Rivadeniera | | 6300 W Loop S  Ste 350 | | Houston | TX | 77401 | | Artist/talent  Agreement  for Hispanic voiceover talent |
| Richard A. Kipf | | 5821 NW 90th St | | Oklahoma City | OK | 73132 | | Amended and Restated Shared Services Agreement |
| Richards, Layton & Finger | | One Rodney Sq 920 King St | | Wilmington | DE | 19801 | | |
| Richmond Illustrations, Inc. | | 3421 EBurnsville Parkway | | Burnsville | MN | 55337 | | Caricatures, tattoos, face painting, airbrush T's |
| Rickitt-Benckiser, Inc. | | 1706 Addelman St | | Joliet | IL | 60431 | | Sponsorship – janitorial cleaning chemicals |
| Risk Reactor | | 21544 Newland St | | Huntington Beach | CA | 92646 | | Counterfeit detection pens |
| Riverside Park Enterprises, Inc. | | 1623 Main St | | Agawam | MA | 01001 | | Subordinated Indemnity Agreement |
| Robert C. Knievel d/b/p/a Evel Knievel | | c/o Patrick O'Connor  1250 S Belcher Dr | | Largo | FL | 33771 | | License Agreement |
| Robert Chesterman | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Indemnity Agreement |
| Robert P. Chesterman | | c/o Six Flags  Inc 1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Salis LLC | Attn Sam Geysimonyan | 15012 Devonshire St | | Mission Hills | CA | 91345 | | License Agreement |
| San Antonio Sweeping Services | Brian Cooper | 16227 Doe Lane | | San Antonio | TX | 78255 | | Purchase Agreement |
| Santa Clarita Concessions Inc | Attn Lisa Burke President | 21554 Golden Triangle Rd | | Saugus | CA | 91350 | | License Agreement |
| Saputo Cheese USA Inc. | | 25 Tri-State International Office Center Ste 250 | | Lincolnshire | IL | 60069 | | Sponsorship Agreement |
| Satellite Shelters, Inc | | 2530 Xenium Lane N | | Minneapolis | MN | 55441-3695 | | Modular office space lease |
| Schwab Corporate Services | | 4150 Kinross Lakes Parkway | | Richfield | OH | 44286 | | Administrator of 401(k) and Pension plans |
| Schwarzkopf & Henkel | | 1063 Megaw Ave | | Irvine | CA | 92614 | | Sponsorship Agreement |
| Scoop Shop of Ohio, Inc. | | 87 EWashington St | | Chagrin Falls | OH | 44022 | | Sponsorship Agreement |
| Scoop Shops of Ohio Inc | Attn Jim Kaufman President | 87 E Washington St | | Chagrin Falls | OH | 44022 | | License Agreement |
| Scooter Bug, Inc. | | 500 W Cummings Park  Ste 4650 | | Woburn | MA | 01804 | | License Agreement |
| Scooterbug Inc | Christopher T Meehan | PO Box 10020-9446 | | Lewiston | ME | 04243-9446 | | Mobility Equipment Use Agreement |
| ScooterBug Inc | | 500 W Cummings Park Ste 4650 | | Woburn | MA | 01801 | | Mobility Equipment Use Agreement |
| Security Base.com | | 5362 Production Dr | | Huntington Beach | CA | 96249 | | Skim safes and till lockers |
| SEI | | 1 Freedom Valley Dr | | Oaks | PA | 19456 | | Pension Plan Administrator |

Six Flags, Inc
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| Sesac Inc | | 421 West 54th St | | New York | NY | 100149 | | Performance License Agreement |
| SFJ Management Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| SFOG Acquisition A, Inc. | c/o Lord Securities Corp. | 48 Wall St | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| SFOG Acquisition B, L.L.C. | c/o Lord Securities Corp. | 48 Wall St | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| SFOG II, Inc. | | 275 Riverside Parkway | | Austell | GA | 30138 | | Subordinated Indemnity Agreement |
| SFOT Acquisition I, Inc. | c/o Lord Securities Corp. | 48 Wall St | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| SFOT Acquisition II, Inc. | c/o Lord Securities Corp. | 48 Wall St | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| SFRCC Corp | | 1540 Broadway | | New York | NY | 10036 | | Subordinated Indemnity Agreement |
| SFT Holdings, Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Short Order Music Publishing o/c/o Halcyon Worldwise Music Publishing (BMI) | | 4764 Park Granada  Ste 210 | | Calabasas | CA | 91302 | | Music License Agreement |
| Simpson Thacher & Bartlett LLP | | | | | | | | |
| Six Flags America LP | | 13710 Central Ave | | Bowie/Mitchellville | MD | 20721 | | Subordinated Indemnity Agreement |
| Six Flags America Property Corporation | | 13710 Central Ave | | Bowie/Mitchellville | MD | 20721 | | Subordinated Indemnity Agreement |
| Six Flags Great Adventure LLC | | 1 Six Flags Blvd | | Jackson | NJ | 08527 | | Subordinated Indemnity Agreement |
| Six Flags Great Escape LP | | 1172 Route 9 | | Queensbury | NY | 12804 | | Subordinated Indemnity Agreement |
| Six Flags Operations Inc. | | 1540 Broadway | | New York | NY | 10036 | | Amended and Restated Shared Services Agreement |
| Six Flags Operations Inc. | | 1540 Broadway | | New York | NY | 10036 | | Subordinated Indemnity Agreement |
| Six Flags Services of Illinois, Inc. | | 542 N Route 21 | | Gurnee | IL | 60331 | | Subordinated Indemnity Agreement |
| Six Flags Services, Inc. | | 1 Six Flags Blvd | | Jackson | NJ | 08527 | | Subordinated Indemnity Agreement |
| Six Flags St. Louis LLC | | 4900 Six Flags Rd | | Eureka | MO | 63025 | | Subordinated Indemnity Agreement |
| Six Flags Theme Parks Inc. | | 1924 Ave J East | | Grand Prairie | TX | 75050 | | Subordinated Indemnity Agreement |
| Six Flags Theme Parks Inc. | | 924 Ave J East | | Grand Prairie | TX | 75050 | | Amended and Restated Shared Services Agreement |
| Smart Carte Inc | Attn General Counsel | 4455 White Bear Pkwy | | St Paul | MN | 55110 | | License Agreement |
| Smarte Carte, Inc. | | 4455 White Bear Parkway | | St. Paul | MN | 55110 | | Lockers and massage chair lease |
| Smarte Carte, Inc. | | 4455 White Bear Parkway | | St. Paul | MN | 55110 | | Sponsorship Agreement |
| Snack Factory LLC (Pretzel Crisps) | | 11 Tamarack Circle | | Skillman | NJ | 08540 | | Sponsorship Agreement (SFOG SFGAm, SFOT, SFKK, SFMM, SFNE, SFGAdv, SFFT, SFDK, SFStL, SFA, TGE) |
| Source I | | 12434 Bellflower Blvd | | Downey | CA | 90242 | | Counterfeit detection pens |
| South Street Holdings LLC | | 1623 Main St | | Agawam | MA | 01001 | | Subordinated Indemnity Agreement |
| Springfield Motorsports, LLC | | 11 Harvey Ave | | Springfield | MA | 01119 | | Sponsorship Agreement |
| SPUSV5 1540 Broadway, LLC | | 515 S Flower St 31st FL | | Los Angeles | CA | 90071 | | Lease (NYC corporate office) [non-residential] |
| St Louis Trane | Michael B Rolfes | 101 Matrix Commons Dr | | Fenton | MO | 63026 | | Extended Warranty and Maintenance Program Agreement |
| St Louis Vendors Inc | Attn Doug Stuhlmann | 11674 Gravois Rd | | St Louis | MO | 63126 | | License Agreement |
| St. Louis Vendors, Inc. | Doug Stuhlmann | 11674 Gravois Rd | | St. Louis | MO | 63126 | | Retail Lessee Agreement |
| Stephen M. Keaney | | c/o Six Flags  Inc  1540 Broadway | | New York | NY | 10036 | | Employment Agreement |
| Stericycle | | PO Box 9001588 | | Louisville | KY | 40290-1588 | | bio waste disposal: unk if actual contract |
| Stuart Amusement Company | | 1623 Main St | | Agawam | MA | 01001 | | Subordinated Indemnity Agreement |
| Subway Development Group | Alan Warmund | 7601 Lewninsville Rd Suite 310 | | McLean | VA | 22102 | | Food Service |
| Subway Real Estate Corp | Attn Jit Sohal | 325 Bic Dr | | Milford | CT | | | License Agreement |
| Summit Energy Services, Inc. | | 10350 Ormsby Park Place Ste 400 | | Louisville | KY | 40223 | | Energy Sourcing and Management Agreement |
| Sun and Skin Care Research, Inc. | | 851 Greensboro Rd | | Cocoa | FL | 32926 | | Sponsorship Agreement |
| Sun and Skin Care Research, Inc. (Ocean Potion) | | 851 Greensboro Rd | | Cocoa | FL | 32926 | | Sponsorship Agreement (Various Parks) |
| Sutter Solano Medical Center | Jen Longoria | 300 Hospital Dr | | Vallejo | CA | 94589 | | Sponsorship Opportunity |
| SYSCO Corporation | | 1390 Enclave Parkway | | Houston | TX | 77077 | | Master Distribution Agreement |
| T Asset Acquisition Company, LLC | | 8455 Beverly Blvd Penthouse | | Los Angeles | CA | 90048 | | Trademark License Agreement |
| TALX Corporation | | 11432 Lackland Rd | | St. Louis | MO | 63146 | | Unemployment filing and representation services |
| TD Industries | | PO Box 300008 | | Dallas | TX | 75303 | | Uninterruptible Power Systems All 3-Phase Models Scope of Work |
| The American Worker Plans, Inc. | | 33 W Higgins Rd Ste 910 | | South Barrington | IL | 60010 | | Seasonal Rx plan |
| The Bank of New York Mellon | | 101 Barclay St | | New York | NY | 10286 | | Subordinated Indemnity Escrow Agreement |
| The Beverly Hilton | | 9876 Wilshire Blvd | | Beverly Hills | CA | 90210 | | Rate Agreement |
| The Johnny Rockets Group | | 25550 Commerce Center Dr Ste 200 | | Lake Forest | CA | 92630 | | Sponsorship Agreement |
| The Penny Men | A Division of CTM Group Inc | 13 Red Roof Ln Unit 1A | | Salem | NH | 03079 | | License Agreement |
| The Snack Factory | | 11 Tamarack Circle | | Skillman | NJ | 08541 | | Sponsorship Agreement |

8/17/2009 4:03 PM
00069435.XLS

Six Flags, Inc
Case No. 09-12037
Schedule G
Executory Contracts and Unexpired Leases

| Contract Counter-Party | Contact | Address 1 | Address 2 | City | State | Zip | Country | Description of contract or lease |
|---|---|---|---|---|---|---|---|---|
| The Snack Factory | | 1572 54th St | | Brooklyn | NY | 11219 | | Sponsorship Agreement |
| Thomas Iven | | c/o Six Flags  Inc  924 Ave J East | | Grand Prairie | TX | 75050 | | Employment Agreement |
| Thomas Licensing, LLC | | 230 Park Ave S  13th FL | | New York | NY | 10003 | | License Agreement (various parks) |
| Thomson Reuters Corporation | | 22 Thomson Place | | Boston | MA | 02210 | | Client Agreement Number 119831 |
| Time Warner Entertainment Company L.P. | | 1Time Warner Center | | New York | NY | 10019 | | Subordinated Indemnity Agreement |
| Time Warner Inc. | | 1Time Warner Center | | New York | NY | 10019 | | Subordinated Indemnity Agreement |
| T-Mobile | | 665 Broadway Ste 400 | | New York | NY | 10012 | | Cellular phone service |
| T-Mobile USA, Inc. | | 12920 SE 38th St | | Bellevue | WA | 98006 | | Sponsorship Agreement |
| TMP Worldwide Advertising & Communications, LLC | | 4055 Valley View Lane Ste 350 | | Dallas | TX | 75244 | | Recruiting Agency |
| Tony Hawk, Inc. | | 1203 Activity Dr | | Vista | CA | 92081 | | License Agreement (various parks) |
| TRISHUL LLC | Arpita Kothari | 4506 Hatties Progress Dr | | Bowie | MD | 20720 | | License Agreement |
| Trishul, LLC | Arpita Kothari | 4506 Hatties Progress Drive | | Bowie | MD | 20720 | | Food Service |
| TW-SPV Co. | | 1Time Warner Center | | New York | NY | 10019 | | Subordinated Indemnity Agreement |
| Tyson Foods, Inc. | | 2200 Don Tyson Parkway CP581 | | Springdale | AR | 72762 | | Pricing Agreement |
| Tyson Foods, Inc. | | 2200 Don Tyson Parkway | | Springdale | AR | 72765 | | Sponsorship Agreement |
| U-Haul | | PO Box 52128 | | Phoenix | AZ | 85072 | | Storage facility in Colorado |
| United Airlines, Inc. | | 77 W Wacker Dr  17th Fl | | Chicago | IL | 60601 | | United PassPlus Flex Agreement |
| UNUM | | 1 Fountain Sq | | Chattanooga | TN | 37402 | | Supplemental Disability Insurance |
| Utz Quality Foods, Inc. | | 900 High St | | Hanover | PA | 17331 | | Sponsorship Agreement (SFNE, SFGAdv) |
| Utz Quality Foods, Inc. | | 900 High St | | Hanover | PA | 17331 | | Sponsorship Agreement |
| Verizon/MCI Worldcom | | 2400 N Glenville Dr | | Richardson | TX | 75082 | | WAN, local and long distance services |
| Victory Pictures LLC | | 132 Flanders St | | Southington | CT | 06489 | | Content creation, direction and production of audio visual elements for Earth City project |
| Volumatic | | Tarus House Endemere Rd | | Coventry | | CV6 5PY | UK | Drop boxes |
| Vox Radio Group (WEZF/WCPV/WX20) | | 70 Walnut St | | Wellesley | MA | 02481 | | Trade Agreement |
| Wal-Mart Stores, Inc. | | 2110 W Walnut St | | Rogers | AR | 72756 | | Client Contract - national e-consignment offer |
| Walter S. Hawrylak | | c/o Six Flags  Inc  924 Ave J East | | Grand Prairie | TX | 75050 | | Employment Agreement |
| Warner Blanc Audio Library | | c/o Warner Bros. Consumer Products | 4000 Warner Blvd | | | | | License Agreement #12484 Bal |
| Warner Bros. Consumer Products | | 4000 Warner Blvd | | Burbank | CA | 91522 | | Amended and Restated License Agreement #5854-WB/DC |
| Warner Bros. Entertainment Inc. (as permitted assignee of Time Warner Entertainment Company L.P.) | | 1 Time Warner Center | | New York | NY | 10005 | | Subordinated Indemnity Escrow Agreement |
| Waste Management | Nancy Russell | 8 Binghampton St | | Albany | NY | 12212 | | Service Agreement |
| Webster Bank | | 561 Hazard Ave | | Enfield | CT | 06082 | | Sponsorship Agreement |
| Weekly Reader Custom Publishing | | 1 Reader's Digest Rd | | Pleasantville | NY | 10570 | | Master Agreement - Read to Succeed Program Execution Contract |
| Welch Systems Inc | | 7206 N Terra Vista Dr | | Peoria | IL | 61614 | | Sponsorship Agreement |
| Welch Systems Inc | Attn Jeff Hewitt | 7206 N Terra Vista Dr | | Peoria | IL | 61614 | | Welch Systems Inc Sponsorship Agreement |
| Wells Fargo Financial | | PO Box 6434 | | Carol Stream | IL | 60197 | | Equipment lease (NYC corporate office) |
| Welsh Systems, Inc. | | 7206 N Terra Vista Dr | | Peoria | IL | 61614 | | Sponsorship Agreement |
| WGNA | | 1241 Kings Rd | | Schenectady | NY | 12303 | | Trade Agreement |
| Whitley Penn LLP | | 1400 W 7th St Ste 400 | | Fort Worth | TX | 76102 | | 401(k) and Pension plan auditors |
| Wholesale Screening Solutions, LLC | | PO Box 2666 | | Purcellville | VA | 20134 | | Background screening data |
| Wiggles International Pty Ltd. | | Unit 2  18 Lexington Dr  Norwest Business Center | | Baulkham Hills | New South Wales | 02154 | Atralia | License Agreement (various parks) |
| William D Barnett Jewelry Company | Attn William D Barnett | 19738 Steinway St | | Santa Clarita | CA | 91351 | | William D Barnett Jewelry License Agreement |
| Williams Scotsman Inc | | | | | MD | | | Lease Agreement |
| WNYT-TV LLC | | PO Box 4035 | | Albany | NY | 12204 | | Trade Agreement |
| Work Around the Planet | | 3625 Manchaca Rd Ste 101 | | Austin | TX | 78704 | | Nondisclosure Agreement |
| WVNV | Kim Kiser | 86 Porter Rd | | Malone | NY | 12953 | | Trade Agreement |
| Xerox Corporation | Matthew Mcfarland | | | | | | | Lease Agreement |
| Xerox Corporation | Larry G Boyd | | | | | | | Lease Agreement |
| XO Communications | | 100 William St FL 5 | | New York | NY | 10038 | | WAN services |
| Xpedite | | 155 Tri-County Parkway Ste 150 | | Cincinnati | OH | 45246 | | Background screening data |
| YLS Entertainment Inc | | 10853 Protal Rd | | Los Alamitos | CA | 90720 | | Maintenance and operation contract for Lonestar Spectacular |
| Yours Forever More | Attn William D Barnett | 19738 Steinway St | | Santa Clarita | CA | 91351 | | License Agreement |

8/17/2009 4:03 PM
00069435.XLS

B6H (Official Form 6H) (12/07)

**In re: Six Flags, Inc.**                                                              **Case No. 09-12037 (CSS)**

# SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. Bankr. P. 1007(m)

☐ Check this box if debtor has no codebtors.

| NAME AND  ADDRESS OF CODEBTOR | NAME AND  ADDRESS OF CREDITOR |
|---|---|
| See attached Schedule H | |

**In re: Six Flags, Inc.**
**Case No. 09-12037**
Schedule H
Codebtors

| Name of codebtor | Address | City | State | Zip | Name of creditor | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|
| Astroworld GP LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Astroworld LP | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Astroworld LP LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Fiesta Texas Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Funtime Parks, Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Funtime, Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Great America LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Great Escape Holding Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Great Escape Rides L.P. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Great Escape Theme Park L.P. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Hurricane Harbor GP LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Hurricane Harbor LP | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Hurricane Harbor LP LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| KKI, LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Magic Mountain LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Park Management Corp. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| PP Data Services Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Premier International Holdings Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Premier Parks Holdings Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Premier Parks of Colorado Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Premier Waterworld Sacramento Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Riverside Park Enterprises, Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| SF HWP Management LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| SFJ Management Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| SFJ Management Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Industrial Development Board of the City of New Orleans | Attn: Secretary Treasurer | 1515 Poydras St 12th Floor | New Orleans | LA | 70112 |
| SFRCC Corp. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags America LP | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags America Property Corporation | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Great Adventure LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Great Escape L.P. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Operations Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Operations Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | HSBA Bank USA National Association | Attn: Corporate Trust and Loan Agency | 452 Fifth Avenue | New York | NY | 10018 |
| Six Flags Operations Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | TW-SF LLC c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Services of Illinois, Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Services, Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags St. Louis LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Theme Parks Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Six Flags Theme Parks Inc. | 1540 Broadway, 15th Fl | New York | NY | 10036 | TW-SF LLC c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| South Street Holdings LLC | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |
| Stuart Amusement Company | 1540 Broadway, 15th Fl | New York | NY | 10036 | Historic TW Inc. c/o Time Warner Inc. | Attn: CFO | One Time Warner Center | New York | NY | 10019 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

**In re: Six Flags, Inc.**                                                                                    **Case No. 09-12037 (CSS)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

I, James Coughlin, General Counsel for Six Flags, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 43 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___8/17/2009_____          Signature: ____/ s / James Coughlin_____

                                                                                    **James Coughlin**

                                                                                    **General Counsel for Six Flags, Inc.**

-----------------------------------------------------------------------------------------------------------------------------------------------------------

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.§§ 152 and 3571.**