IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------X
In re                                                       :   Chapter 11
                                                            :
Premier International Holdings Inc., *et al.*,[1]           :   Case No. 09-12019 (CSS)
                                                            :
        Debtors.                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Aja E. McDowell, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 19th day of August, 2009, she caused a copy of the following to be served as indicated on the attached list:

1.     Schedules of Assets & Liabilities for AstroWorld GP LLC, Case No. 09-12047 [Docket No. 400; filed 8/17/09]

2.     Statement of Financial Affairs for AstroWorld GP LLC, Case No. 09-12047 [Docket No. 418; filed 8/17/09]

3.     Schedules of Assets & Liabilities for AstroWorld LP, Case No. 09-12051 [Docket No. 401; filed 8/17/09]

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

RLF1-3425827-1

4. Statement of Financial Affairs for AstroWorld LP, Case No. 09-12051 [Docket No. 419; filed 8/17/09]

5. Schedules of Assets & Liabilities for AstroWorld LP LLC, Case No. 09-12050 [Docket No. 402; filed 8/17/09]

6. Statement of Financial Affairs for AstroWorld LP LLC, Case No. 09-12050 [Docket No. 420; filed 8/17/09]

7. Schedules of Assets & Liabilities for Fiesta Texas, Inc., Case No. 09-12044 [Docket No. 403; filed 8/17/09]

8. Statement of Financial Affairs for Fiesta Texas, Inc., Case No. 09-12044 [Docket No. 421; filed 8/17/09]

9. Schedules of Assets & Liabilities for Funtime, Inc., Case No. 09-12045 [Docket No. 404; filed 8/17/09]

10. Statement of Financial Affairs for Funtime, Inc., Case No. 09-12045 [Docket No. 422; filed 8/17/09]

11. Schedules of Assets & Liabilities for Funtime Parks, Inc., Case No. 09-12048 [Docket No. 405; filed 8/17/09]

12. Statement of Financial Affairs for Funtime Parks, Inc., Case No. 09-12048 [Docket No. 423; filed 8/17/09]

13. Schedules of Assets & Liabilities for Great America LLC, Case No. 09-12043 [Docket No. 406; filed 8/17/09]

14. Statement of Financial Affairs for Great America LLC, Case No. 09-12043 [Docket No. 424; filed 8/17/09]

15. Schedules of Assets & Liabilities for Great Escape Holding Inc., Case No. 09-12040 [Docket No. 407; filed 8/17/09]

16. Statement of Financial Affairs for Great Escape Holding Inc., Case No. 09-12040 [Docket No. 425; filed 8/17/09]

17. Schedules of Assets & Liabilities for Great Escape Rides L.P., Case No. 09-12038 [Docket No. 408; filed 8/17/09]

18. Statement of Financial Affairs for Great Escape Rides L.P., Case No. 09-12038 [Docket No. 426; filed 8/17/09]

19. Schedules of Assets & Liabilities for Great Escape Theme Park L.P., Case No. 09-12036 [Docket No. 409; filed 8/17/09]

Case 09-12019-CSS    Doc 487    Filed 08/19/09    Page 3 of 7

20. Statement of Financial Affairs for Great Escape Theme Park L.P., Case No. 09-12036 [Docket No. 427; filed 8/17/09]

21. Schedules of Assets & Liabilities for Hurricane Harbor GP LLC, Case No. 09-12035 [Docket No. 410; filed 8/17/09]

22. Statement of Financial Affairs for Hurricane Harbor GP LLC, Case No. 09-12035 [Docket No. 428; filed 8/17/09]

23. Schedules of Assets & Liabilities for Hurricane Harbor LP, Case No. 09-12032 [Docket No. 411; filed 8/17/09]

24. Statement of Financial Affairs for Hurricane Harbor LP, Case No. 09-12032 [Docket No. 429; filed 8/17/09]

25. Schedules of Assets & Liabilities for Hurricane Harbor LP LLC, Case No. 09-12030 [Docket No. 412; filed 8/17/09]

26. Statement of Financial Affairs for Hurricane Harbor LP LLC, Case No. 09-12030 [Docket No. 430; filed 8/17/09]

27. Schedules of Assets & Liabilities for KKI, LLC, Case No. 09-12027 [Docket No. 413; filed 8/17/09]

28. Statement of Financial Affairs for KKI, LLC, Case No. 09-12027 [Docket No. 431; filed 8/17/09]

29. Schedules of Assets & Liabilities for Magic Mountain LLC, Case No. 09-12025 [Docket No. 414; filed 8/17/09]

30. Statement of Financial Affairs for Magic Mountain LLC, Case No. 09-12025 [Docket No. 432; filed 8/17/09]

31. Schedules of Assets & Liabilities for Park Management Corp., Case No. 09-12023 [Docket No. 415; filed 8/17/09]

32. Statement of Financial Affairs for Park Management Corp., Case No. 09-12023 [Docket No. 433; filed 8/17/09]

33. Schedules of Assets & Liabilities for PP Data Services Inc., Case No. 09-12053 [Docket No. 416; filed 8/17/09]

34. Statement of Financial Affairs for PP Data Services Inc., Case No. 09-12053 [Docket No. 434; filed 8/17/09]

35. Schedules of Assets & Liabilities for Premier International Holdings Inc., Case No. 09-12019 [Docket No. 417; filed 8/17/09]

36. Statement of Financial Affairs for Premier International Holdings Inc., Case No. 09-12019 [Docket No. 435; filed 8/17/09]

37. Schedules of Assets & Liabilities for Premier Parks Holdings Inc., Case No. 09-12024 [Docket No. 445; filed 8/18/09]

38. Statement of Financial Affairs for Premier Parks Holdings Inc., Case No. 09-12024 [Docket No. 454; filed 8/18/09]

39. Schedules of Assets & Liabilities for Premier Parks of Colorado Inc., Case No. 09-12021 [Docket No. 446; filed 8/18/09]

40. Statement of Financial Affairs for Premier Parks of Colorado Inc., Case No. 09-12021 [Docket No. 457; filed 8/18/09]

41. Schedules of Assets & Liabilities for Premier Waterworld Sacramento Inc., Case No. 09-12028 [Docket No. 448; filed 8/18/09]

42. Statement of Financial Affairs for Premier Waterworld Sacramento Inc., Case No. 09-12028 [Docket No. 459; filed 8/18/09]

43. Schedules of Assets & Liabilities for Riverside Park Enterprises, Inc., Case No. 09-12031 [Docket No. 451; filed 8/18/09]

44. Statement of Financial Affairs for Riverside Park Enterprises, Inc., Case No. 09-12031 [Docket No. 461; filed 8/18/09]

45. Schedules of Assets & Liabilities for SF HWP Management LLC, Case No. 09-12034 [Docket No. 453; filed 8/18/09]

46. Statement of Financial Affairs for SF HWP Management LLC, Case No. 09-12034 [Docket No. 464; filed 8/18/09]

47. Schedules of Assets & Liabilities for SFJ Management Inc., Case No. 09-12039 [Docket No. 456; filed 8/18/09]

48. Statement of Financial Affairs for SFJ Management Inc., Case No. 09-12039 [Docket No. 478; filed 8/18/09]

49. Schedules of Assets & Liabilities for SFRCC Corp., Case No. 09-12042 [Docket No. 458; filed 8/18/09]

50. Statement of Financial Affairs for SFRCC Corp., Case No. 09-12042 [Docket No. 477; filed 8/18/09]

51. Schedules of Assets & Liabilities for Six Flags America LP, Case No. 09-12046 [Docket No. 440; filed 8/18/09]

52. Statement of Financial Affairs for Six Flags America LP, Case No. 09-12046 [Docket No. 476; filed 8/18/09]

53. Schedules of Assets & Liabilities for Six Flags America Property Corporation, Case No. 09-12049 [Docket No. 442; filed 8/18/09]

54. Statement of Financial Affairs for Six Flags America Property Corporation, Case No. 09-12049 [Docket No. 475; filed 8/18/09]

55. Schedules of Assets & Liabilities for Six Flags Great Adventure LLC, Case No. 09-12052 [Docket No. 467; filed 8/18/09]

56. Statement of Financial Affairs for Six Flags Great Adventure LLC, Case No. 09-12052 [Docket No. 474; filed 8/18/09]

57. Schedules of Assets & Liabilities for Six Flags Great Escape L.P., Case No. 09-12041 [Docket No. 439; filed 8/18/09]

58. Statement of Financial Affairs for Six Flags Great Escape L.P., Case No. 09-12041 [Docket No. 473; filed 8/18/09]

59. Schedules of Assets & Liabilities for Six Flags, Inc., Case No. 09-12037 [Docket No. 460; filed 8/18/09]

60. Statement of Financial Affairs for Six Flags, Inc., Case No. 09-12037 [Docket No. 443; filed 8/18/09]

61. Schedules of Assets & Liabilities for Six Flags Operations Inc., Case No. 09-12022 [Docket No. 441; filed 8/18/09]

62. Statement of Financial Affairs for Six Flags Operations Inc., Case No. 09-12022 [Docket No. 472; filed 8/18/09]

63. Schedules of Assets & Liabilities for Six Flags Services, Inc., Case No. 09-12026 [Docket No. 447; filed 8/18/09]

64. Statement of Financial Affairs for Six Flags Services, Inc., Case No. 09-12026 [Docket No. 470; filed 8/18/09]

65. Schedules of Assets & Liabilities for Six Flags Services of Illinois, Inc., Case No. 09-12029 [Docket No. 444; filed 8/18/09]

66. Statement of Financial Affairs for Six Flags Services of Illinois, Inc., Case No. 09-12029 [Docket No. 471; filed 8/18/09]

67. Schedules of Assets & Liabilities for Six Flags St. Louis LLC, Case No. 09-12033 [Docket No. 450; filed 8/18/09]

68. Statement of Financial Affairs for Six Flags St. Louis LLC, Case No. 09-12033 [Docket No. 468; filed 8/18/09]

69. Schedules of Assets & Liabilities for Six Flags Theme Parks Inc., Case No. 09-12054 [Docket No. 455; filed 8/18/09]

70. Statement of Financial Affairs for Six Flags Theme Parks Inc., Case No. 09-12054 [Docket No. 466; filed 8/18/09]

71. Schedules of Assets & Liabilities for South Street Holdings LLC, Case No. 09-12055 [Docket No. 463; filed 8/18/09]

72. Statement of Financial Affairs for South Street Holdings LLC, Case No. 09-12055 [Docket No. 449; filed 8/18/09]

73. Schedules of Assets & Liabilities for Stuart Amusement Company, Case No. 09-12020 [Docket No. 469; filed 8/18/09]

74. Statement of Financial Affairs for Stuart Amusement Company, Case No. 09-12020 [Docket No. 452; filed 8/18/09]

Dated: August 19, 2009
Wilmington, Delaware

_Aja E. McDowell_
Aja E. McDowell
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 19th day of August, 2009.

_Linda M. Anderson_
Notary Public

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2010

## PREMIER INTERNATIONAL HOLDINGS, INC.
## SERVICE LIST
## CASE NO. 09-12019 (CSS)

**Hand Delivery**

Richard L. Schepacarter
Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801