IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                                          : Chapter 11
Premier International Holdings Inc., et al.,[1]                :
                                                               : Case No. 09-12019 (CSS)
                    Debtors.                                   :
                                                               : (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 8, 2009 AT 10:00 A.M.[2]

I. **CONTINUED/RESOLVED MATTERS**

1. Motion of the Debtors and Debtors in Possession for Authorization to Pay Prepetition Employee Wages, Benefits, Business Expenses, and Related Items [Docket No. 13; filed 6/13/09]

    Objection Deadline: August 6, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A. Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Authorization to Pay Certain Benefit Programs [Docket No. 155; filed 7/9/09]

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on October 7, 2009.

Related Documents:

i. Order Granting Motion of Debtors and Debtors in Possession for Authorization to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items [Docket No. 47; filed 6/15/09]

ii. Order Granting Motion of Debtors and Debtors in Possession for Authorization to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items [Docket No. 205; filed 7/14/09]

Status: The Court granted the majority of the relief requested in connection with this matter on July 14, 2009. The hearing on this matter with respect to the continued administration the Debtors' 401(k) matching program is continued to November 5, 2009 at 10:00 a.m.

2. Motion of Suzanne Weber for Relief from the Automatic Stay [Docket No. 229; filed 7/16/09]

Objection Deadline: August 7, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Limited Objection of the Debtors and Debtors in Possession to the Motion of Suzanne Weber for Relief from Automatic Stay [Docket No. 354; filed 8/7/09]

Related Documents:

i. Certification of Counsel Regarding Stipulation Regarding Motion for Order for Relief from Automatic Stay [Docket No. 9/10/09; filed 595]

ii. Order Approving Limited Relief from the Automatic Stay [Docket No. 597; filed 9/11/09]

Status: On September 11, 2009, an Order was entered with respect to this matter. Accordingly, no hearing on this matter is necessary.

3. Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 498; filed 8/21/09]

Objection Deadline: October 1, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Preliminary Objection of Stark Investments and its Affiliates to the Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 509; filed 8/25/09]

RLF1-3441755-2

Related Documents:

i. Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 496; filed 8/21/09]

ii. Notice of Filing of Blackline of Plan [Docket No. 497; filed 8/21/09]

iii. Notice of Filing of Blackline Disclosure Statement [Docket No. 499; filed 8/21/09]

iv. Notice of Hearing to Consider Approval of Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 538; filed 9/2/09]

Status: The hearing on this matter is continued until November 5, 2009 at 10:00 a.m.

4. Motion of the Debtors for Authorization to Amend Prepetition Credit Facility [Docket No. 501; filed 8/21/09]

Objection Deadline: September 2, 2009 at 4:00 p.m.; extended to September 3, 2009 for Stark Investments; extended to September 4, 2009 for the Official Committee of Unsecured Creditors.

Objections/Responses Received: None at this time.

Status: The hearing on this matter is continued until November 5, 2009 at 10:00 a.m.

5. Emergency Motion of the Informal Committee of SFO Noteholders for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors; Joint Plan of Reorganization [Docket No. 615; filed 9/14/09]

Objection Deadline: October 1, 2009 at 4:00 p.m.

Objections/Responses Received: None at this time.

Related Documents:

i. Emergency Motion of the Informal Committee of SFO Noteholders for an Order Authorizing and Directing that Certain Exhibits to its Motion for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Therefor and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization be Filed Under Seal [Docket No. 616; filed 9/14/09]

ii. Joinder of Resilient Capital Management, LLC in the Emergency Motion of the Informal Committee of SFO Noteholders for an Order (I) Terminating the

3

Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 741; filed 10/1/09]

Status: The hearing on this matter is continued until October 16, 2009 at 3:30 p.m.

6. Motion of the Debtors for Authorization to Enter into Lease with Respect to Office Space [Docket No. 653; filed 9/18/09]

    Objection Deadline: October 1, 2009 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Status: The hearing on this matter is continued until November 5, 2009 at 10:00 a.m.

7. Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 655; filed 9/18/09]

    Objection Deadline: October 1, 2009 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Status: The hearing on this matter is continued until October 16, 2009 at 3:30 p.m.

## II. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION

8. Motion of Debtors and Debtors in Possession for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [Docket No. 652; filed 9/18/09]

    Objection Deadline: October 1, 2009 at 4:00 p.m.

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Certification of No Objection [Docket No. 757; filed 10/5/09]

    ii. Proposed Form of Order

    Status: A certification of no objection was filed on October 5, 2009. A hearing is necessary only to the extent the Court has questions or concerns.

## III. UNCONTESTED MATTER

9. Amended Motion of the Debtors and Debtors in Possession for an Order Approving Entry into Settlement Agreement with the Industrial Development Board of the City of New Orleans, Louisiana, Inc. and the City of New Orleans [Docket No. 654; filed 9/18/09]

    Objection Deadline: October 1, 2009 at 4:00 p.m.; extended to October 6, 2009 for the Bank of New York.

    Objections/Responses Received: None at this time.

    Related Documents:

    i.  Motion of the Debtors and Debtors in Possession for an Order Approving Entry into Settlement Agreement with the Industrial Development Board of the City of New Orleans, Louisiana, Inc. and the City of New Orleans [Docket No. 503; filed 8/12/09]

    Status: The hearing on this matter will go forward.

## III. CONTESTED MATTERS

10. Application of the Debtors to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers [Docket No. 101; filed 6/23/09]

    Objection Deadline: July 6, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A.  The Response and Objection of the Acting United States Trustee to the Debtors' Application for the Authority to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Debtors' Financial Advisors and Investment Bankers (D.I. 101) [Docket No. 222; filed 7/15/09]

    B.  Limited Objection of the Official Committee of Unsecured Creditors to Application of the Debtors to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers [Docket No. 347; filed 8/6/09]

    Related Documents:

    i.  Debtors' Reply in Support of the Application of the Debtors to Retain and Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisors and Investment Bankers [Docket No. 754; filed 10/5/09]

    Status: The hearing on this matter will go forward.

11. Motion for Relief from Stay Under Section 362 of the Bankruptcy Code by Glenn Parker and Alexandra Parker [Docket No. 528; filed 9/1/09]

   Objection Deadline: October 1, 2009 at 4:00 p.m.

   Objections/Responses Received:

   A. Objection of the Debtors and Debtors in Possession to the Motion for Relief from Stay Under Section 362 of the Bankruptcy Code by Glenn Parker and Alexandra Parker [Docket No. 744; filed 10/1/09]

   Status: The hearing on this matter will go forward. The debtors and the movants have stipulated that they will each submit an affidavit in lieu of having an evidentiary hearing on this matter.

12. Motion of the Debtors and Debtors in Possession for Entry of an Order (A) Setting Bar Date for Filing Proofs of Claim, Including Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving the Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof [Docket No. 656; filed 9/18/09]

   Objection Deadline: October 1, 2009 at 4:00 p.m.

   Objections/Responses Received:

   A. Informal responses received.

   Status: The hearing on this matter will go forward.

Dated: October 6, 2009
      Wilmington, Delaware

*/s/ Zach Shapiro*
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
       good@rlf.com
       shapiro@rlf.com

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: paulharner@paulhastings.com
       stevencatlett@paulhastings.com
       christianauty@paulhastings.com

Attorneys for Debtors and Debtors in Possession

7

RLF1-3441755-2