# SIGN - IN - SHEET

**CASE NAME:** Premier Intl.  
**CASE NO:** 09-12019 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 10/8/09 @ 10:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Paul Harner | Paul Hastings | Debtors |
| Steve Catlett | " | " |
| Dan DeFranceschi | Richards Layton + Finger | " |
| Andrew Dash | Brown Rudnick | Committee |
| Steven Levine | " | Committee |
| Kate Buck | McCarter; English | Leonard Baker et al. |
| Gian Claudio Finizio | Bayard | Steve + CGS |
| Landon Ellis | Landis Rath + Cobb | JPMorgan |
| Kathleen P. Makowski | Pachulski Stang Ziehl Jones | Committee |
| Richard L. Schepacarter | USDOJ - OUST | OUST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**U.S. Bankruptcy Court-Delaware**

Calendar Date: 10/08/2009
Calendar Time: 10:00 AM

Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Amended Calendar 10/07/2009 01:26 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3111092 | Nicholas Baker | Simpson Thacher & Bartlett | Creditor, JPMorgan Chase Bank / LIVE |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3105972 | Andrew L. Chan | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3115178 | James Coughlin | Six Flags | Debtor, Premier International Holdings / LIVE |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3114318 | Neal D'Amato | Brown Rudnick LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3133967 | James Garth | Credit Suisse | Creditor, Credit Suisse / LISTEN ONLY |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3133887 | Stephen Grisanti | Tricadia Capital | Creditor, Tricadia Capital / LISTEN ONLY |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3048983 | Rob Halder | Tejas Securities Group | Interested Party, Tejas Securities Group / LISTEN ONLY |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3111107 | Autumn D. Highsmith | Haynes and Boone, LLP | Interested Party, Six Flags Funds / LIVE |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3110946 | Anna Kalenchits | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3115151 | Richard Kebrdle | White & Case | Interested Party, Ad Hoc Committee of Six-Flags Note Holders / LIVE |
| | | Premier International Holdings, Inc., et al and Six Flags, Inc. | 09-12019 | Hearing | 3111621 | Steven B. Levine | Brown Rudnick LLP | Creditor, Committee of Unsecured Creditors / LIVE |

Handwritten annotations:
- Jonathan Neiss ✓
- Serenia Taylor ✓
- John Miranowski ✓
- Daniel Flores ✓ Premier
- Silver Point ✓ Premier

| | | | | |
|---|---|---|---|---|
| Premier International 09-12019 Holdings Inc., et al and Six Flags, Inc. | Hearing | 3111018 | Alex Shayevsky | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Premier International 09-12019 Holdings Inc., et al and Six Flags, Inc. | Hearing | 3114233 | Julia Smolyanskiy | Fried Frank Harris Shriber & Jacobson | Creditor, Fidelity / LISTEN ONLY |
| Premier International 09-12019 Holdings Inc., et al and Six Flags, Inc. | Hearing | 3111652 | Andrew Sole | Esopus Creek Advisors LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Premier International 09-12019 Holdings Inc., et al and Six Flags, Inc. | Hearing | 3115170 | Jeffery Speed | Six Flags | Debtor, Premier International Holdings Inc., et al / LIVE |
| Premier International 09-12019 Holdings Inc., et al and Six Flags, Inc. | Hearing | 3111081 | Ken Ziman | Simpson Thacher & Bartlett | Creditor, JP Morgan Chase Bank / LIVE |