# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                              : Chapter 11
                                                   :
Premier International Holdings Inc., et al.,[1]    : Case No. 09-12019 (CSS)
                                                   :
                    Debtors.                       : (Jointly Administered)
                                                   :
------------------------------------------------------------x

To:  Ira S. Dizengoff                        Stephanie Wickouski
     Abid Qureshi                            Howard A. Cohen
     Shaya Rochester                         Drinker Biddle & Reath LLP
     Akin Gump Strauss Hauer & Feld LLP      1100 North Market Street, Suite 1000
     One Bryant Park                         Wilmington, Delaware 19801
     New York, New York 10036

     Attorneys for the Informal Committee

## NOTICE OF DEPOSITION OF MARK SHAPIRO

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil

Procedure and Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, that the

above captioned debtors and debtors in possession (collectively, the "Debtors"), will take the

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

deposition of Mark Shapiro regarding the Emergency Motion of the Informal Committee of SFO Noteholders for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 615]. The deposition will commence on October 15, 2009, at 12:00 p.m. (prevailing Eastern Time), or at such other date and time upon which the parties may agree, before a notary public or other officer authorized to administer oaths, at the offices of Paul, Hastings, Janofsky & Walker, LLP, 75 E. 55th Street, First Floor, New York, New York, 10022

The deposition will be recorded stenographically by a certified court reporter and may also be recorded on audio or video tape, which Debtors reserve the right to use at trial. The deposition will continue from business day to business day until completed. Any person with just cause to attend may participate and cross-examine through duly authorized and designated counsel.

Dated: October 13, 2009
Wilmington, Delaware

*/s/ Zachary Shapiro*
_____
Daniel J. DeFranceschi (DE 2732)
L. Katherine Good (DE 5101)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
good@rlf.com
shapiro@rlf.com

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: paulharner@paulhastings.com
stevencatlett@paulhastings.com
christianauty@paulhastings.com

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

# CERTIFICATE OF SERVICE

I, Zachary I. Shapiro, hereby certify that on October 13, 2009, I caused the foregoing **Notice of Deposition of Mark Shapiro** to be served by upon the attorneys listed below as follows:

## Via Email and FedEx

| | |
|---|---|
| Ira S. Dizengoff | Stephanie Wickouski |
| Abid Qureshi | Howard A. Cohen |
| Shaya Rochester | Drinker Biddle & Reath LLP |
| Akin Gump Strauss Hauer & Feld LLP | 1100 North Market Street, Suite 1000 |
| One Bryant Park | Wilmington, Delaware 19801 |
| New York, New York 10036 | |

_____
Zachary I. Shapiro (DE 5103)