IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
Premier International Holdings Inc., et al.,[1] : Case No. 09-12019 (CSS)
                                               :
          Debtors.                             : (Jointly Administered)
                                               x
---------------------------------------------------------------

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 16, 2009 AT 3:30 P.M.[2]**

*AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION OF THE COURT*

I. **CONTINUED MATTERS**

   1. Emergency Motion of the Informal Committee of SFO Noteholders for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 615; filed 9/14/09]

      Objection Deadline: October 1, 2009 at 4:00 p.m.; extended to October 13, 2009 at 5:00 p.m. By permission of the Court, the deadline to file responses to any objections has been extended to October 15, 2009 at 4:00 p.m.

      Objections/Responses Received:

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

[2] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. on October 15, 2009.

A. The SFI Noteholders' Limited Response (I) in Support of the Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon and (II) in Opposition to Emergency Motion of the Informal Committee of SFO Noteholders for a Termination of the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 786; filed 10/13/09]

Related Documents:

i. Emergency Motion of the Informal Committee of SFO Noteholders for an Order Authorizing and Directing that Certain Exhibits to its Motion for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization be Filed Under Seal [Docket No. 616; filed 9/14/09]

ii. Joinder of Resilient Capital Management, LLC in the Emergency Motion of the Informal Committee of SFO Noteholders for an Order (I) Terminating the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof and (II) Adjourning the Hearing to Approve the Debtors' Disclosure Statement for the Debtors' Joint Plan of Reorganization [Docket No. 741; filed 10/1/09]

Status: The hearing on this matter is continued to a date to be determined.

2. Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 655; filed 9/18/09]

Objection Deadline: October 1, 2009 at 4:00 p.m.; extended to October 13, 2009 at 5:00 p.m. By permission of the Court, the deadline to file responses to any objections has been extended to October 15, 2009 at 4:00 p.m.

Objections/Responses Received:

A. The SFI Noteholders' Limited Response (I) in Support of the Motion of the Debtors and Debtors in Possession for Entry of an Order Pursuant to Section 1121 of the Bankruptcy Code Extending Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon and (II) in Opposition to Emergency Motion of the Informal Committee of SFO Noteholders for a Termination of the Debtors' Exclusive Periods in Which to File a Plan of Reorganization and Solicit Acceptances Thereof [Docket No. 786; filed 10/13/09]

Status: The hearing on this matter is continued to a date to be determined.

| | |
|---|---|
| Dated: October 14, 2009<br>Wilmington, Delaware | /s/ Paul Shapiro<br>Daniel J. DeFranceschi (No. 2732)<br>L. Katherine Good (No. 5101)<br>Zachary I. Shapiro (No. 5103)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>  good@rlf.com<br>  shapiro@rlf.com<br><br>-and-<br><br>Paul E. Harner (IL 6276961)<br>Steven T. Catlett (IL 6269229)<br>Christian M. Auty (IL 6285671)<br>PAUL, HASTINGS, JANOFSKY<br>& WALKER LLP<br>191 North Wacker Drive, 30th Floor<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>Email: paulharner@paulhastings.com<br>  stevencatlett@paulhastings.com<br>  christianauty@paulhastings.com<br><br>Attorneys for Debtors and Debtors in Possession |