IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Premier International Holdings Inc., et al.,[1] | Case No. 09-12019-CSS |
| Debtors. | (Jointly Administrated) |

## AFFIDAVIT OF SERVICE

I, Staci McFadden, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On October 6, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via facsimile on the service list attached hereto as **Exhibit A** and via overnight mail on the service list attached hereto as **Exhibit B:**

- **Notice of Agenda of Matters Scheduled for Hearing on 10/8/2009 at 10:00 AM** [Docket No. 759]

Dated: October 9, 2009

/s/ Staci McFadden
Staci McFadden

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 9th day of October, 2009, by Staci McFadden, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

GABRIELA MEDINA
COMM #1853581
Notary Public-California
LOS ANGELES COUNTY
My Comm. Exp. JUNE 11, 2013

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

# EXHIBIT A

| Company | NAME | Fax |
|---|---|---|
| AKIN GUMP STRAUSS HAUER FELD LLP | IRA S. DIZENGOFF | 212-872-1002 |
| ARLINGTON ISD | C O ELIZABETH BANDA | 817-860-6509 |
| ATTORNEY GENERALS OFFICE | | 302-577-6630 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | DAVID L POLLACK ESQ | 215-864-9473 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | TOBEY M DALUZ ESQ | 302-252-4466 |
| BARACK FERRAZZANO KIRSCHBAUM | KIMBERLY J ROBINSON | 312-984-3150 |
| BLANK ROME LLP | JASON W STAIB ESQ | 302-425-6464 |
| BLANK ROME LLP | STANLEY B TARR ESQ | 302-425-6464 |
| BNY MELLON SHAREOWNER SERVICES | KIERAN MCGOVERN | 732 667-9463 |
| BROWN MCCARROL LLP | | 512-226-7324 |
| BROWN RUDNICK LLP | EDWARD S WEISFELNER, ANDREW DASH, | 212-209-4801 |
| CONNOLLY BOVE LODGE & HUTZ LLP | MARC J PHILLIPS ESQ | 302-658-0380 |
| DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | 302-577-5866 |
| DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS | 302-739-3812 |
| DELAWARE SECRETARY OF THE TREASURY | | 302-739-5635 |
| DEPARTMENT OF INSURANCE SUPERVISION AND COMPLIANCE | ADAM C. DETTMER | 202-326-4112 |
| DEPARTMENT OF LABOR | DIVISION OF UNEMPLOYMENT INS | 302-761-6636 |
| DINSMORE & SHOHL LLP | TIM J ROBINSON | 513-977-8141 |
| DONAHOE & YOUNG LLP | MARK T YOUNG ESQ AND SAMUEL R.W. PRICE ESQ | 661-554-7088 |
| ESOPUS CREEK VALUE | ATTN JOSEPH S CRISCIONE | 973-847-5963 |
| FRANKLIN & HANCE PSC | LARRY B FRANKLIN | 502-637-1413 |
| HAYNES AND BOONE LLP | | 214-651-5940 |
| HOCHMAN SALKIN RETTIG TOSCHER & PEREZ | AVRAM SALKIM ESQ | 310-859-1430 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTENTION: CORPORATE TRUST & LOAN AGENCY | 212-525-1300 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN ROBERT CONRAD | 212-525-1366 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION | 410-962-2025 |
| JAY HURST | ASSISTANT ATTORNEY GENERAL | 512-482-8341 |
| JOHN J GORMAN | | 512-330-9788 |
| LANDIS RATH & COBB LLP | KERRI MUNFORD ESQ | 302-467-4450 |
| LAW OFFICES OF DAVID W GINN | DAVID W GINN | 925-256-4423 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | 210-226-4308 |
| MASHNEY LAW OFFICES | STEPHEN B MASHNEY ESQ | 714-535-7263 |
| MONARCH ALTERNATIVE CAPITAL LP | MATTHEW GLOWASKY | 866-813-6783 |
| MONARCH ALTERNATIVE CAPITAL LP | PATRICK BARTELS | 866-552-2050 |
| MORGAN & POTTINGER PSC | JOHN A MAJORS | 502-560-6858 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | | 302-573-6497 |
| OFFICE OF THE US ATTORNEY GENERAL | COLM F CONNOLLY | 302-573-6220 |
| PALCHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS AND TIMOTHY P CAIRNS | 302-652-4400 |
| PEITZMAN WEG & KEMPINSKY LLP | JULIAN I GURULE & HOWARD J WEG | 310-552-3101 |
| POTTS DUPRE DIFEDE & HAWKINS CHTD | JENNIFER BUSH HAWKINS | 202-223-3868 |
| RICHARD SCHOTTENFELD | | 646-253-0722 |
| SECURITIES & EXCHANGE COMMISSION | | 202-942-9625 |
| SECURITIES & EXCHANGE COMMISSION | | 646-428-1980 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS | 212-748-8045 |
| SECURITIES AND EXCHANGE COMMISSION | MARK SCHONFELD REGIONAL DIRECTOR | 212-336-1323 |
| SESSIONS FISHMAN NATHAN & ISREAL LLP | J DAVID FORSYTH | 504-582-1555 |
| SIMPSON THACHER & BARTLETT LLP | KENNETH S. ZIMAN, ESQ | 212-455-2502 |
| STATE OF DELAWARE DIVISION OF REVENUE | RANDY R WELLER MS NO 25 | 302-577-8202 |

In re Premier International Holdings Inc., et al.
Case No. 09-12019 (CSS)

1 of 2

10/7/2009 12:44 PM

| Company | NAME | Fax |
|---|---|---|
| STECKBAUER WEINART JAFFE LLP | BARRY S GLASER ESQ | 213-229-2870 |
| SULMEYERKUPERTZ | DAVID S KUPERTZ ESQ | 213-629-4520 |
| THE BANK OF NEW YORK MELLON | ATTN GARY BUSH | 732-667-8734 |
| THE BANK OF NEW YORK MELLON | SHERMA THOMAS | 212-815-5704 |
| THE COCA COLA COMPANY | ATTN JOSEPH JOHNSON ESQ | 404-598-4150 |
| THE LAW PRACTICE OF KELLIE WALTERS | KELLIE WALTERS | 773-304-1411 |
| THOMPSON COBURN LLP | DENNIS D QUAID | 312-580-2201 |
| US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE | ERIC HOLDER | 202-307-6777 |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | 302-573-6220 |
| WHIRLEY INDUSTRIES | ATTN SUSAN BORLAND | 814-406-7152 |

In re Premier International Holdings Inc., et al.
Case No. 09-12019 (CSS)

2 of 2

10/7/2009 12:44 PM

# EXHIBIT B

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALFA ALFA HOLDINGS SA | | MAROUSSI APOSTOLOU PAVLOV 4 | | MAROUSSI | | 151 23 | GREECE |
| ANSELL ZARO GRIM & AARON | JAMES G AARON ESQ | 1500 LAWRENCE AVE CN 7807 | | OCEAN | NJ | 07712 | |
| BAYARD PA | NEIL B GLASSMAN | 222 DELAWARE AVE STE 900 | | WILMINGTON | DE | 19801 | |
| BENNETT SILVERMAN | | 9350 HAZEN DR | | BEVERLY HILLS | CA | 90210 | |
| BIFFERATO LLC | IAN CONNOR BIFFERATO | 800 N KING ST PLAZA LEVEL | | WILMINGTON | DE | 19801 | |
| BUTZEL LONG, A PROFESSIONAL CORP | ERIC B FISHER AND ORLEE GOLDFELD | 380 MADISON AVE | | NEW YORK | NY | 10017 | |
| CITY OF NO BUREAU OF THE TREASURY | | 1300 PERDIDO ST ROOM 1W38 | | NEW ORLEANS | LA | 70112 | |
| CITY PLANNING COMMISSION OF NO | | 1340 POYDRAS STREET SUITE 900 | | NEW ORLEANS | LA | 70112 | |
| DOUGLAS DRAPER ESQ | | 650 POYDRAS STREET SUITE 2500 | | NEW ORLEANS | LA | 70130 | |
| ENTERGY NEW ORLEANS INC | ROD WEST PRESIDENT DIRECTOR | 1600 PERDIDO ST | | NEW ORLEANS | LA | 70112 | |
| ENTERGY NEW ORLEANS INC | FRANK F GALLAGHER PRESIDENT | 639 LOYOLA AVE | | NEW ORLEANS | LA | 70112 | |
| FITRACO NV | | 2000 ANTWERPEN 1 | | ANTWERP | | | BELGIUM |
| FITRACO NV | | JORDAENSKAAI 25 | | ANTWERP | | 2000 | BELGIUM |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | BRAD ERIC SCHELER ESQ. | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004 | |
| IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP | 3920 ARKWRIGHT RD STE 400 | | MACON | GA | 31210 | |
| INDUSTRIAL DEVELOPMENT BOARD | ATTENTION SECRETARY TREASURER | 1340 POYDRAS STREET SUITE 1106 | | NEW ORLEANS | LA | 70112 | |
| INDUSTRIAL DEVELOPMENT BOARD | ATTENTION SECRETARY TREASURER | 1515 POYDRAS ST 12TH FLOOR | | NEW ORLEANS | LA | 70112 | |
| JAZZLAND INC | ATTENTION GENERAL MANAGER | 12301 LAKE FOREST BOULEVARD | | NEW ORLEANS | LA | 70129 | |
| JAZZLAND INC | | 2 PENNSYLVANIA PLACE 25TH FLOOR | | NEW YORK | NY | 10121 | |
| JP MORGAN CHASE | LEGAL DEPARTMENT | 270 PARK AVENUE | | NEW YORK | NY | 10017-2070 | |
| LA COUNTY TREASURER AND TAX COLLECTOR | | PO BOX 54110 | | LOS ANGELES | CA | 90054-0110 | |
| M RICHARDSON ENTERPRISES LLC | | 162 OAK HOLLOW DRIVE | | HAMMOND | LA | 70401 | |
| MARSHALL E KRESMAN ESQ | | THE CONSTITUTION BLDG | 1950 ST RD STE 103 | BENSALEM | PA | 19020 | |
| MAYOR C RAY NAGIN | NEW ORLEANS CITY HALL | 1300 PERDIDO ST ROOM 2E04 | | NEW ORLEANS | LA | 70112 | |
| MESSANA ROSNER & STERN LLP | FREDERICK B ROSNER | 1000 N WEST STREET STE 1200 | | WILMINGTON | DE | 19801 | |
| MEYERS RODBELL & ROSENBAUM PA | M EVAN MEYERS | 6801 KENILWORTH AVE STE 400 | | RIVERDALE | MD | 20737-1385 | |
| MGS PROPANE | NATHAN LINDENBAUM, PRESIDENT | 411 HACKENSACK AVENUE, 5TH FL | | HACKENSACK | NJ | 07601 | |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | GREGORY WERKHEISER LLP | 1201 N MARKET ST | PO BOX 1347 | WILMINGTON | DE | 19899-1347 | |
| MR DENIS MILLINER | BANK ONE TRUST COMPANY NA | 201 ST CHARLES AVENUE | 27TH FLOOR | NEW ORLEANS | LA | 70170 | |
| NEW ORLEANS CITY COUNCIL | PRESIDENT ARNIE FIELKOW | 1300 PERDIDO STREET 2W40 | NEW ORLEANS CITY HALL | NEW ORLEANS | LA | 70112 | |
| NEW ORLEANS CITY HALL | CITY ATTORNEY | 1300 PERDIDO ST ROOM 5E03 | | NEW ORLEANS | LA | 70112 | |
| NEW ORLEANS PURCHASE INC | C O MARTIN E LANDRIEU | 201 ST CHARLES AVENUE SUITE 4000 | | NEW ORLEANS | LA | 70170 | |
| NIXON PEABODY LLP | JOSEPH M GITTO | 437 MADISON AVE | | NEW YORK | NY | 10022 | |
| NIXON PEABODY LLP | DANIEL W SKLAR | 900 ELM ST | | MANCHESTER | NH | 03101 | |
| OFFICE OF RECOVERY MANAGEMENT | DR EDWARD BLAKELY | 1340 POYDRAS SUITE 1000 | | NEW ORLEANS | LA | 70112 | |
| OKLAHOMA COUNTY TREASURER | ASSISTANT DISTRICT ATTORNEY GRETCHEN CRAWFORD | 320 ROBERT S KERR RM 307 | | OKLAHOMA CITY | OK | 73102 | |
| ORLEANS PARISH ASSESSOR | BOARD OFFICE CITY HALL | 1300 PERDIDO ST SUITE 4E01 | | NEW ORLEANS | LA | 70122 | |
| PAPA JOHNS USA INC | ATTN KENNETH M COX ESQ | 2002 PAPA JOHNS BLVD | | LOUISVILLE | KY | 40299 | |
| PENYA M MOSES FIELDS JD LLM | CITY OF NEW ORLEANS CITY ATTORNEY | 1300 PERDIDO ST STE 5EO3 | | NEW ORLEANS | LA | 70112 | |
| PHILLIP K JONES ESQ | LISKOW & LEWIS | 701 POYDRAS ST SUITE 5000 | | NEW ORLEANS | LA | 70139 | |
| SALTZ MONGELUZZI BARRETT BENDESKY | ROBERT N BRAKER ESQ | ONE LIBERTY PL 52ND FL | 1601 MARKET ST | PHILADELPHIA | PA | 19103 | |
| SCOTT CONSTRUCTION EQUIPMENT COMPANY LLC | | PO BOX 4948 | | MONROE | LA | 71211 | |
| SCOTT EQUIPMENT COMPANY LLC | | 1002 MARTIN LUTHER KING JR DRIVE | 1002 HWY BY PASS 165 | MONROE | LA | 71203 | |
| SOUTHTRUST BANK MIDDLE MARKET BANKING | RANDALL W JORDAN GROUP VICE PRESIDENT | P O BOX 2554 MAIL CODE A 001 PW 1103 | | BIRMINGHAM | AL | 35290 | |
| STATE OF MARYLAND | OFFICE OF UNEMPLOYMENT INSURANCE | 1100 N EUTAW ST RM 401 | | BALTIMORE | MD | 21201 | |
| THE EABY FIRM LLC | Bradley S Eaby Esq | 99 Wolf Creek Blvd Suite 3 | | Dover | DE | 19901 | |
| THOMAS K WININGDER | | 1314 WEBSTER STREET | | NEW ORLEANS | LA | 70118 | |
| THOMAS K WININGDER REAL ESTATE | THOMAS K WININGDER PRESIDENT | 400 N PETERS NO 203 | | NEW ORLEANS | LA | 70130 | |
| THOMPSON HINE LLP | ALAN R LEPENE ESQ AND ROBERT FOLLAND ESQ | 3900 KEY CENTER 127 PUBLIC SQ | | CLEVELAND | OH | 44114 | |
| THOMPSON HINE LLP | LAUREN M CEVOY ESQ | 335 MADISON AVE 12TH FL | | NEW YORK | NY | 10017 | |
| TRAVELERS NATIONAL ACCOUNTS | STACY BARAL | 1 TOWER SQ 5MN | | HARTFORD | CT | 06183-4044 | |
| US DEPT OF HUD | FRANK J MURPHY ASSISTANT CFO | 451 7TH STREET SW ROOM 2206 | FINANCIAL MANAGEMENT DIVISION | WASHINGTON | DC | 20410 | |
| US DEPT OF HUD | ATTENTION PAUL WEBSTER DIRECTOR | 451 7TH STREET SW ROOM 7180 | FINANCIAL MANAGEMENT DIVISION | WASHINGTON | DC | 20410 | |
| WACHOVIA CORPORATION | LEGAL DIVISION | ONE WACHOVIA CENTER 30TH FLOOR | 301 SOUTH COLLEGE STREET | CHARLOTTE | NC | 28288 | |
| WAYNE J JAMES | WAYNE JAMES AND ASSOCIATES | 2903 LEPAGE ST STE 3 | | NEW ORLEANS | LA | 70112 | |
| WELLS FARGO | LEGAL DEPARTMENT | 420 MONTGOMERY STREET | | SAN FRANCISCO | CA | 94104 | |

In re Premier International Holdings Inc., et al.
Case No. 09-12019 (CSS)

1 of 1

10/7/2009 5:07 PM