# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Premier International Holdings Inc., et al.
1540 Broadway, 15th Floor
New York, NY 10036
 EIN: 13–3996510

**Chapter:** 11

Six Flags, Inc.
c/o J. David Forsyth, Esq.
201 St. Charles Ave., Suite 3500
New Orleans, LA 70170

*Case No*.: 09–12019–CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 10/8/09 was filed on 10/16/09 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 11/6/09 .

If a request for redaction is filed, the redacted transcript is due 11/16/09 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 1/14/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

Clerk of Court

Date: 10/16/09

(ntc)