# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Leslie | Date Created: 10/16/2009 |
| Case: 09−12019−CSS | Form ID: ntcBK | Total: 13 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| aty | L. Katherine Good | good@rlf.com, rbgroup@rlf.com |
| aty | L. Katherine Good | good@rlf.com, rbgroup@rlf.com |
| aty | L. Katherine Good | good@rlf.com, rbgroup@rlf.com |

                                                                                              TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Premier International Holdings Inc., et al. | | 1540 Broadway, 15th Floor | New York, NY 10036 | |
| db | Six Flags, Inc. | c/o J. David Forsyth, Esq. | 201 St. Charles Ave., Suite 3500 | New Orleans, LA 70170 | |
| db | SFJ Management, Inc. | c/o J. David Forsyth, Esq. | 201 St. Charles Ave., Suite 3500 | New Orleans, LA 70170 | |
| aty | Daniel J. DeFranceschi | Richards, Layton &Finger | One Rodney Square, P.O. Box 551 | Wilmington, DE 19899 | |
| aty | J. David Forsyth | Sessions, Fishman, Nathan &Israel | 201 St. Charles Ave. | Suite 3500 | New Orleans, LA 70170 |
| aty | L. Katherine Good | Richards, Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |
| aty | L. Katherine Good | Richards, Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |
| aty | L. Katherine Good | Richards, Layton &Finger, P.A. | 920 North King Street | Wilmington, DE 19801 | |
| aty | Zachary I Shapiro | Richards, Layton &Finger, P.A. | 920 North King Street, P.O. Box 551 | Wilmington, DE 19801 | |

                                                                                              TOTAL: 9