IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re : Chapter 11

Premier International Holdings Inc., et al.,[1] : Case No. 09-12019-CSS

Debtors. : (Jointly Administered)

---

### AFFIDAVIT OF SERVICE

I, Staci McFadden, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On October 14, 2009, at my direction and under my supervision, employees of KCC caused to be served the following document via facsimile on the service list attached hereto as **Exhibit A** and via overnight mail on the service list attached hereto as **Exhibit B:**

- **Notice of Agenda of Matters Scheduled for Hearing on October 16, 2009 at 3:30 p.m.** [Docket No. 790]

Dated: October 15, 2009

Staci McFadden

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of October, 2009, by Staci McFadden, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
COMM. # 1866499
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES SEPT. 27, 2013

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

# EXHIBIT A

| Company | NAME | Fax |
|---|---|---|
| AKIN GUMP STRAUSS HAUER FELD LLP | IRA S. DIZENGOFF | 212-872-1002 |
| ARLINGTON ISD | C O ELIZABETH BANDA | 817-860-6509 |
| ATTORNEY GENERALS OFFICE | | 302-577-6630 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | DAVID L POLLACK ESQ | 215-864-9473 |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | TOBEY M DALUZ ESQ | 302-252-4466 |
| BARACK FERRAZZANO KIRSCHBAUM | KIMBERLY J ROBINSON | 312-984-3150 |
| BLANK ROME LLP | JASON W STAIB ESQ | 302-425-6464 |
| BLANK ROME LLP | STANLEY B TARR ESQ | 302-425-6464 |
| BNY MELLON SHAREOWNER SERVICES | KIERAN MCGOVERN | 732 667-9463 |
| BROWN MCCARROL LLP | | 512-226-7324 |
| BROWN RUDNICK LLP | EDWARD S WEISFELNER, ANDREW DASH, | 212-209-4801 |
| CONNOLLY BOVE LODGE & HUTZ LLP | MARC J PHILLIPS ESQ | 302-658-0380 |
| DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT | 302-577-5866 |
| DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS | 302-739-3812 |
| DELAWARE SECRETARY OF THE TREASURY | | 302-739-5635 |
| DEPARTMENT OF INSURANCE SUPERVISION AND COMPLIANCE | ADAM C. DETTMER | 202-326-4112 |
| DEPARTMENT OF LABOR | DIVISION OF UNEMPLOYMENT INS | 302-761-6636 |
| DINSMORE & SHOHL LLP | TIM J ROBINSON | 513-977-8141 |
| DONAHOE & YOUNG LLP | MARK T YOUNG ESQ AND SAMUEL R.W. PRICE ESQ | 661-554-7088 |
| ESOPUS CREEK VALUE | ATTN JOSEPH S CRISCIONE | 973-847-5963 |
| FRANKLIN & HANCE PSC | LARRY B FRANKLIN | 502-637-1413 |
| HAYNES AND BOONE LLP | | 214-651-5940 |
| HOCHMAN SALKIN RETTIG TOSCHER & PEREZ | AVRAM SALKIM ESQ | 310-859-1430 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTENTION: CORPORATE TRUST & LOAN AGENCY | 212-525-1300 |
| HSBC BANK USA, NATIONAL ASSOCIATION | ATTN ROBERT CONRAD | 212-525-1366 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION | 410-962-2025 |
| JAY HURST | ASSISTANT ATTORNEY GENERAL | 512-482-8341 |
| JOHN J GORMAN | | 512-330-9788 |
| LANDIS RATH & COBB LLP | KERRI MUNFORD ESQ | 302-467-4450 |
| LAW OFFICES OF DAVID W GINN | DAVID W GINN | 925-256-4423 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | 210-226-4308 |
| MASHNEY LAW OFFICES | STEPHEN B MASHNEY ESQ | 714-535-7263 |
| MONARCH ALTERNATIVE CAPITAL LP | MATTHEW GLOWASKY | 866-813-6783 |
| MONARCH ALTERNATIVE CAPITAL LP | PATRICK BARTELS | 866-552-2050 |
| MORGAN & POTTINGER PSC | JOHN A MAJORS | 502-560-6858 |
| OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | | 302-573-6497 |
| OFFICE OF THE US ATTORNEY GENERAL | COLM F CONNOLLY | 302-573-6220 |
| PALCHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS AND TIMOTHY P CAIRNS | 302-652-4400 |
| PEITZMAN WEG & KEMPINSKY LLP | JULIAN I GURULE & HOWARD J WEG | 310-552-3101 |
| POTTS DUPRE DIFEDE & HAWKINS CHTD | JENNIFER BUSH HAWKINS | 202-223-3868 |
| RICHARD SCHOTTENFELD | | 646-253-0722 |
| SECURITIES & EXCHANGE COMMISSION | | 202-942-9625 |
| SECURITIES & EXCHANGE COMMISSION | | 646-428-1980 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS | 212-748-8045 |
| SECURITIES AND EXCHANGE COMMISSION | MARK SCHONFELD REGIONAL DIRECTOR | 212-336-1323 |
| SESSIONS FISHMAN NATHAN & ISREAL LLP | J DAVID FORSYTH | 504-582-1555 |
| SIMPSON THACHER & BARTLETT LLP | KENNETH S. ZIMAN, ESQ | 212-455-2502 |
| STATE OF DELAWARE DIVISION OF REVENUE | RANDY R WELLER MS NO 25 | 302-577-8202 |

**EXHIBIT A**
**Facsimile Parties**

| Company | NAME | Fax |
|---|---|---|
| STECKBAUER WEINART JAFFE LLP | BARRY S GLASER ESQ | 213-229-2870 |
| SULMEYERKUPERTZ | DAVID S KUPERTZ ESQ | 213-629-4520 |
| THE BANK OF NEW YORK MELLON | ATTN GARY BUSH | 732-667-8734 |
| THE BANK OF NEW YORK MELLON | SHERMA THOMAS | 212-815-5704 |
| THE COCA COLA COMPANY | ATTN JOSEPH JOHNSON ESQ | 404-598-4150 |
| THE LAW PRACTICE OF KELLIE WALTERS | KELLIE WALTERS | 773-304-1411 |
| THOMPSON COBURN LLP | DENNIS D QUAID | 312-580-2201 |
| US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE | ERIC HOLDER | 202-307-6777 |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | 302-573-6220 |
| WHIRLEY INDUSTRIES | ATTN SUSAN BORLAND | 814-406-7152 |

In re Premier International Holdings Inc., et al.
Case No. 09-12019 (CSS)

2 of 2

10/15/2009 5:14 PM

# EXHIBIT B

EXHBIT B
Overnight Mail Parties

| Party Description | Company | Contact | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| COUNSEL FOR MILLSTONE TOWNSHIP | ANSELL ZARO GRIM & AARON | JAMES G AARON ESQ | 1500 LAWRENCE AVE CN 7807 | | OCEAN | NJ | 07712 |
| COUNSEL FOR STARK INVESTMENTS | BAYARD PA | NEIL B GLASSMAN | 222 DELAWARE AVE STE 900 | | WILMINGTON | DE | 19801 |
| COUNSEL FOR SIX FLAGS OVER GEORGIA LLC | BENNETT SILVERMAN | | 9350 HAZEN DR | | BEVERLY HILLS | CA | 90210 |
| COUNSEL FOR RESILIENT CAPITAL MANAGEMENT LLC | BUTZEL LONG, A PROFESSIONAL CORP | ERIC B FISHER AND ORLEE GOLDFELD | 380 MADISON AVE | | NEW YORK | NY | 10017 |
| | FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | BRAD ERIC SCHELER ESQ. | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004 |
| | IKON OFFICE SOLUTIONS | RECOVERY & BANKRUPTCY GROUP | 3920 ARKWRIGHT RD STE 400 | | MACON | GA | 31210 |
| CLAIMS AND NOTICING AGENT | KURTZMAN CARSON CONSULTANTS | TRAVIS VANDELL | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 |
| | LA COUNTY TREASURER AND TAX COLLECTOR | | PO BOX 54110 | | LOS ANGELES | CA | 90054-0110 |
| | MARSHALL E KRESMAN ESQ | | THE CONSTITUTION BLDG | 1950 ST RD STE 103 | BENSALEM | PA | 19020 |
| COUNSEL FOR RESILIENT CAPITAL MANAGEMENT LLC | MESSANA ROSNER & STERN LLP | FREDERICK B ROSNER | 1000 N WEST STREET STE 1200 | | WILMINGTON | DE | 19801 |
| PRINCE GEORGES COUNTY MARYLAND | MEYERS RODBELL & ROSENBAUM PA | M EVAN MEYERS | 6801 KENILWORTH AVE STE 400 | | RIVERDALE | MD | 20737-1385 |
| | MGS PROPANE | NATHAN LINDENBAUM, PRESIDENT | 411 HACKENSACK AVENUE, 5TH FLOOR | | HACKENSACK | NJ | 07601 |
| COUNSEL FOR EASTMAN KODAK COMPANY | NIXON PEABODY LLP | JOSEPH M GITTO | 437 MADISON AVE | | NEW YORK | NY | 10022 |
| COUNSEL FOR EASTMAN KODAK COMPANY | NIXON PEABODY LLP | DANIEL W SKLAR | 900 ELM ST | | MANCHESTER | NH | 03101 |
| | OKLAHOMA COUNTY TREASURER | ASSISTANT DISTRICT ATTORNEY GRETCHEN CRAWFORD | 320 ROBERT S KERR RM 307 | | OKLAHOMA CITY | OK | 73102 |
| | PAPA JOHNS USA INC | ATTN KENNETH M COX ESQ | 2002 PAPA JOHNS BLVD | | LOUISVILLE | KY | 40299 |
| | STATE OF MARYLAND, DEPT OF LABOR, LICENSING AND REGULATION | OFFICE OF UNEMPLOYMENT INSURANCE /LITIGATION AND PROSECUTION UNIT | 1100 N EUTAW ST RM 401 | | BALTIMORE | MD | 21201 |
| COUNSEL FOR HSBC BANK | THOMPSON HINE LLP | ALAN R LEPENE ESQ AND ROBERT FOLLAND ESQ | 3900 KEY CENTER 127 PUBLIC SQ | | CLEVELAND | OH | 44114 |
| COUNSEL FOR HSBC BANK | THOMPSON HINE LLP | LAUREN M CEVOY ESQ | 335 MADISON AVE 12TH FL | | NEW YORK | NY | 10017 |
| | TRAVELERS NATIONAL ACCOUNTS | STACY BARAL | 1 TOWER SQ 5MN | | HARTFORD | CT | 06183-4044 |
| COUNSEL FOR STARK INVESTMENTS | WHITE & CASE LLP | THOMAS E LAURIA ESQ AND JOHN K CUNNINGHAM ESQ | WACHOVIA FINANCIAL CENTER STE 4900 | 200 S BISCAYNE BLVD | MIAMI | FL | 33131-2352 |

In re Premier International Holdings Inc., et al.
Case No. 09-12019 (CSS)

1 of 1

10/15/2009 5:20 PM