IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
                                               : Case No. 09-12019 (CSS)
Premier International Holdings Inc., *et al.*,[1] :
                                               : (Jointly Administered)
          Debtors.                             :
                                               : **Obj. Deadline: 11/25/09 at 4:00 p.m. (EST)**
                                               : **Hearing Date: 12/04/09 at 10:30 a.m. (EST)**
---------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on November 18, 2009, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the **Debtors' Motion (I) Amending Proposed Solicitation Procedures Order and (II) Seeking Approval of Revised Timeline in Connection Therewith** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court and served upon and received by the undersigned counsel on or before **4:00 p.m. on November 25, 2009 (Eastern Standard Time).**

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc (2900), Funtime, Inc (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc (2284), Great Escape Rides L P (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

RLF1-3450624-1

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held on **December 4, 2009 at 10:30 a.m. (Eastern Standard Time)** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

Dated: November 18, 2009
Wilmington, Delaware

/s/ Zachary Shapiro
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: defranceschi@rlf.com
 good@rlf.com
 shapiro@rlf.com

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
E-mail: paulharner@paulhastings.com
 stevencatlett@paulhastings.com
 christianauty@paulhastings.com

*Attorneys for Debtors and Debtors in Possession*