# UNITED STATES BANKRUPTCY COURT
## District of Delaware

In Re:
Premier International Holdings Inc., et al.
1540 Broadway, 15th Floor
New York, NY 10036
  **EIN:** 13−3996510

**Chapter:** 11

Six Flags, Inc.
c/o J. David Forsyth, Esq.
201 St. Charles Ave., Suite 3500
New Orleans, LA 70170

*Case No*.: 09−12019−CSS

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

    A transcript of the proceeding held on 11/13/09 was filed on 11/19/09 . The following deadlines apply:

    The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/10/09 .

    If a request for redaction is filed, the redacted transcript is due 12/21/09 .

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/17/10 unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*

Clerk of Court

Date: 11/19/09

(ntc)