## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Premier International Holdings Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12019 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 1079, 1081, and 1086**<br>**Hearing Date: December 4, 2009 at 10:30 a.m.**<br>**Objection Deadline: December 3, 2009 at 4:00 p.m.** |

### NOTICE OF HEARING ON SFI NOTEHOLDERS' (I) EMERGENCY MOTION FOR AN ORDER TERMINATING THE DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND SOLICIT VOTES THEREON; AND (II) OBJECTION TO THE DEBTORS' MOTION TO EXTEND THEIR EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND <u>SOLICIT VOTES THEREON</u>

PLEASE TAKE NOTICE that on November 30, 2009, the Ad Hoc Committee of Six Flags Noteholders (the "SFI Noteholders") filed the Emergency Motion for an Order Terminating the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon; and (II) Objection to the Debtors' Motion to Extend Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 1079] (the "Motion to Terminate Exclusivity") with the United States Bankruptcy

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016).

Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, contemporaneous with the filing of the Motion to Terminate Exclusivity, the SFI Noteholders also filed the Motion of SFI Noteholders for Emergency Hearing and to Shorten Notice with Respect to Their (I) Emergency Motion for an Order Terminating the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon; and (II) Objection to the Debtors' Motion to Extend Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 1081].

PLEASE TAKE FURTHER NOTICE that on December 1, 2009, the Court entered the Order Granting the Motion of SFI Noteholders for Emergency Hearing and to Shorten Notice with Respect to Their (1) Emergency Motion for an Order Terminating the Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon; and (II) Objection to the Debtors' Motion to Extend Their Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Docket No. 1086] (the "Order").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, a hearing on the Motion to Terminate Exclusivity will be held before the Honorable Christopher S. Sontchi on **December 4, 2009 at 10:30 a.m. (Eastern Time).**

PLEASE TAKE FURTHER NOTICE that objections, if any, must be made in writing and served upon the undersigned counsel by **December 3, 2009 at 4:00 p.m. (Eastern Time)**.

| | |
|---|---|
| Dated: December 1, 2009<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Justin R. Alberto*<br>Neil B. Glassman (No. 2087)<br>GianClaudio Finizio (No. 4253)<br>Justin R. Alberto (No. 5126)<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>-and-<br><br>Thomas E Lauria<br>J. Christopher Shore<br>John K. Cunningham<br>WHITE & CASE LLP<br>Wachovia Financial Center<br>200 South Biscayne Boulevard,<br>49th Floor<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile: (305) 358-5744<br><br>*Attorneys for the SFI Noteholders* |