# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Premier International Holdings Inc., et al.,[1] | ) Case No. 09-12019 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

I, *Sherri L. Camp*, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., co-counsel for the SFI Noteholders and the Ad Hoc Committee of Six Flags Noteholders in the above-captioned chapter 11 cases and that on the 11th day of December, 2009, she caused a copy of the following documents to be served upon parties listed on Exhibit A via facsimile, upon the parties listed on Exhibit B via electronic mail, and upon the parties listed on Exhibit C via first class mail:

**1.    Verified Second Supplemental Statement of Bayard, P.A. Pursuant to Bankruptcy Rule 2019 [Dkt. No. 1162];**

**2.    Verified Second Supplemental Statement of White & Case LLP Pursuant to Bankruptcy Rule 2019 [Dkt. No. 1163];**

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016).

{BAY:01443624v1}

3. The SFI Noteholders' (I) Emergency Motion, Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, to Reopen the Record in Connection with Approval of the Debtors' Disclosure Statement and (II) Supplemental Objection to the Debtors' Proposed Scheduling in Connection with Confirmation of the Debtors' Proposed Plan and Related Proceedings [Dkt. No.1169]; and

4. Motion of SFI Noteholders for Emergency Hearing and to Shorten the Notice Period with Respect to Their (I) Emergency Motion, Pursuant to Rule 9023 of the Federal Rules of Bankruptcy Procedure, to Reopen the Record in Connection with Approval of the Debtors' Disclosure Statement and (II) Supplemental Objection to the Debtors' Proposed Scheduling in Connection with Confirmation of the Debtors' Proposed Plan and Related Proceedings [Dkt. No. 1170].

Sherri L. Camp

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: December 11, 2009

Notary Public
JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2010

# EXHIBIT A

| Fax | Company | Contact |
|---|---|---|
| 202-223-3868 | POTTS DUPRE DIFEDE & HAWKINS CHTD | JENNIFER BUSH HAWKINS |
| 202-307-6777 | US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE | ERIC HOLDER |
| 202-326-4112 | DEPARTMENT OF INSURANCE SUPERVISION AND COMPLIANCE | CRAIG T. FESSENDEN |
| 202-942-9625 | SECURITIES & EXCHANGE COMMISSION | |
| 210-226-4308 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET |
| 617-856-8201 | BROWN RUDNICK LLP | STEVEN D. LEVINE |
| 212-209-4801 | BROWN RUDNICK LLP | EDWARD S WEISFELNER |
| 212-336-1323 | SECURITIES AND EXCHANGE COMMISSION | MARK SCHONFELD REGIONAL DIRECTOR |
| 212-455-2502 | SIMPSON THACHER & BARTLETT LLP | KENNETH S. ZIMAN, ESQ |
| 212-525-1300 | HSBC BANK USA, NATIONAL ASSOCIATION | ATTENTION: CORPORATE TRUST & LOAN AGENCY |
| 212-525-1366 | HSBC BANK USA, NATIONAL ASSOCIATION | ATTN ROBERT CONRAD |
| 212-748-8045 | SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS |
| 212-815-5704 | THE BANK OF NEW YORK MELLON | SHERMA THOMAS |
| 212-872-1002 | AKIN GUMP STRAUSS HAUER FELD LLP | IRA S. DIZENGOFF |
| 213-229-2870 | STECKBAUER WEINART JAFFE LLP | BARRY S GLASER ESQ |
| 213-629-4520 | SULMEYERKUPERTZ | DAVID S KUPERTZ ESQ |
| 214-651-5940 | HAYNES AND BOONE LLP | |
| 215-516-2015 | INTERNAL REVENUE SERVICE | |
| 215-864-9473 | BALLARD SPAHR ANDREWS & INGERSOLL LLP | DAVID L POLLACK ESQ |
| 302-252-4466 | BALLARD SPAHR ANDREWS & INGERSOLL LLP | TOBEY M DALUZ ESQ |
| 302-425-6464 | BLANK ROME LLP | JASON W STAIB ESQ & STANLEY B TARR ESQ |
| 302-467-4201 | DRINKER BIDDLE & REATH LLP | STEPHANIE WICKOUSKI AND HOWARD COHEN |
| 302-467-4450 | LANDIS RATH & COBB LLP | KERRI MUMFORD ESQ |
| 302-573-6220 | US ATTORNEYS OFFICE | ELLEN W SLIGHTS |
| 302-573-6497 | OFFICE OF THE UNITED STATES TRUSTEE DELAWARE | RICHARD SCHEPACARTER |
| 302-577-5866 | DELAWARE DEPT OF JUSTICE | ATTN BANKRUPTCY DEPT |
| 302-577-6630 | ATTORNEY GENERALS OFFICE | |
| 302-577-8202 | STATE OF DELAWARE DIVISION OF REVENUE | RANDY R WELLER MS NO 25 |
| 302-651-7701 | RICHARDS LAYTON & FINGER PA | DANIEL J DEFRANCESCHI ESQ & L. KATHERINE GOOD ESQ |
| 302-652-4400 | PALCHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS AND TIMOTHY P CAIRNS |
| 302-658-0380 | CONNOLLY BOVE LODGE & HUTZ LLP | MARC J PHILLIPS ESQ |
| 302-739-3812 | DELAWARE SECRETARY OF THE STATE | DIVISION OF CORPORATIONS |
| 302-739-5635 | DELAWARE SECRETARY OF THE TREASURY | |
| 302-761-6636 | DEPARTMENT OF LABOR | DIVISION OF UNEMPLOYMENT INS |
| 310-552-3101 | PEITZMAN WEG & KEMPINSKY LLP | JULIAN I GURULE & HOWARD J WEG |
| 310-859-1430 | HOCHMAN SALKIN RETTIG TOSCHER & PEREZ | AVRAM SALKIM ESQ |
| 312-499-6160 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | PAUL HARNER ESQ |
| 312-499-6115 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | STEVEN CATLETT, ESQ. |
| 312-499-6153 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | MARY THERESE WEBER, ESQ |
| 312-499-6187 | PAUL, HASTINGS, JANOFSKY & WALKER LLP | CHRISTIAN AUTY, ESQ |
| 312-782-1315 | THOMPSON COBURN LLP | DENNIS D QUAID |
| 312-984-3150 | BARACK FERRAZZANO KIRSCHBAUM | KIMBERLY J ROBINSON |
| 404-598-4150 | THE COCA COLA COMPANY | ATTN JOSEPH JOHNSON ESQ |
| 469-221-5002 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER |
| 502-560-6858 | MORGAN & POTTINGER PSC | JOHN A MAJORS |
| 504-582-1555 | SESSIONS FISHMAN NATHAN & ISREAL LLP | J DAVID FORSYTH |
| 512-226-7324 | BROWN MCCARROL LLP | 111 CONGRESS AVE STE 1400 |
| 512-330-9788 | JOHN J GORMAN | |
| 512-482-8341 | JAY HURST | ASSISTANT ATTORNEY GENERAL |
| 513-977-8141 | DINSMORE & SHOHL LLP | TIM J ROBINSON |
| 617-422-0383 | | FRANK F MCGINN |
| 646-253-0722 | RICHARD SCHOTTENFELD | |
| 646-428-1980 | SECURITIES & EXCHANGE COMMISSION | |
| 661-554-7088 | DONAHOE & YOUNG LLP | MARK T YOUNG ESQ AND SAMUEL R.W. PRICE ESQ |
| 714-535-7263 | MASHNEY LAW OFFICES | STEPHEN B MASHNEY ESQ |
| 732 667-9463 | BNY MELLON SHAREOWNER SERVICES | KIERAN MCGOVERN |
| 732-667-8734 | THE BANK OF NEW YORK MELLON | ATTN GARY BUSH |
| 773-304-1411 | THE LAW PRACTICE OF KELLIE WALTERS | KELLIE WALTERS |
| 814-406-7152 | WHIRLEY INDUSTRIES | ATTN SUSAN BORLAND |
| 817-860-6509 | ARLINGTON ISD | C O ELIZABETH BANDA |
| 856-691-3302 | GRUCCIO PEPPER DE SANTO & RUTH PA | WALTER F GAVIGAN |
| 866-552-2050 | MONARCH ALTERNATIVE CAPITAL LP | PATRICK BARTELS |
| 866-813-6783 | MONARCH ALTERNATIVE CAPITAL LP | MATTHEW GLOWASKY |
| 925-256-4423 | LAW OFFICES OF DAVID W GINN | DAVID W GINN |
| 713-844-3503 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN DILLMAN |
| 973-847-5963 | ESOPUS CREEK VALUE | ATTN JOSEPH S CRISCIONE |

# EXHIBIT B

Core 2002 email

| Company | Contact | Email |
|---|---|---|
| AKIN GUMP STRAUSS HAUER FELD LLP | IRA S. DIZENGOFF | idizengoff@akingump.com |
| ARLINGTON ISD | C O ELIZABETH BANDA | ebanda@pbfcm.com |
| ATTORNEY GENERALS OFFICE | | stuart.drowos@state.de.us |
| BALLARD SPAHR ANDREWS & INGERSOLL LLP | DAVID L POLLACK ESQ | pollack@ballardspahr.com |
| BARACK FERRAZZANO KIRSCHBAUM | KIMBERLY J ROBINSON | kim.robinson@bfkn.com |
| BAYARD PA | NEIL B GLASSMAN | gfinizio@bayardlaw.com |
| BENNETT SILVERMAN | | silvermans@sbcglobal.net |
| BNY MELLON SHAREOWNER SERVICES | KIERAN MCGOVERN | kieran.mcgovern@bnymellon.com |
| BROWN MCCARROL LLP | 111 CONGRESS AVE STE 1400 | kmercer@mailbmc.com |
| BROWN RUDNICK LLP | EDWARD S WEISFELNER | eweisfelner@brownrudnick.com |
| CONNOLLY BOVE LODGE & HUTZ LLP | MARC J PHILLIPS ESQ | mphillips@cblh.com |
| DEPARTMENT OF INSURANCE SUPERVISION AND COMPLIANCE | ADAM C. DETTMER | efile@pbgc.gov |
| DINSMORE & SHOHL LLP | TIM J ROBINSON | trobinson@dinslaw.com |
| DONAHOE & YOUNG LLP | MARK T YOUNG ESQ AND SAMUEL R.W. PRICE ESQ | myoung@donahoeyoung.com;sprice@donahoeyoung.com |
| DRINKER BIDDLE & REATH LLP | STEPHANIE WICKOUSKI AND HOWARD COHEN | stephanie.wickouski@dbr.com |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | BRAD ERIC SCHELER ESQ. | brad.eric.scheler@friedfrank.com |
| GRUCCIO PEPPER DE SANTO & RUTH PA | WALTER F GAVIGAN | wgavigan@grucciopepper.com |
| HAYNES AND BOONE LLP | 2323 VICTORY AVE, STE 700 | autumn.highsmith@haynesboone.com |
| HOCHMAN SALKIN RETTIG TOSCHER & PEREZ | AVRAM SALKIM ESQ | salkin@taxlitigator.com |
| KURTZMAN CARSON CONSULTANTS | TRAVIS VANDELL | tvandell@kccllc.com |
| LANDIS RATH & COBB LLP | KERRI MUNFORD ESQ | mumford@lrclaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| MONARCH ALTERNATIVE CAPITAL LP | MATTHEW GLOWASKY | matthew.glowasky@monarchlp.com |
| MONARCH ALTERNATIVE CAPITAL LP | PATRICK BARTELS | patrick.bartels@monarchlp.com |
| NIXON PEABODY LLP | DANIEL W SKLAR | dsklar@nixonpeabody.com |
| NIXON PEABODY LLP | JOSEPH M GITTO | lgitto@nixonpeabody.com |
| PALCHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS AND TIMOTHY P CAIRNS | jjones@pszjlaw.com; tcairns@pszjlaw.com |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | PAUL HARNER, ESQ. | paulharner@paulhastings.com |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | STEVE CATLETT | stevencatlett@paulhastings.com |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | CHRISTIAN AUTY, ESQ. | christianauty@paulhastings.com |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | MARY THERESE WEBER, ESQ. | maryweber@paulhastings.com |
| RICHARDS LAYTON & FINGER PA | DANIEL J DEFRANCESCHI ESQ | defranceschi@rlf.com |
| RICHARDS LAYTON & FINGER PA | L KATHERINE GOOD ESQ | good@rlf.com |
| SECURITIES AND EXCHANGE COMMISSION | MARK SCHONFELD REGIONAL DIRECTOR | newyork@sec.gov |
| SESSIONS FISHMAN NATHAN & ISREAL LLP | J DAVID FORSYTH | jdf@sessions-law.com |
| STATE OF DELAWARE DIVISION OF REVENUE | RANDY R WELLER MS NO 25 | randy.weller@state.de.us; fasnotify@state.de.us |
| STECKBAUER WEINART JAFFE LLP | BARRY S GLASER ESQ | bglaser@swjlaw.com |
| SULMEYERKUPERTZ | DAVID S KUPERTZ ESQ | dkupetz@sulmeyerlaw.com |
| THE BANK OF NEW YORK MELLON | SHERMA THOMAS | sthomas@bankofny.com |
| 2 | KELLIE WALTERS | kelliewalters@gmail.com |
| THOMPSON COBURN LLP | DENNIS D QUAID | dquaid@thompsoncoburn.com |
| THOMPSON HINE LLP | ALAN R LEPENE ESQ AND ROBERT FOLLAND ESQ | alan.lepene@thompsonhine.com |
| THOMPSON HINE LLP | LAUREN M CEVOY ESQ | lauren.mcevoy@thompsonhine.com |
| US ATTORNEYS OFFICE | ELLEN W SLIGHTS | usade.ecfbankruptcy@usdoj.gov |
| MESSANA ROSNER & STERN LLP | FREDERICK B ROSNER | frosner@mrs-law.com |
| BUTZEL LONG, A PROFESSIONAL CORP | ERIC B FISHER AND ORLEE GOLDFELD | fishere@butzel.com |

Core 2002 email

| Company | Contact | Email |
|---|---|---|
| WHITE & CASE LLP | CHRISTOPHER SHORE, ESQ. | cshore@whitecase.com |
| WHITE & CASE LLP | RICHARD KEBRDLE, ESQ. | rkebrdle@whitecase.com |
| WHITE & CASE LLP | JOHN CUNNINGHAM, ESQ. | jcunningham@whitecase.com |
| WHITE & CASE LLP | THOMAS E LAURIA ESQ | tlauria@whitecase.com; |
| DELAWARE STATE TREASURER | VELDA JONES POTTER | statetreasurer@state.de.us |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHARD SCHEPACARTER, ESQUIRE | richard.schepacarter@usdoj.gov |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN DILLMAN | houston_bankruptcy@publicans.com |
| Simpson Thacher & Bartlett LLP | KENNETH S. ZIMAN | kziman@stblaw.com |

# EXHIBIT C

RICHARDS LAYTON & FINGER PA
DANIEL J DEFRANCESCHI ESQ
L KATHERINE GOOD ESQ
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON DE, DE 19801

DELAWARE DEPT OF JUSTICE
ATTN BANKRUPTCY DEPT
DIV OF SECURITIES
820 N FRENCH ST 5TH FL
WILMINGTON, DE 19801

DEPARTMENT OF LABOR
DIVISION OF UNEMPLOYMENT INS
4425 N MARKET STREET
WILMINGTON, DE 19802

STEPHANIE WICKOUSKI
HOWARD A. COHEN
DRINKER BIDDLE & REATH LLP
1100 NORTH MARKET ST., STE. 1000
WILMINGTON, DE 19801

KATHLEEN P. MAKOWSKI
LAURA DAVIS JONES
PACHULSKI, STANG ZIEHL & JONES LLP
919 NORTH MARKET ST., 17TH FLOOR
WILMINGTON, DE 19899

FREDERICK B. ROSNER
MESSANA ROSNER & STERN LLP
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

STATE OF DELAWARE DIVISION OF REVENUE
RANDY R WELLER MS NO 25
820 N FRENCH ST 8TH FLOOR
WILMINGTON, DE 19801-0820

ATTORNEY GENERALS OFFICE
CARVEL STATE OFFICE BLDG
820 N FRENCH ST 8TH FLOOR
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
KERRI MUNFORD ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

OFFICE OF THE US ATTORNEY GENERAL
NEMOURS BUILDING
PO BOX 2046
WILMINGTON, DE 19899-2046

US ATTORNEYS OFFICE
ELLEN W SLIGHTS
1007 N ORANGE ST STE 700
PO BOX 2046
WILMINGTON, DE 19801

OFFICE OF THE U.S. TRUSTEE
RICHARD SCHEPACARTER, ESQ.
844 KING ST STE 2207
LOCKBOX 35
WILMINGTON, DE 19899-0035

BAY:01424170v2}

| | | |
|---|---|---|
| AKIN GUMP STRAUSS HAUER FELD LLP<br>IRA S. DIZENGOFF<br>ONE BRYANT PARK<br>NEW YORK, NY 10036 | ARLINGTON ISD<br>C O ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS<br>& MOTT LLP<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | MARSHALL E. KRESMAN<br>THE CONSTITUTION BUILDING<br>1950 STREET ROAD, SUITE 103<br>BENSALEM, PA 19020 |
| BARACK FERRAZZANO KIRSCHBAUM<br>KIMBERLY J ROBINSON<br>200 W MADISON ST STE 3900<br>CHICAGO, IL 60606 | BENNETT SILVERMAN<br>9350 HAZEN DR<br>BEVERLY HILLS, CA 90210 | BROWN MCCARROL LLP<br>111 CONGRESS AVE STE 1400<br>AUSTIN, TX 78701 |
| BROWN RUDNICK LLP<br>EDWARD S WEISFELNER, ESQ.<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 | BNY MELLON SHAREOWNER<br>SERVICES<br>KIERAN MCGOVERN<br>480 WASHINGTON BLVD. 29TH FLOOR<br>AIM# 074-2930<br>JERSEY CITY, NJ 07310 | DELAWARE SECRETARY OF THE STATE<br>DIVISION OF CORPORATIONS<br>PO BOX 7040<br>FRANCHISE TAX DIVISION<br>DOVER, DE 19903 |
| DINSMORE & SHOHL LLP<br>TIM J ROBINSON<br>255 E FIFTH ST<br>CINCINNATI, OH 45202 | ESOPUS CREEK VALUE<br>ATTN JOSEPH S CRISCIONE<br>150 JFK PKWY STE 100<br>SHORT HILLS, NJ 07078 | FRIED FRANK HARRIS SHRIVER &<br>JACOBSON LLP<br>BRAD ERIC SCHELER ESQ.<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004 |
| HAYNES AND BOONE LLP<br>2323 VICTORY AVE, STE 700<br>DALLAS, TX 75219 | HOCHMAN SALKIN RETTIG TOSCHER &<br>PEREZ<br>AVRAM SALKIM ESQ<br>9150 WILSHIRE BLVD STE 300<br>BEVERLY HILLS, CA 90212 | HSBC BANK USA, NATIONAL<br>ASSOCIATION<br>ATTENTION: CORPORATE TRUST &<br>LOAN AGENCY<br>452 FIFTH AVENUE<br>NEW YORK, NY 10018 |
| HSBC BANK USA, NATIONAL<br>ASSOCIATION<br>ATTN ROBERT CONRAD<br>10 E 40TH ST<br>NEW YORK, NY 10016 | INTERNAL REVENUE SERVICE<br>INSOLVENCY SECTION<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 |
| JAY HURST<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIV.<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | JOHN J GORMAN<br>8226 BEE CAES RD<br>AUSTIN, TX 78746 | KURTZMAN CARSON CONSULTANTS<br>TRAVIS VANDELL<br>2335 ALASKA AVE<br>EL SEGUNDO, CA 90245 |
| MONARCH ALTERNATIVE CAPITAL LP<br>PATRICK BARTELS<br>MATTHEW GLOWASKY<br>535 MADISON AVE<br>NEW YORK, NY 10022 | NIXON PEABODY LLP<br>DANIEL W SKLAR<br>900 ELM ST<br>MANCHESTER, NH 03101 | MORGAN & POTTINGER PSC<br>JOHN A MAJORS<br>601 W MAIN ST<br>LOUISVILLE, KY 40202 |
| NIXON PEABODY LLP<br>JOSEPH M GITTO<br>437 MADISON AVE<br>NEW YORK, NY 10022 | BRADLEY S. EABY<br>THE EABY FIRM,, LLC<br>99 WOLF CREEK BLVD., SUITE 3<br>DOVER, DE 19901 | LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>DAVID G AELVOET<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 |

| | | |
|---|---|---|
| DELAWARE SECRETARY OF THE TREASURY<br>PO BOX 7040<br>DOVER, DE 19903 | DEPARTMENT OF INSURANCE SUPERVISION AND COMPLIANCE<br>CRAIG T. FESSENDEN<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005-4026 | PAPA JOHNS USA INC<br>ATTN KENNETH M COX ESQ<br>2002 PAPA JOHNS BLVD<br>LOUISVILLE, KY 40299 |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>PAUL HARNER, ESQ.<br>STEVE CATLETT, ESQ.<br>MARY THERESE WEBER, ESQ<br>191 N. WACKER DRIVE, 30TH FLOOR<br>CHICAGO, IL 60606 | RICHARD SCHOTTENFELD<br>800 THIRD AVE<br>NEW YORK, NY 10022 | PEITZMAN WEG & KEMPINSKY LLP<br>JULIAN I GURULE & HOWARD J WEG<br>10100 SANTA MONICA BLVD STE 1450<br>LOS ANGELES, CA 90067 |
| POTTS DUPRE DIFEDE & HAWKINS CHTD<br>JENNIFER BUSH HAWKINS<br>900 7TH ST NW STE 1020<br>WASHINGTON, DC 20001 | GLEN PARKER<br>99 WOLF CREEK BLVD.<br>SUITE 3<br>DOVER, DE 19901 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2323 BRYAN ST STE 1600<br>DALLAS, TX 75201 |
| SIMPSON THACHER & BARTLETT LLP<br>KENNETH S. ZIMAN, ESQ<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017-3954 | SECURITIES & EXCHANGE COMM.<br>NATHAN FUCHS<br>NEW YORK REGIONAL OFFICE<br>233 BROADWAY<br>NEW YORK, NY 10279 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON, DC 20549 |
| SECURITIES & EXCHANGE COMMISSION<br>15TH & PENNSYLVANIA AVENUE N W<br>WASHINGTON, DC 20020 | SECURITIES AND EXCHANGE COMM. MARK SCHONFELD REGIONAL DIRECTOR<br>NORTHEAST REGIONAL OFFICE<br>3 WORLD FINANCIAL CTR., ROOM 4300<br>NEW YORK, NY 10281 | SESSIONS FISHMAN NATHAN & ISREAL LLP<br>J DAVID FORSYTH<br>201 ST CHARLES AVE 35TH FL<br>NEW ORLEANS, LA 70131 |
| THE BANK OF NEW YORK MELLON<br>SHERMA THOMAS<br>101 BARCLAY ST - 8W<br>INDENTURE TRUSTEE FOR THE 2010 SENIOR NOTES, 2014 SENIOR NOTES<br>NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON<br>SHERMA THOMAS<br>101 BARCLAY ST - 8W<br>INDENTURE TRUSTEE FOR THE 2013 SENIOR NOTES<br>NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON<br>SHERMA THOMAS<br>101 BARCLAY ST - 8W<br>INDENTURE TRUSTEE FOR THE 2015 CONVERTIBLE SENIOR NOTES<br>NEW YORK, NY 10286 |
| THE BANK OF NEW YORK MELLON<br>SHERMA THOMAS<br>101 BARCLAY ST - 8W<br>TRUSTEE FOR 2010 SENIOR NOTES<br>NEW YORK, NY 10286 | THE BANK OF NEW YORK MELLON<br>ATTN GARY BUSH<br>101 BARCLAY ST - 8W<br>NEW YORK, NY 10283 | THE COCA COLA COMPANY<br>ATTN JOSEPH JOHNSON ESQ<br>PO BOX 1734 NAT 2008 MAIL STOP<br>ATLANTA, GA 30313 |
| THOMPSON COBURN LLP<br>DENNIS D QUAID<br>55 EAST MONROE<br>CHICAGO, IL 60603 | THOMPSON HINE LLP<br>ALAN R LEPENE ESQ AND ROBERT FOLLAND ESQ<br>3900 KEY CENTER 127 PUBLIC SQ<br>CLEVELAND, OH 44114 | THOMPSON HINE LLP<br>LAUREN M CEVOY ESQ<br>335 MADISON AVE 12TH FL<br>NEW YORK, NY 10017 |
| TRAVELERS NATIONAL ACCOUNTS<br>STACY BARAL<br>1 TOWER SQ 5MN<br>HARTFORD, CT 06183-4044 | US ATTORNEY GENERAL US DEPARTMENT OF JUSTICE<br>ERIC HOLDER<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 | SULMEYERKUPERTZ<br>DAVID S KUPERTZ ESQ<br>333 S HOPE ST 35TH FL<br>LOS ANGELES, CA 90071 |

WHIRLEY INDUSTRIES
ATTN SUSAN BORLAND
618 FOURTH AVE
PO BOX 988
WARREN, PA 16365

WALTER F. GAVIGAN, ESQUIRE
GRUCCIO, PEPPER, DeSANTO & RUTH, P.A.
817 E. LANDIS AVENUE
VINELAND, NJ 08360

ERIC B. FISHER
ORLEE GOLDFELD
BUTZEL, A PROFESSIONAL CORPORATION
380 MADISON AVENUE
NEW YORK, NY 10017

IKON OFFICE SOLUTIONS
RECOVERY & BANKRUPTCY GROUP
3920 ARKWRIGHT ROAD, SUITE 400
MACON, GA 31210
ATTN: KATRINA RUMPH

FRANK F. McGINN, ESQUIRE
BARTLETT HACKETT FEINBERG P.C.
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BROWN RUDNICK LLP
STEVEN D. LEVINE, ESQ.
ONE FINANCIAL CENTER
BOSTON, MA 02111

KELLIE WATERS
THE LAW PRACTICE OF KELLIE WATERS
853 ½ W, AGATUTE AVENUE, #2e
CHICAGO, IL 60640

IRA S. DIZENGOFF
ABID QURESHI
SHAYA ROCHESTER
AKIN GUMP STRAUSS HAUER & FELD LLP
ONE BRYANT PARK
NEW YORK, NY 10036