# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------x
: 
In re                                        : Chapter 11
:
Premier International Holdings Inc., et al.,[1]  : Case No. 09-12019 (CSS)
:
Debtors.                                    : (Jointly Administered)
:
                                             : Objection Deadline: at the Hearing.
                                             : Hearing Date: December 16, 2009 at 9:00 a.m.
------x

## RE-NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on December 10, 2009, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Motion of Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter Into the ACE Postpetition Insurance Program** [Docket No. 1060] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion.**

PLEASE TAKE FURTHER NOTICE that on December 11, 2009, the Bankruptcy Court entered the **Order (A) Scheduling an Emergency Hearing and (B)**

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin)

**Shortening Notice and Objection Periods with Respect to Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter into the ACE Postpetition Insurance Program** [Docket No. 1185] (the "Order"), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made at the hearing.

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion will be held before The Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **December 16, 2009 at 9:00 a.m.**

Dated: December 11, 2009
Wilmington, Delaware

*/s/ Katherine Good/*
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachery I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: defranceschi@rlf.com
　　　　good@rlf.com
　　　　shapiro@rlf.com

-and-

2
RLF1-3390262-1

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
E-mail: paulharner@paulhastings.com
stevencatlett@paulhastings.com
christianauty@paulhastings.com

Attorneys for the Debtors and
Debtors in Possession

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                           :   Chapter 11
                                                :
Premier International Holdings Inc., *et al.*,[1]  :   Case No. 09-12019 (CSS)
                                                :
        Debtors.                                :   (Jointly Administered)
                                                :
---------------------------------------------------------------x   Re: Docket No. 1161

## ORDER (A) SCHEDULING AN EMERGENCY HEARING AND (B) SHORTENING NOTICE AND OBJECTION PERIODS WITH RESPECT TO MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER (I) AUTHORIZING ASSUMPTION OF THE ACE PREPETITION INSURANCE PROGRAM AND (II) AUTHORIZING THE DEBTORS TO ENTER INTO THE ACE POSTPETITION INSURANCE PROGRAM

Upon the motion (the "Motion to Shorten") of the above-captioned debtors and debtors-in-possession (collective,y the "Debtors"), for entry of an order shortening the notice period for the *Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter into the ACE Postpetition Insurance Program* (the "Motion"); the Court having considered the Motion to Shorten; the Court finding that (a) the Court has jurisdiction over the Motion to Shorten pursuant

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

to 28 U.S.C. § 157 and 1334 and (b) the Motion to Shorten is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); capitalized terms used but not otherwise defined herein shall be ascribed the same meaning given to them in the Motion to Shorten; the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shorten is GRANTED.

2. A hearing to consider the Motion will be held on December 16, 2009 at 9:00 a.m. (EST).

3. Any objection or response to the relief requested in the Motion may be presented through and including the Hearing.

4. This Order shall be effective and enforceable immediately upon entry.

5. This Court retains jurisdiction to interpret, implement, and enforce the provisions of this Order.

Dated: December 11, 2009
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE