IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                  : Chapter 11
Premier International Holdings Inc., et al.,[1]  :
                                       : Case No. 09-12019 (CSS)
          Debtors.                     :
                                       : (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2009 AT 9:00 A.M. (EST)

I. **UNCONTESTED MATTER**

1. Motion of Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter into the ACE Postpetition Insurance Program [Docket No. 1160; filed 12/10/09]

    Objection Deadline: At the Hearing.

    Objections/Responses Received: None at this time.

    Related Documents:

    i. Motion of the Debtors for an Order (A) Scheduling an Emergency Hearing and (B) Shortening Notice and Objection Periods with Respect to Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter into the Ace Postpetition Insurance Program [Docket No. 1161; filed 12/10/09]

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

ii. Order (A) Scheduling an Emergency Hearing and (B) Shortening Notice and Objection Periods with Respect to Motion of the Debtors and Debtors in Possession for an Order (I) Authorizing Assumption of the ACE Prepetition Insurance Program and (II) Authorizing the Debtors to Enter into the ACE Postpetition Insurance Program [Docket No. 1185; filed 12/11/09]

iii. Re-Notice of Motion and Hearing [Docket No. 1189; filed 12/11/09]

Status: The hearing on this matter will go forward.

Dated: December 14, 2009
Wilmington, Delaware

/s/ Zach Shapiro
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
    good@rlf.com
    shapiro@rlf.com

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: paulharner@paulhastings.com
    stevencatlett@paulhastings.com
    christianauty@paulhastings.com

Attorneys for Debtors and Debtors in Possession