SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | DOMESTIC | INTER-NATIONAL | CORP ENTITIES | PARTNERSHIP ELIMINATIONS | SIX FLAGS, INC. | LESS: SFI PARENT | SIX FLAGS OPERATIONS | MEMO: OWNED | MEMO: MANAGED |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 21,486,059 | 3,381,162 | 207,189 | 0 | 25,074,410 | 3,881,440 | 21,192,970 | 21,192,970 | 3,881,440 |
| Costs of Products Sold | 1,404,885 | 453,831 | (819) | 0 | 1,857,897 | 398,102 | 1,459,795 | 1,459,795 | 398,102 |
| Gross Profit | 20,081,175 | 2,927,331 | 208,008 | 0 | 23,216,513 | 3,483,338 | 19,733,175 | 19,733,175 | 3,483,338 |
| Total Oper Expenses | 20,063,374 | 2,387,642 | 0 | 0 | 22,451,016 | 3,694,410 | 18,756,606 | 18,756,606 | 3,694,410 |
| Total S, G & A Expenses | 3,605,324 | 927,684 | 3,482,612 | 0 | 8,015,620 | 896,331 | 7,119,290 | 7,396,495 | 619,125 |
| Operating Income | (3,587,523) | (387,995) | (3,274,605) | 0 | (7,250,123) | (1,107,403) | (6,142,721) | (6,419,926) | (830,197) |
| Other Income (Expense) | (102,435) | 34,844 | 179,383 | (115,711) | (3,919) | (115,711) | 111,792 | 111,792 | (115,711) |
| Reorganization Items | 0 | 0 | (1,178,207) | 0 | (1,178,207) | (1,178,207) | 0 | (1,178,207) | 0 |
| Total Deprec & Amort | 8,010,536 | 915,530 | 319,111 | 0 | 9,245,177 | 1,025,193 | 8,219,984 | 8,241,975 | 1,003,202 |
| Interest Expense | 453,728 | 0 | 4,204,040 | 0 | 4,657,769 | 453,728 | 4,204,040 | 4,643,920 | 13,849 |
| Interest Intercompany | 828,900 | 91,679 | (920,579) | 0 | (0) | 0 | (0) | (0) | 0 |
| Interest Income | (3,697) | (29,652) | (19,020) | 0 | (52,369) | (3,697) | (48,672) | (48,672) | (3,697) |
| Total Interest Expense | 1,278,931 | 62,027 | 3,264,442 | 0 | 4,605,400 | 450,031 | 4,155,369 | 4,595,249 | 10,151 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 95,765 | 0 | 0 | 0 | 95,765 | 0 | 95,765 | 95,765 | 0 |
| EBT | (13,075,191) | (1,330,709) | (7,856,981) | (115,711) | (22,378,592) | (3,876,544) | (18,502,047) | (20,419,330) | (1,959,262) |
| Income Taxes | (8,565) | 150,173 | 42,579 | 0 | 184,187 | 16,927 | 167,260 | 167,260 | 16,927 |
| Net Income (Loss) | (13,066,626) | (1,480,882) | (7,899,560) | (115,711) | (22,562,779) | (3,893,471) | (18,669,307) | (20,586,590) | (1,976,188) |
| Total SG&A and Operating Exp | 23,668,698 | 3,315,326 | 3,482,612 | 0 | 30,466,636 | 4,590,741 | 25,875,896 | 26,153,101 | 4,313,535 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009    11:35 AM

| | Non-Filer ATLTP ATL SFOG Theme | 09-12043-CSS CHITP CHI SFGM Theme | Non-Filer DALTP DAL SFOT Theme | 09-12041-CSS LKGTP LKG GEsc Theme | 09-12025-CSS LANTP LA SFMM Theme | 09-12027-CSS LOUTP LOU SFKK Theme | 09-12031-CSS NENTP NE SFNE Theme |
|---|---|---|---|---|---|---|---|
| Total Revenue | 1,419,515 | 2,298,333 | 2,418,114 | 366,568 | 4,973,367 | 198,586 | 947,665 |
| Costs of Products Sold | 288,172 | 245,261 | 110,901 | 1,841 | 402,592 | 39,995 | 76,029 |
| Gross Profit | 1,131,343 | 2,053,072 | 2,307,212 | 364,727 | 4,570,775 | 158,591 | 871,637 |
| Total Oper Expenses | 1,419,033 | 1,656,336 | 2,203,870 | 594,125 | 3,440,555 | 591,188 | 1,255,303 |
| Total S, G & A Expenses | 133,844 | 466,741 | 433,994 | 62,563 | 613,259 | 9,302 | 325,248 |
| Operating Income | (421,534) | (70,005) | (330,651) | (291,960) | 516,962 | (441,899) | (708,915) |
| Other Income (Expense) | 0 | 0 | 0 | 3,750 | 0 | (1,333) | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 405,843 | 671,939 | 524,772 | 327,093 | 587,135 | 627,511 | 851,402 |
| Interest Expense | 0 | 0 | 13,849 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | (533,800) | 0 | 193,900 | 451,400 |
| Interest Income | (3,697) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | (3,697) | 0 | 13,849 | (533,800) | 0 | 193,900 | 451,400 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (823,680) | (741,944) | (869,272) | (81,503) | (70,173) | (1,264,643) | (2,011,717) |
| Income Taxes | 0 | 0 | 16,927 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | (823,680) | (741,944) | (886,199) | (81,503) | (70,173) | (1,264,643) | (2,011,717) |
| Total SG&A and Operating Exp | 1,552,877 | 2,123,077 | 2,637,864 | 656,687 | 4,053,814 | 600,490 | 1,580,551 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12052-CSS NJETP NJ SFGA Theme | 09-12044-CSS SANTP SA SFFT Theme | 09-12023-CSS SFRSOX SF SFMW Theme | 09-12033-CSS STLTP STL SFSTL Theme | 09-12046-CSS WASTP WAS SFA Theme | 09-12042-CSS COREC | 09-12042-CSS COREC1 Corp SFEC | 09-12042-CSS TOTAL THEME PARKS |
|---|---|---|---|---|---|---|---|---|
| Total Revenue | 3,485,263 | 1,557,033 | 2,170,706 | 792,858 | 700,254 | 27,758 | 0 | 21,356,020 |
| Costs of Products Sold | (267,047) | 150,299 | 156,724 | 147,731 | 58,603 | 4,976 | 0 | 1,416,076 |
| Gross Profit | 3,752,310 | 1,406,734 | 2,013,982 | 645,127 | 641,651 | 22,783 | 0 | 19,939,944 |
| Total Oper Expenses | 2,833,090 | 1,512,130 | 1,851,442 | 1,190,913 | 1,153,127 | 88,595 | 0 | 19,789,706 |
| Total S, G & A Expenses | 380,448 | 282,134 | 452,606 | 236,846 | 137,780 | 6,278 | 0 | 3,541,042 |
| Operating Income | 538,772 | (387,530) | (290,065) | (782,631) | (649,256) | (72,090) | 0 | (3,390,804) |
| Other Income (Expense) | 0 | 0 | 0 | 0 | (104,851) | 0 | 0 | (102,435) |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 964,051 | 553,756 | 831,134 | 413,706 | 572,726 | 8 | 0 | 7,331,075 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,849 |
| Interest Intercompany | 0 | (1,847,800) | 762,700 | 0 | 1,602,500 | 23,000 | 0 | 651,900 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,697) |
| Total Interest Expense | 0 | (1,847,800) | 762,700 | 0 | 1,602,500 | 23,000 | 0 | 662,051 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (425,279) | 906,514 | (1,883,900) | (1,196,337) | (2,929,334) | (95,098) | 0 | (11,486,366) |
| Income Taxes | 0 | 10,899 | 0 | 0 | 0 | 0 | 0 | 27,826 |
| Net Income (Loss) | (425,279) | 895,615 | (1,883,900) | (1,196,337) | (2,929,334) | (95,098) | 0 | (11,514,192) |
| Total SG&A and Operating Exp | 3,213,538 | 1,794,264 | 2,304,047 | 1,427,758 | 1,290,907 | 94,873 | 0 | 23,330,748 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | Non-Filer ATLWP ATL-W SFWWA Water | Non-Filer ATLFE ATL-F AmAdv FEC | 09-12032-CSS DALWP DAL-W SFHHD Water | 09-12025-CSS LANWP LA-W SFHHLA Water | 09-12052-CSS NJEWP NJ-W SFHHNJ Water | TOTAL WATER PARKS |
|---|---:|---:|---:|---:|---:|---:|
| Total Revenue | 35,478 | 8,333 | 34,386 | 24,570 | 27,272 | 130,039 |
| Costs of Products Sold | (971) | 0 | (9,047) | 60 | (1,233) | (11,191) |
| Gross Profit | 36,449 | 8,333 | 43,433 | 24,510 | 28,505 | 141,230 |
| Total Oper Expenses | 71,507 | 0 | 115,560 | 24,268 | 62,333 | 273,668 |
| Total S, G & A Expenses | 51,287 | 0 | 29,328 | 31,720 | (48,054) | 64,281 |
| Operating Income | (86,345) | 8,333 | (101,455) | (31,477) | 14,225 | (196,719) |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 72,299 | 288 | 306,628 | 90,975 | 191,962 | 662,151 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | (413,400) | 0 | 0 | (413,400) |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | (413,400) | 0 | 0 | (413,400) |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (158,644) | 8,045 | 5,317 | (122,452) | (177,736) | (445,470) |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | (158,644) | 8,045 | 5,317 | (122,452) | (177,736) | (445,470) |
| Total SG&A and Operating Exp | 122,794 | 0 | 144,887 | 55,988 | 14,280 | 337,949 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12054-CSS ZTOPS Corp Topside Adj | 09-12054-CSS ZSTUB Corp Timing Adj | Non-Filer ZPSHA Corp PSH Adj | Non-Filer CLEDO Cleveland Discontinued Operations | 09-12051-CSS HOUDO Houston Discontinued Operations | 09-12054-CSS Q16DO9000 Frontier Disc Ops Operations | 09-12054-CSS Q16DO9770 WWBay Disc Ops Operations | 09-12039-CSS NORDO9000 | 09-12039-CSS NORDO9001 |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 17,310 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 439,880 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 590,400 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 439,880 | 0 | 0 | 0 | 0 | 590,400 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 95,765 | 0 |
| EBT | 0 | 0 | (439,880) | 0 | (17,310) | 0 | 0 | (686,165) | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (36,391) | 0 |
| Net Income (Loss) | 0 | 0 | (439,880) | 0 | (17,310) | 0 | 0 | (649,775) | 0 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12054-CSS Q16DO9810 WWSac Disc Ops Operations | 09-12054-CSS Q16DO9860 Wyandot Disc Ops Operations | 09-12054-CSS Q16DO9890 Houston Disc Ops Operations | 09-12054-CSS Q46DO9881 BUF Disc Ops | 09-12054-CSS Q46DO9882 DEN Disc Ops | 09-12054-CSS Q46DO9883 SEA Disc Ops |
|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | 0 | 0 | 0 | 0 | 0 | 0 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12054-CSS Q46DO9884 CON-W Disc Ops | 09-12054-CSS Q46DO9885 Houston Disc Ops | 09-12054-CSS Q46DO9886 SEA Disc Ops | 09-12054-CSS Q46DO9887 Goodwill Corr Disc Ops | 09-12054-CSS Q46DO9888 Timing Disc Ops | TOPSIDE & TIMING | TOTAL DOMESTIC |
|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 21,486,059 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 | 1,404,885 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 | 20,081,175 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 20,063,374 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 3,605,324 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 | (3,587,523) |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | (102,435) |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 0 | 17,310 | 8,010,536 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 439,880 | 453,728 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 590,400 | 828,900 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | (3,697) |
| Total Interest Expense | 0 | 0 | 0 | 0 | 0 | 1,030,280 | 1,278,931 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 95,765 | 95,765 |
| EBT | 0 | 0 | 0 | 0 | 0 | (1,143,355) | (13,075,191) |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | (36,391) | (8,565) |
| Net Income (Loss) | 0 | 0 | 0 | 0 | 0 | (1,106,964) | (13,066,626) |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 | 23,668,698 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | Non-Filer EURDO Europe Discontinued Operations | Non-Filer MEXICO MEX SFMEX Theme | Non-Filer ZMEXA Corp Mex-USAdj | Non-Filer MONTX MON La Ronde Theme | Non-Filer ZMONA Corp Mont-USAdj | Non-Filer Total International |
|---|---|---|---|---|---|---|
| Total Revenue | 0 | 3,013,986 | 0 | 367,175 | 0 | 3,381,162 |
| Costs of Products Sold | 0 | 403,210 | 0 | 50,621 | 0 | 453,831 |
| Gross Profit | 0 | 2,610,776 | 0 | 316,555 | 0 | 2,927,331 |
| Total Oper Expenses | 0 | 1,261,140 | 0 | 1,126,502 | 0 | 2,387,642 |
| Total S, G & A Expenses | 0 | 446,430 | 0 | 481,254 | 0 | 927,684 |
| Operating Income | 0 | 903,206 | 0 | (1,291,201) | 0 | (387,995) |
| Other Income (Expense) | 0 | 37,875 | 0 | (3,031) | 0 | 34,844 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 378,695 | 0 | 536,835 | 0 | 915,530 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 90,935 | 743 | 0 | 0 | 91,679 |
| Interest Income | 0 | (29,119) | 0 | (533) | 0 | (29,652) |
| Total Interest Expense | 0 | 61,817 | 743 | (533) | 0 | 62,027 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 500,569 | (743) | (1,830,534) | 0 | (1,330,709) |
| Income Taxes | 0 | 150,173 | 0 | 0 | 0 | 150,173 |
| Net Income (Loss) | 0 | 350,396 | (743) | (1,830,534) | 0 | (1,480,882) |
| Total SG&A and Operating Exp | 0 | 1,707,570 | 0 | 1,607,756 | 0 | 3,315,326 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12054-CSS<br>CORPA Corp<br>SF Purch | 09-12054-CSS<br>ZSANA Corp<br>SAN2 | CORDC Corp<br>Data Svcs-SF | 09-12053-CSS<br>CORD2 Corp<br>Data Svcs-SFO | 09-12054-CSS<br>CORSI Corp<br>SF Corp | CORMW Corp<br>MWM LLC | 09-12022-CSS<br>CORPO Corp<br>SFO Corp | SACFE Corp<br>Par Isle-Sac FEC | CORPM Corp<br>PMC |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 207,189 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | (819) | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 208,008 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 1,729,004 | 1,476,403 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | (1,729,004) | (1,268,395) | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 190,434 | 0 | (11,051) | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 238,351 | 8,769 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 4,204,040 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 329,200 | 9,195,700 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | (19,020) | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 0 | 329,200 | 13,380,720 | 0 | 0 | 0 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 0 | (2,296,555) | (14,467,451) | 0 | (11,051) | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | 0 | 0 | 0 | (2,296,555) | (14,467,451) | 0 | (11,051) | 0 | 0 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 1,729,004 | 1,476,403 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | ZPMCA Corp PMC Adj | INPTP Corp Indy Park | 09-12048-CSS CORFT Corp Funtime | 09-12021-CSS DENCO Corp PP-Colo | 09-12040-CSS LKGHI LKG GEHolding | ZMADA Corp MWM Holdg | 09-12045-CSS ZCLEA | 09-12051-CSS ZHOUA | 09-12039-CSS NORDO9002 |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | (6,350,300) | 0 | 0 | 0 | 190,700 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | (6,350,300) | 0 | 0 | 0 | 190,700 | 0 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 6,350,300 | 0 | 0 | 0 | (190,700) | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 36,391 |
| Net Income (Loss) | 0 | 0 | 6,350,300 | 0 | 0 | 0 | (190,700) | 0 | (36,391) |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | 09-12039-CSS NORDO9003 Disc Op Adj Adjustments | 09-12054-CSS Q16DA9000 Frontier Disc Op Adj Adjustments | 09-12054-CSS Q16DA9770 WWBay Disc Op Adj Adjustments | 09-12054-CSS Q16DA9810 WWSac Disc Op Adj Adjustments | 09-12054-CSS Q16DA9860 Wyandot Disc Op Adj Adjustments | 09-12054-CSS Q46DA9881 BUF Disc Op Adj | 09-12054-CSS Q46DA9882 DEN Disc Op Adj | 09-12054-CSS Q46DA9883 SEA Disc Op Adj |
|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009 11:35 AM

| | 09-12054-CSS Q46DA9884 CON-W Disc Op Adj | 09-12054-CSS Q46DA9885 Houston Disc Op Adj | 09-12054-CSS Q46DA9886 SEA Disc Op Adj | 09-12054-CSS Q46DA9887 Goodwill Corr Disc Op Adj | 09-12054-CSS Q46DA9888 Timing Disc Op Adj | 09-12054-CSS Q46DA9889 Topside Disc Op Adj | 09-12054-CSS Q46DO9889 Topside Disc Ops | 09-12019-CSS CORIH Corp PIHI |
|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 50,000 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,285,879) |
| Interest Income | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,285,879) |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,235,879 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6,188 |
| Net Income (Loss) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,229,691 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | ZSFEL Corp SFTP Elims | ZDOEL Corp Dom Elims | ZFOEL Corp For Elims | ZSFRA Corp SFR Adj | 11:35 AM SFO CORP ENTITIES | 09-12037-CSS CORPI Corp SFI Parent | 09-12037-CSS XSFIA Corp SFI Adj | CORDS Corp SFI Data |
|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 207,189 | 0 | 0 | 0 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | (819) | 0 | 0 | 0 |
| Gross Profit | 0 | 0 | 0 | 0 | 208,008 | 0 | 0 | 0 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total S, G & A Expenses | 0 | 0 | 0 | 0 | 3,205,407 | 277,206 | 0 | 0 |
| Operating Income | 0 | 0 | 0 | 0 | (2,997,399) | (277,206) | 0 | 0 |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 179,383 | 0 | 0 | 0 |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | (1,178,207) | 0 | 0 |
| Total Deprec & Amort | 0 | 0 | 0 | 0 | 297,120 | 21,991 | 0 | 0 |
| Interest Expense | 0 | 0 | 0 | 0 | 4,204,040 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | (920,579) | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | (19,020) | 0 | 0 | 0 |
| Total Interest Expense | 0 | 0 | 0 | 0 | 3,264,442 | 0 | 0 | 0 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | 0 | 0 | 0 | 0 | (6,379,578) | (1,477,403) | 0 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 42,579 | 0 | 0 | 0 |
| Net Income (Loss) | 0 | 0 | 0 | 0 | (6,422,157) | (1,477,403) | 0 | 0 |
| Total SG&A and Operating Exp | 0 | 0 | 0 | 0 | 3,205,407 | 277,206 | 0 | 0 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

12/23/2009
11:35 AM

| | SFI CORP ENTITIES | TOTAL CORP ENTITIES | Non-Filer ZATLA Corp ATL Adj | Non-Filer ZDALA Corp DAL Adj | PARTNERSHIP ELIMINATIONS | TOTAL CORP WITH ELIMINATIONS | SIX FLAGS, INC. |
|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 207,189 | 0 | 0 | 0 | 207,189 | 25,074,410 |
| Costs of Products Sold | 0 | (819) | 0 | 0 | 0 | (819) | 1,857,897 |
| Gross Profit | 0 | 208,008 | 0 | 0 | 0 | 208,008 | 23,216,513 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 0 | 22,451,016 |
| Total S, G & A Expenses | 277,206 | 3,482,612 | 0 | 0 | 0 | 3,482,612 | 8,015,620 |
| Operating Income | (277,206) | (3,274,605) | 0 | 0 | 0 | (3,274,605) | (7,250,123) |
| Other Income (Expense) | 0 | 179,383 | (64,697) | (51,014) | (115,711) | 63,672 | (3,919) |
| Reorganization Items | (1,178,207) | (1,178,207) | 0 | 0 | 0 | (1,178,207) | (1,178,207) |
| Total Deprec & Amort | 21,991 | 319,111 | 0 | 0 | 0 | 319,111 | 9,245,177 |
| Interest Expense | 0 | 4,204,040 | 0 | 0 | 0 | 4,204,040 | 4,657,769 |
| Interest Intercompany | 0 | (920,579) | 0 | 0 | 0 | (920,579) | (0) |
| Interest Income | 0 | (19,020) | 0 | 0 | 0 | (19,020) | (52,369) |
| Total Interest Expense | 0 | 3,264,442 | 0 | 0 | 0 | 3,264,442 | 4,605,400 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 95,765 |
| EBT | (1,477,403) | (7,856,981) | (64,697) | (51,014) | (115,711) | (7,972,692) | (22,378,592) |
| Income Taxes | 0 | 42,579 | 0 | 0 | 0 | 42,579 | 184,187 |
| Net Income (Loss) | (1,477,403) | (7,899,560) | (64,697) | (51,014) | (115,711) | (8,015,271) | (22,562,779) |
| Total SG&A and Operating Exp | 277,206 | 3,482,612 | 0 | 0 | 0 | 3,482,612 | 30,466,636 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

MEMO ONLY

12/23/2009
11:35 AM

| | 09-12037-CSS CORPI Corp SFI Parent | 09-12037-CSS XSFIA Corp SFI Adj | CORDS Corp SFI Data | Non-Filer ZPSHA Corp PSH Adj | SFI CORP ENTITIES | Non-Filer ATLTP ATL SFOG Theme | Non-Filer ATLWP ATL-W SFWWA Water | Non-Filer ATLFE ATL-F AmAdv FEC | ATLANTA PARTNER- SHIPS |
|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 0 | 0 | 0 | 0 | 0 | 1,419,515 | 35,478 | 8,333 | 1,463,326 |
| Costs of Products Sold | 0 | 0 | 0 | 0 | 0 | 288,172 | (971) | 0 | 287,201 |
| Gross Profit | 0 | 0 | 0 | 0 | 0 | 1,131,343 | 36,449 | 8,333 | 1,176,126 |
| Total Oper Expenses | 0 | 0 | 0 | 0 | 0 | 1,419,033 | 71,507 | 0 | 1,490,540 |
| Total S, G & A Expenses | 277,206 | 0 | 0 | 0 | 277,206 | 133,844 | 51,287 | 0 | 185,131 |
| Operating Income | (277,206) | 0 | 0 | 0 | (277,206) | (421,534) | (86,345) | 8,333 | (499,546) |
| Other Income (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reorganization Items | (1,178,207) | 0 | 0 | 0 | (1,178,207) | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 21,991 | 0 | 0 | 0 | 21,991 | 405,843 | 72,299 | 288 | 478,430 |
| Interest Expense | 0 | 0 | 0 | 439,880 | 439,880 | 0 | 0 | 0 | 0 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | 0 | 0 | 0 | 0 | (3,697) | 0 | 0 | (3,697) |
| Total Interest Expense | 0 | 0 | 0 | 439,880 | 439,880 | (3,697) | 0 | 0 | (3,697) |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (1,477,403) | 0 | 0 | (439,880) | (1,917,283) | (823,680) | (158,644) | 8,045 | (974,279) |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income (Loss) | (1,477,403) | 0 | 0 | (439,880) | (1,917,283) | (823,680) | (158,644) | 8,045 | (974,279) |
| Total SG&A and Operating Exp | 277,206 | 0 | 0 | 0 | 277,206 | 1,552,877 | 122,794 | 0 | 1,675,671 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

MEMO ONLY

12/23/2009
11:35 AM

| | Non-Filer DALTP DAL SFOT Theme | TOTAL SFI PARTNERSHIP | Non-Filer ZATLA Corp ATL Adj | Non-Filer ZDALA Corp DAL Adj | TOTAL SFI PARTNERSHIP ELIMINATIONS | TOTAL SFI PARENT |
|---|---:|---:|---:|---:|---:|---:|
| Total Revenue | 2,418,114 | 3,881,440 | 0 | 0 | 0 | 3,881,440 |
| Costs of Products Sold | 110,901 | 398,102 | 0 | 0 | 0 | 398,102 |
| Gross Profit | 2,307,212 | 3,483,338 | 0 | 0 | 0 | 3,483,338 |
| Total Oper Expenses | 2,203,870 | 3,694,410 | 0 | 0 | 0 | 3,694,410 |
| Total S, G & A Expenses | 433,994 | 619,125 | 0 | 0 | 0 | 896,331 |
| Operating Income | (330,651) | (830,197) | 0 | 0 | 0 | (1,107,403) |
| Other Income (Expense) | 0 | 0 | (64,697) | (51,014) | (115,711) | (115,711) |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | (1,178,207) |
| Total Deprec & Amort | 524,772 | 1,003,202 | 0 | 0 | 0 | 1,025,193 |
| Interest Expense | 13,849 | 13,849 | 0 | 0 | 0 | 453,728 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | 0 | (3,697) | 0 | 0 | 0 | (3,697) |
| Total Interest Expense | 13,849 | 10,151 | 0 | 0 | 0 | 450,031 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (869,272) | (1,843,551) | (64,697) | (51,014) | (115,711) | (3,876,544) |
| Income Taxes | 16,927 | 16,927 | 0 | 0 | 0 | 16,927 |
| Net Income (Loss) | (886,199) | (1,860,478) | (64,697) | (51,014) | (115,711) | (3,893,471) |
| Total SG&A and Operating Exp | 2,637,864 | 4,313,535 | 0 | 0 | 0 | 4,590,741 |

ER - 082_IS_YTDCON

SIX FLAGS, INC.
CONSOLIDATING INCOME STATEMENT
For the Period October 26, 2009 - November 22, 2009
MOR - 2

MEMO ONLY

12/23/2009 11:35 AM

| | Non-Filer ATLTP ATL SFOG Theme | Non-Filer ATLWP ATL-W SFWWA Water | Non-Filer ATLFE ATL-F AmAdv FEC | TOTAL ATLANTA PARKS | Non-Filer ZATLA Corp ATL Adj | TOTAL ATLANTA | Non-Filer DALTP DAL SFOT Theme | Non-Filer ZDALA Corp DAL Adj | TOTAL DALLAS | TOTAL MANAGED |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenue | 1,419,515 | 35,478 | 8,333 | 1,463,326 | 0 | 1,463,326 | 2,418,114 | 0 | 2,418,114 | 3,881,440 |
| Costs of Products Sold | 288,172 | (971) | 0 | 287,201 | 0 | 287,201 | 110,901 | 0 | 110,901 | 398,102 |
| Gross Profit | 1,131,343 | 36,449 | 8,333 | 1,176,126 | 0 | 1,176,126 | 2,307,212 | 0 | 2,307,212 | 3,483,338 |
| Total Oper Expenses | 1,419,033 | 71,507 | 0 | 1,490,540 | 0 | 1,490,540 | 2,203,870 | 0 | 2,203,870 | 3,694,410 |
| Total S, G & A Expenses | 133,844 | 51,287 | 0 | 185,131 | 0 | 185,131 | 433,994 | 0 | 433,994 | 619,125 |
| Operating Income | (421,534) | (86,345) | 8,333 | (499,546) | 0 | (499,546) | (330,651) | 0 | (330,651) | (830,197) |
| Other Income (Expense) | 0 | 0 | 0 | 0 | (64,697) | (64,697) | 0 | (51,014) | (51,014) | (115,711) |
| Reorganization Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Deprec & Amort | 405,843 | 72,299 | 288 | 478,430 | 0 | 478,430 | 524,772 | 0 | 524,772 | 1,003,202 |
| Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 13,849 | 0 | 13,849 | 13,849 |
| Interest Intercompany | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interest Income | (3,697) | 0 | 0 | (3,697) | 0 | (3,697) | 0 | 0 | 0 | (3,697) |
| Total Interest Expense | (3,697) | 0 | 0 | (3,697) | 0 | (3,697) | 13,849 | 0 | 13,849 | 10,151 |
| Equity in Oper of Affiliates | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Minority Interest in Earnings | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBT | (823,680) | (158,644) | 8,045 | (974,279) | (64,697) | (1,038,976) | (869,272) | (51,014) | (920,286) | (1,959,262) |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 16,927 | 0 | 16,927 | 16,927 |
| Net Income (Loss) | (823,680) | (158,644) | 8,045 | (974,279) | (64,697) | (1,038,976) | (886,199) | (51,014) | (937,213) | (1,976,188) |
| Total SG&A and Operating Exp | 1,552,877 | 122,794 | 0 | 1,675,671 | 0 | 1,675,671 | 2,637,864 | 0 | 2,637,864 | 4,313,535 |

ER - 082_IS_YTDCON