UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:
Premier International Holdings Inc., et al.,
Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 3
## Schedule of Disbursements by Legal Entity [1]
## For the Period October 26, 2009 through November 22, 2009

| Filing Entities: | Case Number | Total Disbursements |
|---|---|---:|
| Premier International Holdings Inc. | 09-12019-CSS | $ 1,775 |
| Stuart Amusement Company | 09-12020-CSS | - |
| Premier Parks of Colorado Inc. | 09-12021-CSS | - |
| Six Flags Operations Inc. | 09-12022-CSS | - |
| Park Management Corp. | 09-12023-CSS | 2,778,800 |
| Premier Parks Holdings Inc. | 09-12024-CSS | - |
| Magic Mountain LLC | 09-12025-CSS | 5,393,487 |
| Six Flags Services, Inc. | 09-12026-CSS | 857,630 |
| KKI, LLC | 09-12027-CSS | 586,901 |
| Premier Waterworld Sacramento Inc. | 09-12028-CSS | - |
| Six Flags Services of Illinois, Inc. | 09-12029-CSS | 584,758 |
| Hurricane Harbor LP LLC | 09-12030-CSS | - |
| Riverside Park Enterprises, Inc. | 09-12031-CSS | 2,211,392 |
| Hurricane Harbor LP | 09-12032-CSS | 183,560 |
| Six Flags St. Louis LLC | 09-12033-CSS | 1,866,116 |
| SF HWP Management LLC | 09-12034-CSS | - |
| Hurricane Harbor GP LLC | 09-12035-CSS | - |
| Great Escape Theme Park L.P. | 09-12036-CSS | - |
| Six Flags, Inc. | 09-12037-CSS | 2,319,269 |
| Great Escape Rides L.P. | 09-12038-CSS | - |
| SFJ Management Inc. | 09-12039-CSS | 3,119,055 |
| Great Escape Holding Inc. | 09-12040-CSS | - |
| Six Flags Great Escape L.P. | 09-12041-CSS | 1,327,942 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 3
## Schedule of Disbursements by Legal Entity [1]
## For the Period October 26, 2009 through November 22, 2009

| Filing Entities: | Case Number | Total Disbursements |
|---|---|---:|
| SFRCC Corp. | 09-12042-CSS | 151,593 |
| Great America LLC | 09-12043-CSS | 2,758,672 |
| Fiesta Texas Inc. | 09-12044-CSS | 2,069,308 |
| Funtime, Inc. | 09-12045-CSS | - |
| Six Flags America LP | 09-12046-CSS | 1,707,470 |
| Astroworld GP LLC | 09-12047-CSS | - |
| Funtime Parks, Inc. | 09-12048-CSS | - |
| Six Flags America Property Corporation | 09-12049-CSS | - |
| Astroworld LP LLC | 09-12050-CSS | - |
| Astroworld LP | 09-12051-CSS | 1,341 |
| Six Flags Great Adventure LLC | 09-12052-CSS | 4,139,335 |
| PP Data Services Inc. | 09-12053-CSS | 1,653,996 |
| Six Flags Theme Parks Inc. | 09-12054-CSS | 12,494,521 |
| South Street Holdings LLC | 09-12055-CSS | - |
| **Total Disbursements** | | **$ 46,206,919** |

Notes:
1. Most of the Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have allocated the payments made by one legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 4
### Schedule of Professional Fees and Expenses Paid
### For the Period October 26, 2009 through November 22, 2009

| Professional | Amount Paid This Period | | | Cumulative Amount Paid | | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Total | Fees | Expenses | Total |
| Property Tax Service | 24,833 | - | 24,833 | 148,998 | - | 148,998 |
| Faegre & Benson LLP | 75,790 | 2,358 | 78,148 | 298,523 | 9,420 | 307,943 |
| Crowell & Moring LLP | - | - | - | 83,032 | 2,068 | 85,100 |
| Rintala, Fraser & Jaenicke LLP | - | - | - | 25 | - | 25 |
| Kelley, Drye & Warren LLP | 7,048 | 1 | 7,049 | 10,303 | 1 | 10,304 |
| Whitley Penn | 14,677 | - | 14,677 | 20,306 | - | 20,306 |
| Ostrolenk, Faber, Gerb & Soffen | 10,325 | 2,793 | 13,118 | 17,682 | 2,865 | 20,546 |
| Bartlett, Pontiff, Stewart & Rhodes, P.C. | - | - | - | 662 | - | 662 |
| The Pope Firm | - | - | - | 298 | - | 298 |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | 32,151 | 3,886 | 36,037 | 35,332 | 3,901 | 39,232 |
| Franklin & Prokopik P.C. | - | - | - | 1,740 | 331 | 2,071 |
| KPMG LLP | 48,337 | 467 | 48,804 | 186,117 | 10,980 | 197,096 |
| Andrews Kurth | 545,613 | 21,764 | 567,377 | 658,507 | 22,047 | 680,554 |
| Kurtzman Carson Consultants LLC | - | - | - | 113,070 | 98,929 | 211,999 |
| Landis, Rath & Cobb | 860 | 37 | 897 | 8,711 | 37 | 8,748 |
| Brown Rudnick LLP | 627,079 | 76,582 | 703,661 | 1,292,389 | 96,551 | 1,388,940 |
| Blackstone Advisory Services LP | 200,000 | 1,326 | 201,326 | 1,200,000 | 5,863 | 1,205,863 |
| Simpson Thacher & Bartlett LLP | - | - | - | 571,270 | 11,115 | 582,384 |
| Valenti Hanley & Robinson, PLLC | 113 | 2 | 115 | 1,738 | 32 | 1,769 |
| Shields Mott Lund L.L.P. | 2,063 | 3 | 2,065 | 3,263 | 3 | 3,265 |
| Alan Mandelstam Construction Forensics | - | - | - | 31,115 | 1,698 | 32,813 |
| Sandberg, Phoenix, & von Gontard, P.C. | - | - | - | 349 | 8 | 356 |
| Sessions, Fishman, Nathan & Israe, LLP | 8,570 | 398 | 8,968 | 15,153 | 403 | 15,556 |
| Severson & Werson, a Professional Corporation | 93 | 1 | 94 | 744 | 1 | 745 |
| Swanson, Martin & Bell, LLP | 190 | - | 190 | 988 | 3 | 991 |
| Grant Thornton | 13,475 | - | 13,475 | 46,875 | - | 46,875 |
| Horizon Health Employee Assistance Program Services | - | - | - | 27,502 | - | 27,502 |
| Frilot LLC | 63 | - | 63 | 975 | - | 975 |
| iTerion iNovationeering LLC | - | - | - | 48,131 | 531 | 48,662 |
| Cadwalader, Wickersham & Taft LLP | 148,660 | 3,148 | 151,808 | 148,660 | 3,148 | 151,808 |
| Evans & Dixon LLC | 600 | - | 600 | 600 | - | 600 |
| Kean Miller Hawthorne D'Armond McCowan & Jarman LLP | 1,516 | 6 | 1,522 | 1,516 | 6 | 1,522 |
| Law Office of John A.C. Gibson | 3,860 | - | 3,860 | 3,860 | - | 3,860 |
| Robinson Donovan, P.C. | 5,078 | 40 | 5,117 | 5,078 | 40 | 5,117 |
| Richards, Layton, & Finger, P.A. | 142,851 | 14,907 | 157,758 | 142,851 | 14,907 | 157,758 |
| Pachulski Stang Ziehl & Jones LLP | 26,110 | 8,755 | 34,865 | 26,110 | 8,755 | 34,865 |
| Polsinelli Shughart PC | 3,529 | 18 | 3,546 | 3,529 | 18 | 3,546 |
| Peter J Solomon Securities Company | 224,000 | 6,370 | 230,370 | 224,000 | 6,370 | 230,370 |
| Gibbs and Haller | 5,263 | - | 5,263 | 9,664 | - | 9,664 |
| Prindle, Decker and Amaro | 182 | - | 182 | 182 | - | 182 |
| Birdsall Services Group | 12,290 | - | 12,290 | 32,607 | - | 32,607 |
| Hatch Mott MacDonald | 22,871 | 12 | 22,882 | 49,421 | 1,932 | 51,354 |
| MBI Gluckshaw | 6,000 | - | 6,000 | 24,000 | - | 24,000 |
| Valenti Hanley & Robinson, PLLC | 77 | - | 77 | 2,687 | 55 | 2,742 |
| Brownstein Hyatt Farber Schreck, LLP | 547 | - | 547 | 547 | - | 547 |
| Jeffery Skinner MD | - | - | - | 3,688 | - | 3,688 |
| David Nelson LLC | 573 | - | 573 | 3,498 | - | 3,498 |
| | $ 2,215,281 | $ 142,875 | $ 2,358,156 | $ 5,506,288 | $ 302,017 | $ 5,808,305 |

Notes:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 5
### Debtor's Statement With Respect To Bank Account Reconciliations, Bank Statements and Cash Disbursement Journals
### For the Period October 26, 2009 through November 22, 2009

**Bank Account Reconciliations and Cash Disbursement Journals**

The Debtors affirm that within its financial accounting systems, check registers and / or disbursement journals are maintained for each disbursement account.

The Debtors affirm that the bank reconciliations were prepared for all of the following open and active bank accounts for the current reporting period:

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Bank Balance |
|---|---|---|---|---|---|
| Great America LLC | 20-8397907 | BONY Mellon | Disbursement Account | 9556 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Deposit Account | 7015 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Credit Card Account | 7056 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Credit Card Account | 7064 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Accounts Payable Account | 6585 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Disbursement Account | 7007 | $0.00 |
| Great America LLC | 20-8397907 | Chase Bank | Disbursement Account | 7072 | $0.00 |
| Great Escape Theme Park | 13-3943322 | BONY Mellon | Disbursement Account | 0742 | $0.00 |
| Great Escape Theme Park | 13-3943322 | Chase Bank | Accounts Payable Account | 6593 | $0.00 |
| Great Escape Theme Park | 13-3943322 | TD Banknorth | Credit Card Account | 2259 | $204,698.24 |
| Great Escape Theme Park | 13-3943322 | TD Banknorth | Payroll Account | 2518 | $11,476.65 |
| Great Escape Theme Park | 13-3943322 | TD Banknorth | Payroll Account | 2521 | $2,426.23 |
| Great Escape Theme Park | 13-3943322 | TD Banknorth | Disbursement Account | 2592 | $96,039.28 |
| Great Escape Theme Park | 13-3943322 | TD Banknorth | Disbursement Account | 6187 | $25,000.00 |
| Magic Mountain LLC | 20-8398004 | BONY Mellon | Disbursement Account | 9572 | $0.00 |
| Magic Mountain LLC | 20-8398004 | Chase Bank | Credit Card Account | 7270 | $0.00 |
| Magic Mountain LLC | 20-8398004 | Chase Bank | Accounts Payable Account | 6627 | $0.00 |
| Magic Mountain LLC | 20-8398004 | Chase Bank | Disbursement Account | 7262 | $0.00 |
| Magic Mountain LLC | 20-8398004 | Chase Bank | Disbursement Account | 5930 | $0.00 |
| Magic Mountain LLC | 20-8398004 | Union Bank of California | Payroll Account | 6458 | $81,688.33 |
| KKI, LLC | 31-1572287 | BONY Mellon | Disbursement Account | 0718 | $0.00 |
| KKI, LLC | 31-1572287 | Chase Bank | Credit Card Account | 2265 | $0.00 |
| KKI, LLC | 31-1572287 | Chase Bank | Accounts Payable Account | 6619 | $0.00 |
| KKI, LLC | 31-1572287 | Chase Bank | Disbursement Account | 2279 | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 5

### Debtor's Statement With Respect To Bank Account Reconciliations, Bank Statements and Cash Disbursement Journals
### For the Period October 26, 2009 through November 22, 2009

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Bank Balance |
|---|---|---|---|---|---|
| Riverside Park Enterprises | 04-1777486 | BONY Mellon | Disbursement Account | 0783 | $0.00 |
| Riverside Park Enterprises | 04-1777486 | Chase Bank | Accounts Payable Account | 6643 | $0.00 |
| Riverside Park Enterprises | 04-1777486 | TD Banknorth | Credit Card Account | 1628 | $0.00 |
| Riverside Park Enterprises | 04-1777486 | TD Banknorth | Payroll Account | 1644 | $6,620.93 |
| Riverside Park Enterprises | 04-1777486 | BONY Mellon | Disbursement Account | 1607 | $581,664.09 |
| Six Flags Great Adventure, LLC | 20-8398235 | BONY Mellon | Disbursement Account | 9549 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | Credit Card Account | 2714 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | Payroll Account | 2722 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | Payroll Account | 2730 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | Accounts Payable Account | 6577 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | Deposit Account | 2706 | $0.00 |
| Six Flags Great Adventure, LLC | 20-8398235 | Wachovia Bank | Payroll Account | 5543 | $9,379.61 |
| Six Flags Great Adventure, LLC | 20-8398235 | Wachovia Bank | Credit Card Account | 5470 | $59,235.11 |
| Six Flags Great Adventure, LLC | 20-8398235 | Wachovia Bank | Payroll Account | 8413 | $13,002.21 |
| Six Flags Great Adventure, LLC | 20-8398235 | Wachovia Bank | Deposit Account | 6019 | $29,711.44 |
| Six Flags Great Adventure, LLC | 20-8398235 | Chase Bank | ATM | 0477 | $0.00 |
| Fiesta Texas, Inc | 52-2152900 | BONY Mellon | Disbursement Account | 9531 | $0.00 |
| Fiesta Texas, Inc | 52-2152900 | Chase Bank | Credit Card Account | 5037 | $0.00 |
| Fiesta Texas, Inc | 52-2152900 | Chase Bank | Payroll Account | 4972 | $0.00 |
| Fiesta Texas, Inc | 52-2152900 | Chase Bank | Accounts Payable Account | 6569 | $0.00 |
| Fiesta Texas, Inc | 52-2152900 | Chase Bank | Disbursement Account | 4964 | $295,076.63 |
| Fiesta Texas, Inc | 52-2152900 | Chase Bank | Disbursement Account | 3705 | $0.00 |
| Fiesta Texas Hospitality, LLC | 74-2697475 | Chase Bank | Disbursement Account | 1234 | $6,737.17 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3564 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3932 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3940 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 4013 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 4021 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3957 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3965 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3973 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3981 | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 5
### Debtor's Statement With Respect To Bank Account Reconciliations, Bank Statements and Cash Disbursement Journals
### For the Period October 26, 2009 through November 22, 2009

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Bank Balance |
|---|---|---|---|---|---|
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 3999 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Credit Card Account | 4005 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | ATM Revenue | 3361 | $0.00 |
| Park Management Corporation | 91-1771641 | Bank of the West | Payroll Account | 3379 | $0.00 |
| Park Management Corpration | 91-1771641 | Bank of the West | Disbursement Account | 1451 | $0.00 |
| Park Management Corpration | 91-1771641 | Bank of the West | Disbursement Account | 0982 | $586,346.58 |
| Park Management Corporation | 91-1771641 | Chase Bank | Accounts Payable Account | 6551 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | BONY Mellon | Disbursement Account | 9580 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | Chase Bank | Accounts Payable Account | 6635 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | Jefferson Bank | Credit Card Account | 3471 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | Jefferson Bank | Credit Card Account | 3498 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | Jefferson Bank | Credit Card Account | 3731 | $0.00 |
| Six Flags Saint Louis LLC | 20-8398376 | Jefferson Bank | Disbursement Account | 3463 | $593,469.97 |
| Six Flags Saint Louis LLC | 20-8398376 | Jefferson Bank | Disbursement Account | 3501 | $0.00 |
| Six Flags America, LP | 20-8398165 | BONY Mellon | Disbursement Account | 0700 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Deposit Account | 7825 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Deposit Account | 7833 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Credit Card Account | 7866 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Credit Card Account | 7874 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Sales Account | 7882 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Sales Account | 7890 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Payroll Account | 7841 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Payroll Account | 7858 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Accounts Payable Account | 6650 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Disbursement Account | 7817 | $0.00 |
| Six Flags America, LP | 20-8398165 | Chase Bank | Disbursement Account | 7908 | $0.00 |
| SFRCC Corp | 26-2771638 | Chase Bank | Accounts Payable Account | 7932 | $0.00 |
| SFRCC Corp | 26-2771638 | Chase Bank | Accounts Payable Account | 7940 | $0.00 |
| SFRCC Corp | 26-2771638 | Sovereign Bank | Deposit Account | 1186 | $141,887.33 |
| SFRCC Corp | 26-2771638 | Citizens Bank | Deposit Account | 3631 | $77,240.50 |
| Hurricane Harbor LP | 01-0550408 | BONY Mellon | Disbursement Account | 9523 | $0.00 |
| Hurricane Harbor LP | 01-0550408 | Chase Bank | Credit Card Account | 5837 | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al.,
Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 5

### Debtor's Statement With Respect To Bank Account Reconciliations, Bank Statements and Cash Disbursement Journals
### For the Period October 26, 2009 through November 22, 2009

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Bank Balance |
|---|---|---|---|---|---|
| PP Data Services, Inc. | 75-2828826 | Chase Bank | Payroll Account | 5803 | $1,278.77 |
| Hurricane Harbor LP | 01-0550408 | Chase Bank | Accounts Payable Account | 6601 | $0.00 |
| Hurricane Harbor LP | 01-0550408 | Chase Bank | Disbursement Account | 5787 | $0.44 |
| Six Flags Theme Parks Inc. | 36-3154873 | BONY Mellon | Disbursement Account | 2943 | $0.00 |
| Six Flags Theme Parks Inc. | 36-3154873 | BONY Mellon | Disbursement Account | 3431 | $0.00 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | Corporate Receipt Account | 2674 | $0.00 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | E-Commerce Receipt Account | 4109 | $8,127.27 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | Healthcare Account | 2740 | $0.00 |
| PP Data Services Inc. | 75-2828826 | Chase Bank | Payroll Account | 5223 | $0.00 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | Disbursement Account | 6502 | $6,440,773.15 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | Disbursement Account | 6510 | $0.00 |
| Six Flags, Inc. | 13-3995059 | Chase Bank | Disbursement Account | 6528 | $7,140.19 |
| Six Flags Theme Parks Inc. | 36-3154873 | Chase Bank | Deposit Account | 8153 | $1,400,579.00 |
| Six Flags Theme Parks Inc. | 36-3154873 | Federated | Money Market Investment | 2345 | $188,000,000.00 |
| Six Flags Operations Inc. | 73-6137714 | Chase Bank | Accounts Payable Account | 6544 | $0.00 |
| Six Flags Operations Inc. | 73-6137714 | Chase Bank | Dormant Account | 5586 | $0.00 |
| Six Flags Inc. | 13-3995059 | Chase Bank | Accounts Payable Account | 6536 | $0.00 |

### Bank Statements
The Debtors affirm that bank statements for all open and active accounts are retained by the Debtors.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 5

### Debtor's Statement With Respect To Bank Account Reconciliations, Bank Statements and Cash Disbursement Journals
### For the Period October 26, 2009 through November 22, 2009

**Account Closures**

The Debtors affirm that the following bank accounts were closed during the current reporting period:

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Date of Closing |
|---|---|---|---|---|---|
| Great America LLC | 20-8397907 | BONY Mellon | Disbursement Account | 9556 | 10/26/2009 |
| Great Escape Theme Park | 13-3943322 | BONY Mellon | Disbursement Account | 0742 | 10/26/2009 |
| Magic Mountain LLC | 20-8398004 | BONY Mellon | Disbursement Account | 9572 | 10/26/2009 |
| KKI, LLC | 31-1572287 | BONY Mellon | Disbursement Account | 0718 | 10/26/2009 |
| Riverside Park Enterprises | 04-1777486 | BONY Mellon | Disbursement Account | 0783 | 10/26/2009 |
| Six Flags Great Adventure, LLC | 20-8398235 | BONY Mellon | Disbursement Account | 9549 | 10/26/2009 |
| Fiesta Texas, Inc | 52-2152900 | BONY Mellon | Disbursement Account | 9531 | 10/26/2009 |
| Six Flags Saint Louis LLC | 20-8398376 | BONY Mellon | Disbursement Account | 9580 | 10/26/2009 |
| Six Flags America, LP | 20-8398165 | BONY Mellon | Disbursement Account | 0700 | 10/26/2009 |
| Hurricane Harbor LP | 01-0550408 | BONY Mellon | Disbursement Account | 9523 | 10/26/2009 |
| Six Flags Theme Parks Inc. | 36-3154873 | BONY Mellon | Disbursement Account | 2943 | 11/18/2009 |
| Six Flags Theme Parks Inc. | 36-3154873 | BONY Mellon | Disbursement Account | 3431 | 11/18/2009 |

**Account Openings**

The Debtors affirm that the following accounts were opened during the current reporting period:

| Debtor | FEIN | Bank Institution | Account Description | Account Number | Date Opened |
|---|---|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:  Chapter 11
Premier International Holdings Inc., et al.,  Case Number: 09-12019 (CSS)
Debtors  Jointly Administered

## MOR - 6

### Declaration Regarding the Status of Post Petition Taxes of the Debtors
### For the Period October 26, 2009 through November 22, 2009

To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.[1]

_____    12/30/09
Jeffrey R. Speed    Date
Executive Vice President & Chief Financial Officer
Six Flags, Inc.

Notes:
1. The Debtors use ADP for the remittance of all payroll taxes.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| Premier International Holdings Inc., et al., | Case Number: 09-12019 (CSS) |
| Debtors | Jointly Administered |

## MOR - 7
## Combined Debtors Summary of Unpaid Accounts Payable [1]
### November 22, 2009

| | Days Past Due | | | | |
|---|---|---|---|---|---|
| | Current | 31 - 60 | 61 - 90 | > 91 | Total |
| Combined Debtors | 16,756,790 | 1,884,791 | 127,279 | 13,626,594 | 32,395,453 |

Notes:
1. The accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and pre-petition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court. This summary does not include accruals for invoices not yet received or approved.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: Premier International Holdings Inc., et al., Debtors

Chapter 11
Case Number: 09-12019 (CSS)
Jointly Administered

## MOR - 8
## Combined Debtors Trade Accounts Receivable [1]
## November 22, 2009

| | Current | 1-30 | 31 - 60 | 61 - 90 | > 91 | Total |
|---|---|---|---|---|---|---|
| Ticket | 1,896,067 | 2,058,259 | 634,180 | 713,429 | 318,622 | 5,620,557 |
| Outing | 3,192,592 | 90,469 | 243,641 | 53,976 | 175,794 | 3,756,473 |
| Trade | 345,788 | 136,951 | 1,398 | 10,679 | 43,000 | 537,816 |
| Employee Advances | 11,502 | - | - | - | 1,243 | 12,745 |
| Institutional | 20,540 | 849,760 | 649,949 | 405,667 | 1,372,568 | 3,298,484 |
| Misc AR | 654,840 | 499,420 | 194,051 | 31,543 | 286,138 | 1,665,992 |
| Insurance Receivables | - | - | - | - | 2,576,917 | 2,576,917 |
| Total | $ 6,121,330 | $ 3,634,860 | $ 1,723,218 | $ 1,215,293 | $ 4,774,282 | $ 17,468,984 |
| | 35.0% | 20.8% | 9.9% | 7.0% | 27.3% | 100.0% |

Notes:
1. A large portion of our receivables are made up of receivables related to tickets sold to consignment accounts / group outings and various other partners. The receivables related to these tickets are recorded when the guest visits the Debtors' parks because that is the most accurate measure of the amount owed. Periodic payments are made by partners but are not able to be applied to specific tickets thus preventing an accurate aging of receivables related to this type of activity.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | |
|---|---|
| Premier International Holdings Inc., et al., | Chapter 11 |
| Debtors | Case Number: 09-12019 (CSS) |
| | Jointly Administered |

## MOR - 9
### Debtor Questionnaire
### For the Period October 26, 2009 through November 22, 2009

| | | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, please provide an explanation. | | X |
| 3. | Have all post petition tax returns been timely filed? If no, provide an explanation. | X | |
| 4. | Are workers compensation, general liability and all other necessary insurance coverage's in effect? If no, provide an explanation. | X | |
| 5. | Have any bank accounts been opened during the reporting period. If yes, provide documentation identifying the opened account(s). If an investment account has been opened, provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Notes:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:  
Premier International Holdings Inc., et al.,  
Debtors

Chapter 11  
Case Number: 09-12019 (CSS)  
Jointly Administered

# Appendix A
# Debtors Listing

| Company Legal Name | Case No. |
| --- | --- |
| Premier International Holdings Inc. | 09-12019-CSS |
| Stuart Amusement Company | 09-12020-CSS |
| Premier Parks of Colorado Inc. | 09-12021-CSS |
| Six Flags Operations Inc. | 09-12022-CSS |
| Park Management Corp. | 09-12023-CSS |
| Premier Parks Holdings Inc. | 09-12024-CSS |
| Magic Mountain LLC | 09-12025-CSS |
| Six Flags Services, Inc. | 09-12026-CSS |
| KKI, LLC | 09-12027-CSS |
| Premier Waterworld Sacramento Inc. | 09-12028-CSS |
| Six Flags Services of Illinois, Inc. | 09-12029-CSS |
| Hurricane Harbor LP LLC | 09-12030-CSS |
| Riverside Park Enterprises, Inc. | 09-12031-CSS |
| Hurricane Harbor LP | 09-12032-CSS |
| Six Flags St. Louis LLC | 09-12033-CSS |
| SF HWP Management LLC | 09-12034-CSS |
| Hurricane Harbor GP LLC | 09-12035-CSS |
| Great Escape Theme Park L.P. | 09-12036-CSS |
| Six Flags, Inc. | 09-12037-CSS |
| Great Escape Rides L.P. | 09-12038-CSS |
| SFJ Management Inc. | 09-12039-CSS |
| Great Escape Holding Inc. | 09-12040-CSS |
| Six Flags Great Escape L.P. | 09-12041-CSS |
| SFRCC Corp. | 09-12042-CSS |
| Great America LLC | 09-12043-CSS |
| Fiesta Texas Inc. | 09-12044-CSS |
| Funtime, Inc. | 09-12045-CSS |
| Six Flags America LP | 09-12046-CSS |
| Astroworld GP LLC | 09-12047-CSS |
| Funtime Parks, Inc. | 09-12048-CSS |
| Six Flags America Property Corporation | 09-12049-CSS |
| Astroworld LP LLC | 09-12050-CSS |
| Astroworld LP | 09-12051-CSS |
| Six Flags Great Adventure LLC | 09-12052-CSS |
| PP Data Services Inc. | 09-12053-CSS |
| Six Flags Theme Parks Inc. | 09-12054-CSS |
| South Street Holdings LLC | 09-12055-CSS |