# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                          :   Chapter 11
:
Premier International Holdings Inc., *et al.*,[1]  :   Case No. 09-12019 (CSS)
:
Debtors.                                   :   (Jointly Administered)
:
---------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 12, 2010, pursuant to Rule 7026(a)(2)(B) of the Federal Rules of Bankruptcy Procedure mandating the disclosure of written expert reports, the undersigned counsel for the above-captioned debtors and debtors-in-possession caused the **Rebuttal Report to the Chanin Capital Partners and Peter J. Solomon Company Expert Report** to be served by e-mail upon counsel as follows:

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

| | |
|---|---|
| Andrew S. Dash, Esq.<br>Neal D'Amato, Esq.<br>Natalie Peled, Esq.<br>Diane M. Nardi, Esq.<br>Jeremy B. Coffey, Esq.<br>Steven D. Levine, Esq.<br>Laura F. Weiss, Esq.<br>Brown Rudnick LLP | Christopher J. Shore, Esq.<br>Lydia E. Lin, Esq.<br>White & Case LLP |
| Abel Qureshi, Esq.<br>Deborah J. Newman, Esq.<br>Andrew M. Meehan, Esq.<br>Akin Gump Strauss Haver & Feld, LLP | Steven S. Fitzgerald, Esq.<br>Simpson Thatcher & Bartlett, LLP |

Dated: February 16, 2010
Wilmington, Delaware

/s/ signature

Daniel J. DeFranceschi (DE 2732)
L. Katherine Good (DE 5101)
Zachary I. Shapiro (DE 5103)
Andrew C. Irgens (DE 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION