# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PREMIER INTERNATIONAL HOLDINGS, INC., et al.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 09-12019 (CSS)<br><br>(Jointly Administered) |
| SIX FLAGS, INC.,<br><br>    Plaintiff,<br><br>    -against-<br><br>PARC MANAGEMENT, LLC, PARC OPERATIONS, LLC, PARC 7F-OPERATIONS CORPORATION, PARC ELITCH GARDENS, LLC, PARC WHITE WATER BAY, LLC, PARC FRONTIER CITY, LLC, PARC SPLASHTOWN, LLC, PARC WATERWORLD, LLC, and PARC ENCHANTED PARCS, LLC,<br><br>    Defendants. | Adv. Proc. No.: 10-50061 (CSS) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING[2] ON FEBRUARY 19, 2010 AT 11:00 A.M. (EST)

---

[1]    The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

# I. CONTINUED/RESOLVED MATTERS:

1.  Application of the Debtors and Debtors in Possession to Retain and Employ Merrill Lynch, Pierce, Fenner & Smith Incorporated as Financial Advisor to the Board of Directors of Six Flags, Inc. *Nunc Pro Tunc* to September 21, 2009 [Docket No. 1148; filed 12/8/09]

    Objection Deadline:     December 30, 2009 at 4:00 p.m. (EST); extended by agreement to certain other parties in interest.

    Objections/Responses Received:

    A.  Objection of Resilient Capital Management, LLC to the Application of the Debtors and Debtors in Possession to Retain and Employ Merrill Lynch, Pierce, Fenner & Smith Incorporated as Financial Advisor to the Board of Directors of Six Flags, Inc. *Nunc Pro Tunc* to September 21, 12009 [Docket No. 1271; filed 12/23/09]

    B.  Objection of the Official Committee of Unsecured Creditors to the Application of the Debtors and Debtors in Possession to Retain and Employ Merrill Lynch, Pierce, Fenner & Smith Incorporated as Financial Advisor to the Board of Directors of Six Flags, Inc. *Nunc Pro Tunc* to September 21, 2009 [Docket No. 1305; filed 12/30/09]

    C.  The Objection of the Acting United States Trustee to the Application to Employ Merrill Lynch, Pierce, Fenner & Smith Incorporated as Financial Advisor to the Board of Directors of Six Flags, Inc. Nunc Pro Tunc to September 21, 2009 Filed by Premier International Holdings Inc. (D.E. 1148) [Docket No. 1519; filed 2/12/10]

    Related Documents:

    i.  Re-Notice of Motion and Hearing [Docket No. 1238; filed 12/18/09]

    Status: The hearing on this matter is continued to a date to be determined.

2.  Janet Steinmiller and Paul Steinmiller's Motion for Relief from the Automatic Stay [Docket No. 1395; filed 1/14/10]

    Objection Deadline:  February 12, 2010 at 4:00 p.m. (EST)

    Objections/Responses Received:  None at this time.

    Status: The hearing on this matter is continued to a date to be determined.

---

[2]    Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946) no later than 12:00 p.m. (EST) on February 18, 2010.

RLF1 3538300v 3

3. Motion of Aleesia Barrett for Entry of an Order Allowing Late Filed Proofs of Claim [Docket No. 1433; filed 1/25/10]

Objection Deadline: February 12, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None at this time.

Related Documents:

i. Certification of Counsel Regarding Order on Motion of Aleesia Barrett for Entry of an Order Allowing Late Filed Proofs of Claim[Docket No. 1514; filed 2/11/10]

Status: On February 11, 2010, a certification of counsel was filed regarding this matter. Accordingly, a hearing on this matter is only required if the Court any questions.

## II. STATUS CONFERENCE IN ADVERSARY PROCEEDING - CONTINUED:

4. Six Flags, Inc.'s Complaint for (I) Turnover of Estate Property; (II) Breach of Contract; (III) Declaratory Judgment; and (IV) Other Relief (Adv. Pro. No. 10-50061) [Adv. Docket No. 1; filed 1/8/10]

Answer/Response Deadline: Extended to March 8, 2010, or such other date as the parties may agree.

Answers/Responses Received: None at this time.

Related Documents:

i. Summons [Adv. Docket No. 3; filed 1/8/10]

ii. Certification of Counsel [Adv. Docket No. 4; 2/8/10]

iii. Order Granting Stipulation Extending Time to Respond to the Complaint [Adv. Docket No. 5; filed 2/9/10]

Status: The Court approved the parties' stipulation to extend defendants' response deadline from February 8, 2010 to March 8, 2010. As the defendants' response deadline has not passed, the parties agree that the initial status conference originally scheduled for February 19, 2010 should be continued. Plaintiff has requested that the initial status conference be continued to March 11, 2010.

## III. UNCONTESTED MATTERS:

5. Motion of Tara L. Eubanks-Manuel for Relief from the Automatic Stay [Docket No. 1338; filed 1/6/10]

RLF1 3538300v 3

Objection Deadline: February 12, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None at this time.

Status: The hearing on this matter will go forward.

6.     Motion of Debtors and Debtors in Possession for Entry of an Order Approving Settlement by and Between Six Flags, Inc. and Commonwealth Insurance Company [Docket No. 1462; filed 1/29/10]

Objection Deadline: February 12, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None at this time.

Status: The hearing on this matter will go forward.

7.     Motion for an Order Authorizing the Debtors to File Under Seal Exhibit "B" to Motion of Debtors and Debtors in Possession for Entry of an Order Approving Settlement by and Between Six Flags, Inc. and Commonwealth Insurance Company [Docket No. 1485; filed 2/2/10]

Objection Deadline: February 12, 2010 at 4:00 p.m. (EST)

Objections/Responses Received: None at this time.

Status: The hearing on this matter will go forward.

## IV.   CONTESTED MATTER:

8.     Motion of the Debtors and Debtors in Possession for Entry of an Order Extending Their Exclusive Period in Which to Solicit Votes on the Debtors' Chapter 11 Plan of Reorganization [Docket No. 1471; filed 2/1/10]

Objection Deadline: February 12, 2010 at 4:00 p.m. (EST); extended by agreement to certain parties in interest.

Objections/Responses Received:

A.     Resilient Capital Management, LLC's (1) Opposition to the Motion of Debtors and Debtors in Possession for Entry of an Order Extending Their Exclusive Period in Which to Solicit Votes on the Debtors' Chapter 11 Plan of Reorganization; and (2) Cross-Motion for Appointment of a Trustee or, in the Alternative, an Examiner with Expanded Powers [Docket No. 1515; filed 2/11/10]

B.     Response and Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order Extending the

RLF1 3538300v 3

Exclusive Period in Which to Solicit Votes on the Debtors' Chapter 11 Plan of Reorganization [Docket No. 1522; filed 2/12/10]

C. SFI Noteholders' Limited Objection to the Motion of the of the Debtors and Debtors in Possession for Entry of an Order Extending their Exclusive Period in Which to Solicit Votes on the Debtors' Chapter 11 Plan of Reorganization [Docket No. 1529; filed 2/16/10]

Status: The hearing on this matter will go forward.

## V. MATTER REQUESTED TO GO FORWARD:

9. Motion of the Official Committee of Unsecured Creditors to Compel Mediation Prior to Confirmation Hearing [Docket No. 1542; filed 2/17/10]

Proposed Objection Deadline: At the hearing.

Objections Received: None at this time.

Related Documents:

i. Emergency Motion to Shorten the Notice with Respect to the Motion of the Official Committee of Unsecured Creditors to Compel Mediation Prior to Confirmation Hearing [Docket No. 1543; filed 2/17/10] (the "Motion to Shorten")

Status: Should the Court grant the Motion to Shorten, the hearing on this matter will go forward.

RLF1 3538300v 3

Dated: February 17, 2010
Wilmington, Delaware

_____

Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Attorneys for Debtors and Debtors in Possession