# SIGN - IN - SHEET

**CASE NAME:** Capmark  
**CASE NO:** 09-13684 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 2/19/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Brian Arban | Messina Rosner & Stow | Proposed DE Spec. Counsel to Debtors |
| Amy Caton | Kramer Levin | Creditors' Committee |
| Susan Schindler-Williams | Kramer Levin | Creditors' Committee |
| Michael Kessler | Dewey & LeBoeuf LLP | CALMARK |
| Dave Brodnicki | " | " |
| Matthew McGuire | Landis Rath & Cobb | RBS |
| Jeffrey Garis | Paul Weiss | Tesefo |
| Brian Hermann | Paul Weiss | Tesefo |
| Jamie Edmonson | Bayard | Creditors' Committee |
| Samuel Gross | Kirkland & Ellis | Ad Hoc Group of Secured Term Lenders |
| Lee Kaufman | Richards, Layton & Finger | Debtors |
| [signature] | | |
| Robin Grogan | B. Pinals Cavaliotti | Express Scripts, Inc & Georgia Power |
| Joseph J. McMahon Jr. | USDOJ | UST |
| Don Bishoff | DNG i Gooder | Citibank NA |
| Leigh-Anne Raport | " | " |
| [signature] | PSZY | [signature] |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

Calendar Date: 02/19/2010
Calendar Time: 09:00 AM

2nd Revision 02/19/2010 05:14 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3348867 | Robert A. Britton | 212-848-5175 | Sherman & Sterling | Creditor, Citi Corp / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3314986 | Anatoly Bushler | 415-421-2132 ext. 00 | Farallon Capital Management | Interested Party, Farallon Capital Management / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3359548 | Jeffery Gleit | 212-506-1791 | Kasowitz Benson Torres & Friedman | Creditor, Ad Hoc Group of Senior Noteholders / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3355501 | Danielle Juhle | 312-201-3976 | Goldberg, Kohn, Bell, Black, | Creditor, Wachovia Bank and Wells Fargo Bank / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3357127 | Kyle Kimpler | (212) 373-3000 | Paul Weiss Rifkind Wharton & | Interested Party, Paul Weiss Rifkind / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3248092 | Steven C. Krause | 212-450-4493 | Davis Polk & Wardwell, LLP | Creditor, Morgan Stanley / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3359247 | Leib M. Lerner | (213) 576-1041 | Alston & Bird, LLP- Los Angeles | Creditor, Wells Fargo Bank / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3359461 | Tyson Lomazow | (212) 530-5367 | Milbank, Tweed, Hadley & McCloy, | Interested Party, Milbank, Tweed, Hadley & McCloy, LLP / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3361941 | Debra Minoff | (212) 839-5300 | Sidley Austin | Creditor, Wellls Fago / LISTEN ONLY |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3359002 | Shekar Narasimhan | (703) 752-8321 | Beekman Advisors | Debtor, Capmark Financial Group, Inc. / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3247491 | Curtis Plaza | (973) 538-0800 | Riker, Danzig, Scherer, Hyland & | Interested Party, Law Debenture Trust Company of New York / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3359212 | David Reganato | (302) 778-6462 | Silver Point Capital | Interested Party, Silver Point Capital / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3355408 | Seven Rivera | 212-408-5529 | Chadbourne & Park, LLP | Interested Party, Citi / LIVE |
| | | Capmark Financial Group Inc. | 09-13684 | Hearing | 3358223 | Brian Smith | (214) 758-1500 | Patton Boggs LLP | Creditor, ACAS CRE CDO 2007-1, Ltd., et al / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Capmark Financial Group Inc. | 09-13684 | Hearing | 3360731 | Jay Steen | (214) 965-9100 | Talamod Asset Management, LLC | Interested Party, Talamod Asset Management, LLC / LISTEN ONLY |
| Capmark Financial Group Inc. | 09-13684 | Hearing | 3355407 | Meghan Towers | (212) 408-5494 | Chadbourne & Park, LLP | Interested Party, Citi / LIVE |
| Capmark Financial Group Inc. | 09-13684 | Hearing | 3311804 | Wei Wang | (646) 445-6515 | Aurelius Capital | Interested Party, Aurelius Capital / LISTEN ONLY |