IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                          :
In re                                     : Chapter 11
                                          :
Premier International Holdings Inc., et al.,[1] : Case No. 09-12019 (CSS)
                                          :
Debtors.                                  : (Jointly Administered)
                                          :
------------------------------------------------------------x  Re: Docket No. 1471

## ORDER EXTENDING THE EXCLUSIVE PERIOD DURING WHICH THE DEBTOR MAY SOLICIT VOTES ON THE DEBTORS' JOINT PLAN OF REORGANIZATION

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, "Debtors") for entry of an order extending the period during which the Debtors have the exclusive right to solicit acceptances of a chapter 11 plan (the "Exclusive Period)," for fifty three (53) days from February 8, 2010 through and including April 2, 2010, or approximately fourteen (14) days after the final day of the confirmation hearing, as set forth in the *Agreed Scheduling Order*, as filed on December 18, 2009 as Exhibit A to the *Certification of Counsel Regarding Agreed Scheduling Order* [Docket No. 1232] and granting certain related relief; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (iv) notice of the Motion was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is necessary and essential for the Debtors' reorganization and such relief is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtors' exclusive period for soliciting acceptances of a plan is hereby extended for fifty ~~three (53)~~ six (56) days from February 8, 2010 through and including April ~~2~~ 5, 2010.

3. The entry of this Order is without prejudice to the Debtor's right to seek a further extension of their exclusive periods under 11 U.S.C. § 1121.

4. This Order is effective immediately upon entry.

5. This Court shall retain jurisdiction over all matters arising from or related to the interpretation and implementation of this order.

Dated: 2/19, 2010
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

2

LEGAL_US_E # 86624184.4
RLF1 3533802v.1