IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re : Chapter 11
:
Premier International Holdings Inc., *et al*,[1] : Case No. 09-12019 (CSS)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------x Re: Docket No. 1226

# NOTICE OF AMENDMENT TO PLAN SUPPLEMENT FOR FOURTH AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On February 11, 2010, the above-captioned debtors and debtors in possession filed the *Plan Supplement for Fourth Amended Joint Plan of Reorganization* [Docket No. 1518] (the "Plan Supplement") pursuant to section 14.6 of the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1226] (the "Plan").[2]

2. Attached hereto are the following amended, restated, and supplemented exhibits to the Plan Supplement:

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016) The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James M. Coughlin).

[2] Capitalized terms not defined herein or in the attached exhibits shall have the meanings ascribed to them in the Plan.

- **Exhibit A:** Restated Certificate of Incorporation of Reorganized SFI (Exhibit I to the Plan Supplement). The Debtors hereby withdraw the previously filed version of the Restated Certificate of Incorporation of Reorganized SFI (the "Certificate") and hereby substitute the Certificate attached hereto as Exhibit A-1 (the "Certificate"). A blackline of the Certificate against the version filed with the Plan Supplement is attached hereto as Exhibit A-2.

- **Exhibit B:** Amended and Restated Bylaws of Reorganized SFI (Exhibit I to the Plan Supplement). The Debtors hereby withdraw the previously filed version of the Amended and Restated Bylaws of Reorganized SFI (the "Bylaws") and hereby substitute the Bylaws attached hereto as Exhibit B-1. A blackline of the Bylaws against the version filed with the Plan Supplement is attached hereto as Exhibit B-2.

- **Exhibit C:** Long Term Incentive Plan (Exhibit J to the Plan Supplement). The Debtors hereby withdraw the previously filed version of the Long Term Incentive Plan (the "Incentive Plan") and hereby substitute the Incentive Plan attached hereto as Exhibit C-1. A blackline of the Incentive Plan against the version filed with the Plan Supplement is attached hereto as Exhibit C-2.

- **Exhibit D:** Registration Rights Agreement (Exhibit K to the Plan Supplement). The Debtors hereby withdraw the previously filed version of the Registration Rights Agreement (the "Rights Agreement") and hereby substitute the Rights Agreement attached hereto as Exhibit D-1. A blackline of the Rights Agreement against the version filed with the Plan Supplement is attached hereto as Exhibit D-2.

- **Exhibit E:** Board of Directors of Reorganized SFI. The Debtors hereby supplement the Plan Supplement by the filing of the list of the individuals selected by the Majority Backstop Purchasers to serve on the initial Postconfirmation Board (the "Initial Directors"). The list of Initial Directors is attached hereto as Exhibit E.

3. This amendment (this "Amendment") to the Plan Supplement is being filed pursuant to section 14.6 of the Plan, wherein the Debtors expressly reserved the right to amend, alter or supplement the Plan Supplement, including the documents contained therein. The Majority Backstop Purchasers have approved the Plan Supplement, as amended by this Amendment (the "Amended Plan Supplement"). If the Plan is approved by the Bankruptcy Court, the Amended Plan Supplement, including all documents contained therein, shall be approved in the Confirmation Order.

RLF1 3547012v.2

4. Any party wishing to obtain copies of the Plan, the Disclosure Statement or the documents contained in the Amended Plan Supplement, may download copies from the Debtors' restructuring website at http://www.kccllc.net/sixflags, or may request copies by phone at (866) 967-1783.

Dated: March 17, 2010
Wilmington, Delaware

Respectfully submitted,

/s/ /s/

Daniel J. DeFranceschi (DE 2732)
L. Katherine Good (DE 5101)
Zachary I. Shapiro (DE 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

# EXHIBITS TO AMENDMENT TO PLAN SUPPLEMENT

Exhibit A-1: Restated Certificate of Incorporation of Reorganized SFI[1]
Exhibit A-2: Blackline of Restated Certificate of Incorporation of Reorganized SFI[1]
Exhibit B-1: Amended and Restated Bylaws of Reorganized SFI
Exhibit B-2: Blackline of Amended and Restated Bylaws of Reorganized SFI
Exhibit C-1: Long-Term Incentive Plan[2]
Exhibit C-2: Blackline of Long-Term Incentive Plan[2]
Exhibit D-1: Registration Rights Agreement
Exhibit D-2: Blackline of Registration Rights Agreement
Exhibit E: Board of Directors of Reorganized SFI

---

[1] It is not intended that the "blank check preferred stock" referenced in the Certificate be used for anti-takeover purposes. It instead has been included to permit the Postconfirmation Board, in its discretion, to issue such preferred stock in connection with any future financings and acquisitions.

[2] The aggregate allocations to management under the Long-Term Incentive Plan shall consist of 3.75% of the New Common Stock, determined on a fully-diluted basis, in the form of restricted stock (which will vest as set forth in Section 10.5 of the Plan), and 3.75% of the New Common Stock in the form of options, determined on a fully-diluted basis and with exercise prices and other terms consistent with the Long-Term Incentive Plan (which options will vest as set forth in Section 10.5 of the Plan); provided, however, that in no event shall the exercise prices of options granted pursuant to the Plan as of or immediately following the Effective Date be based on an enterprise value less than that of the $1.335 billion valuation associated with the Offering. Grants under the Long-Term Incentive Plan shall be exempt from the requirements of section 16(b) of the Exchange Act (pursuant to rule 16b-3 promulgated thereunder) with respect to the acquisition of such securities by an officer or director (or a director deputized for purposes thereof) pursuant to the Plan. For purposes of Rule 16b-3 of the Exchange Act, the Plan is deemed a solicitation of holders of the Company's equity securities for approval of the Long-Term Incentive Plan and the grants made thereunder as of or immediately following the Effective Date.