IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                                 :
In re                                            :  Chapter 11
                                                 :
Premier International Holdings Inc., *et al.*,[1]  :  Case No. 09-12019 (CSS)
                                                 :
        Debtors.                                 :  (Jointly Administered)
                                                 :
------------------------------------------------------------x  Re: Docket Nos. 1518 & 1828

NOTICE OF SECOND AMENDMENT TO PLAN SUPPLEMENT FOR
MODIFIED FOURTH AMENDED JOINT PLAN OF REORGANIZATION
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On February 11, 2010, the above-captioned debtors and debtors in possession filed the *Plan Supplement for Fourth Amended Joint Plan of Reorganization* [Docket No. 1518] (the "Plan Supplement") pursuant to section 14.6 of the *Debtors' Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1226] as modified by the

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James M. Coughlin).

*Debtors' Modified Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1928] (the "Plan").[2]

2. On March 17, 2010, the above-captioned debtors and debtors in possession filed the *Notice of Amendment to Plan Supplement for Fourth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Docket No. 1828] (the "Amended Plan Supplement").

3. Attached hereto are the following amended, restated, and supplemented exhibits to the Plan Supplement:

- **Exhibit A:** Long-Term Incentive Plan (Exhibit J to the Plan Supplement and replaced by Exhibit C to the Amended Plan Supplement) substantially in the form attached hereto. The Debtors hereby withdraw the previously filed version of the Long-Term Incentive Plan (the "Incentive Plan") and hereby substitute the Incentive Plan attached hereto as Exhibit A-1. A blackline of the Incentive Plan against the version filed with the Amendment to the Plan Supplement is attached hereto as Exhibit A-2.

- **Exhibit B:** First Lien Credit Agreement (Exhibit A to the Plan Supplement) substantially in the form attached hereto. The Debtors hereby withdraw the previously filed version and hereby substitute the agreement attached hereto as Exhibit B-1. A blackline against the previously filed version is attached hereto as Exhibit B-2.

- **Exhibit C:** Second Lien Credit Agreement substantially in the form attached hereto.

3. This second amendment (this "Second Amendment") to the Plan Supplement is being filed pursuant to section 14.6 of the Plan, wherein the Debtors expressly reserved the right to amend, alter or supplement the Plan Supplement, including the documents contained therein (the "Second Amended Plan Supplement"). Exhibit B and Exhibit C remain subject to the approval of the Supermajority Backstop Purchasers and Time Warner. And, as such, such documents may be subsequently amended, altered or supplemented  If the Plan is approved by

---

[2] Capitalized terms not defined herein or in the attached exhibits shall have the meanings ascribed to them in the Plan.

the Bankruptcy Court, the Second Amended Plan Supplement, including all documents contained therein, shall be approved in the Confirmation Order.

4. Any party wishing to obtain copies of the Plan, the Disclosure Statement or the documents contained in the Second Amended Plan Supplement, may download copies from the Debtors' restructuring website at http://www.kccllc.net/sixflags, or may request copies by phone at (866) 967-1783.

Dated: April 12, 2010
Wilmington, Delaware

Respectfully submitted,

_____
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

# EXHIBITS TO SECOND AMENDMENT TO PLAN SUPPLEMENT

Exhibit A-1: Long-Term Incentive Plan[1]
Exhibit A-2: Blackline of Long-Term Incentive Plan
Exhibit B-1: First Lien Credit Agreement
Exhibit B-2: Blackline of First Lien Credit Agreement against Previously Filed Version
Exhibit C: Second Lien Credit Agreement

---

[1] Grants under the Long-Term Incentive Plan shall be exempt from the requirements of section 16(b) of the Exchange Act (pursuant to rule 16b-3 promulgated thereunder) with respect to the acquisition of such securities by an officer or director (or a director deputized for purposes thereof) pursuant to the Plan. For purposes of Rule 16b-3 of the Exchange Act, the Plan is deemed a solicitation of holders of the Company's equity securities for approval of the Long-Term Incentive Plan and the grants made thereunder as of or immediately following the Effective Date.