IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                               :   Chapter 11
Premier International Holdings Inc., *et al.*,[1]   :
                                                    :   Case No. 09-12019 (CSS)
              Debtors.                              :
                                                    :   (Jointly Administered)
------------------------------------------------------------x

# NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING[3] ON APRIL 23, 2010 AT 12:00 P.M. (EDT)

## I. UNCONTESTED MATTERS GOING FORWARD:

1. Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6004 and Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization [Docket No. 1964; filed 4/9/10]

   Objection Deadline: At the hearing.

   Objections/Responses Received:

   A. **Objection of the SFO Committee to Motion of the Debtors for an Order Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth**

---

[1] The Debtors are the following thirty-seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Astroworld GP LLC (0431), Astroworld LP (0445), Astroworld LP LLC (0460), Fiesta Texas Inc. (2900), Funtime, Inc. (7495), Funtime Parks, Inc. (0042), Great America LLC (7907), Great Escape Holding Inc. (2284), Great Escape Rides L.P. (9906), Great Escape Theme Park L.P. (3322), Hurricane Harbor GP LLC (0376), Hurricane Harbor LP (0408), Hurricane Harbor LP LLC (0417), KKI, LLC (2287), Magic Mountain LLC (8004), Park Management Corp. (1641), PP Data Services Inc. (8826), Premier International Holdings Inc. (6510), Premier Parks of Colorado Inc. (3464), Premier Parks Holdings Inc. (9961), Premier Waterworld Sacramento Inc. (8406), Riverside Park Enterprises, Inc. (7486), SF HWP Management LLC (5651), SFJ Management Inc. (4280), SFRCC Corp. (1638), Six Flags, Inc. (5059), Six Flags America LP (8165), Six Flags America Property Corporation (5464), Six Flags Great Adventure LLC (8235), Six Flags Great Escape L.P. (8306), Six Flags Operations Inc. (7714), Six Flags Services, Inc. (6089), Six Flags Services of Illinois, Inc. (2550), Six Flags St. Louis LLC (8376), Six Flags Theme Parks Inc. (4873), South Street Holdings LLC (7486), Stuart Amusement Company (2016). The mailing address of each of the Debtors solely for purposes of notices and communications is 1540 Broadway, 15th Floor, New York, NY 10036 (Attn: James Coughlin).

[2] **Amended agenda items appear in bold.**

[3] Parties wishing to appear telephonically at this hearing must contact CourtCall via telephone (866-582-6878) or facsimile (866-533-2946)

**Joint Amended Plan of Reorganization [Filed Under Seal] [Docket No. 2049; filed 4/22/10]**

Related Documents:

i. Motion of the Debtors for an Order Shortening Notice and Objection Periods with Respect to (A) Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6004 Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization and (B) Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Those Certain Confidential Fee Letters by and Between the Debtors and Certain of Their Lenders [Docket No. 1966; filed 4/9/10]

ii. Order Shortening Notice and Objection Periods with Respect to (A) Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6004 Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization and (B) Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Those Certain Confidential Fee Letters by and Between the Debtors and Certain of Their Lenders [Docket No. 2019; filed 4/21/10]

iii. Re-Notice of Motions and Hearing [Docket No. 2024; filed 4/21/10]

iv. **Notice of Filing of Amendments to First Lien Commitment Letter and Second Lien Commitment Letter [Docket No. 2040; filed 4/22/10]**

Status: The hearing on this matter will go forward.

2. Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Those Certain Confidential Fee Letters by and Between the Debtors and Certain of Their Lenders [Docket No. 1965; filed 4/9/10]

Objection Deadline: At the hearing.

Objections/Responses Received: Informal comments received from the Office of the United States Trustee.

Related Documents:

i. Motion of the Debtors for an Order Shortening Notice and Objection Periods with Respect to (A) Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6004 Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan

2

of Reorganization and (B) Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Those Certain Confidential Fee Letters by and Between the Debtors and Certain of Their Lenders [Docket No. 1966; filed 4/9/10]

    ii. Order Shortening Notice and Objection Periods with Respect to (A) Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) and Fed. R. Bankr. P. 6004 Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection with their Modified Fourth Joint Amended Plan of Reorganization and (B) Motion of Debtors and Debtors in Possession for an Order Authorizing the Debtors to File Under Seal Those Certain Confidential Fee Letters by and Between the Debtors and Certain of Their Lenders [Docket No. 2019; filed 4/21/10]

    iii. Re-Notice of Motions and Hearing [Docket No. 2024; filed 4/21/10]

Status: The Debtors received informal comments to this motion from the Office of the United States Trustee and hope to resolve such comments prior to the hearing. The hearing on this matter will go forward.

## II. MATTER REQUESTED TO GO FORWARD:

3. **SFO Committee's Motion to File Under Seal its Objection to Motion of the Debtors and Debtors in Possession for an Order Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization [Docket No. 2050; filed 4/22/10]**

   **Objection Deadline:  At the hearing.**

   **Objections/Responses Received:  None at this time.**

   **Related Documents:**

   i. **Objection of the SFO Committee to Motion of the Debtors for an Order Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization [Filed Under Seal] [Docket No. 2049; filed 4/22/10]**

   ii. **Motion of the SFO Committee for Entry of an Order Shortening Notice with Respect to SFO Committee's Motion to File Under Seal its Objection to Motion of the Debtors and Debtors in Possession for an Order Authorizing Debtors' Entry into Exit Commitment Letter and Performance Thereunder in Connection With Their Modified Fourth Joint Amended Plan of Reorganization [Docket No. 2051; filed 4/22/10]**

3

**Status:** The SFO Committee is requesting that the hearing on this matter go forward.

Dated: April 23, 2010
      Wilmington, Delaware

/s/ 
_____
Daniel J. DeFranceschi (No. 2732)
L. Katherine Good (No. 5101)
Zachary I. Shapiro (No. 5103)
Andrew C. Irgens (No. 5193)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul E. Harner (IL 6276961)
Steven T. Catlett (IL 6269229)
Christian M. Auty (IL 6285671)
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
191 North Wacker Drive, 30th Floor
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Attorneys for Debtors and Debtors in Possession