**CASE NAME: PREMIER INTERNATIONAL**
**CASE NO: 09-12019(CSS)**

# SIGN - IN - SHEET

**COURTROOM LOCATION: 6**
**DATE: 4/23/10 @ 12:00 PM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Howard A. Cohen | Drinker Biddle & Reath | SFO Noteholders |
| Shaya Rochester | Akin Gump | " " |
| Paul Harner | Paul Hastings Janofsky + Walker | Debtors |
| Steve Catlett | " | " |
| Christian Auty | " | " |
| Dan DeFrancheschi | Richards Layton + Finger | " |
| Neil Glassman | Bayard | SFI Noteholder |
| Gianclaudio Finizio | " | " |
| Chris Shore | White + Case | " |
| John Cunningham | " | " |
| Kevin Newman | Landis Rath + Cobb | Directors |
| Kathleen Makowski | Pachulski Stang Ziehl Jones | Committee |
| Andy Dash | Brown Rudnick | Committee |
| Elana Cragg | Simpson Thacher + Bartlett | JPMorgan |
| Richard Riley | Duane Morris | ACE |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**