# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Premier International Holdings Inc., et al. |
| **Case Number:** | 09-12019-CSS  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 28, 2010 09:00 AM  CRT#6, 5TH FL. |
| **Bankruptcy Judge:** | CHRISTOPHER S. SONTCHI |
| **Courtroom Clerk:** | ANISSA COTHRAN |
| **Reporter / ECR:** | LESLIE MURIN |

## *Matter:*

Confirmation Hearing

**R / M #:** 0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Hearing Matters
　Agenda Items:
　　Order(s) Due under Certification of Counsel