# SIGN - IN - SHEET

**CASE NAME:** PREMIER INTERNATIONAL  
**CASE NO:** 09-12019 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 4/28/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rick Levy | Latham & Watkins | Goldman Sachs |
| Retret | | |
| Paul Harner | Paul Hastings Janofsky & Walker | Debtors |
| Steve Catlett | " | " |
| Christian Arty | " | " |
| Dan Defranceschi | Richards Layton + Finger | " |
| Landon Ellis | Landis Rath+Cobb | JP Morgan Chase Bank |
| Robert Klyesby | Lathan + Watkins | Bank of New York Mellon |
| Scott Leonhardt | Messana Rosner + Stern | Resilient Capital Management LLC |
| Sommer Ross | Duane Morris LLP | Ace Insurance |
| Mallory Reed | " | " |
| Elisha Graff | Simpson Thacher | JPMorgan |
| Nicholas Baker | Simpson Thacher | JPMorgan |
| Thomas E Lauria | White + Case | SFI Noteholders |
| Chris Shore | " | " |
| John Cunningham | " | " |
| Neil Glassman | Bayard | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN - IN - SHEET

**CASE NAME:** Premier International Holdings, Inc.
**CASE NO:** 09-12019 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 4/28/10 @ 9:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard L. Schepacarter | USDOJ - OUST | UST |
| Alan LePene | Thompson Hine LLP | HSBC Bank NA |
| Lauren M Every | | Les Indenture Trustee |
| Irving Apar | | for the SFO Notes |
| Robert Conrad | HSBC Bank NA | |
| Ira Dizengoff | Akin Gump | SFO Noteholders |
| Haid Qureshi | | |
| Deborah Newman | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.