IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| PREMIER INTERNATIONAL | ) |
| HOLDINGS, INC., *et al.*, | ) Case No. 09-12019 (CSS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) Re: 2295 |

## ORDER GRANTING MOTION OF TIFFANY GREGGS FOR RELIEF FROM THE AUTOMATIC STAY TO PURSUE LITIGATION TO LIQUIDATE CLAIM

Upon consideration of the Motion of Tiffany Greggs ("Ms. Greggs") for Relief from the Automatic Stay to Pursue Litigation to Liquidate Claim (the "Motion"); and adequate notice of the Motion having been given; and it appearing that no other or further notice is necessary; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested; and the Court having determined that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found sufficient cause that this Order should be entered;

NOW, THEREFORE, it is hereby ORDERED that the Motion is GRANTED; and

It IS FURTHER ORDERED that the automatic stay pursuant to 11 U.S.C. § 362 is immediately vacated so as to permit Tiffany Greggs to pursue litigation to liquidate her personal injury claim against the Debtor; and

IT IS FURTHER ORDERED that Ms. Greggs may proceed to collect any judgment against any available insurance proceeds under any applicable policy.

Dated: 8/31/10
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge